IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THERON DANIELS,

     Plaintiff,

                                  CASE NUMBER: 3:17cv1239-MMH-JRK

vs.

DENNIS A. VILCHEZ, MD,
et al.,

     Defendants.

_____/

### DECLARATION OF DR. JOHN P. LAY, JR.
### IN SUPPORT OF DEFENDANTS CENTURION OF FLORIDA, LLC, DR. VILCHEZ, DR. VAZQUEZ, AND DR. FIGUEROA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.     My name is John P. Lay, Jr., M.D.  I am over the age of twenty-one (21) years of age and I am a resident and citizen of the State of Florida.

2.     I am a medical doctor, and I am employed by Centurion of Florida, LLC ("Centurion"), as its Statewide Medical Director.

3.     Centurion is a private company which contracts with the Florida Department of Corrections to provide healthcare services to inmates in the State of Florida.

4.     My duties as the Statewide Medical Director include overseeing and approving medical treatment for inmates.

5.     I have personal knowledge of the facts contained in this Declaration due to my review of the medical records of inmate Theron Daniels, DC#068947 (the "Plaintiff").

6.     These medical records are in kept in the course of Centurion's regularly conducted



activity and it is the regular practice of Centurion to make or keep such records. A true and correct copy of the medical records which are relevant to the issues raised in this lawsuit are attached hereto as "Composite Exhibit 1."

7. All facts stated in this Declaration are true and correct.

8. Plaintiff has been intermittently incarcerated in the Florida prison system since 1979 for different periods of time and different offenses. Plaintiff's current incarceration period started in 2012, and is scheduled to continue until Plaintiff's current release date of February 20, 2024.

9. The records show that Plaintiff intermittently refused medical care and treatment. The records also show that, despite these issues, Centurion and its medical providers, including but not limited to Dr. Figueroa, Dr. Vilchez and Dr. Vazquez, provided adequate care to the Plaintiff. The treatment provided was the treatment that Centurion and its medical providers, including but not limited to Dr. Figueroa, Dr. Vilchez and Dr. Vazquez, concluded was clinically warranted based on their expertise, knowledge and training.

10. At the outset, correctional institution physicians must be conservative and careful in the prescription of narcotics to inmates because of the dangers inherent and present in the prison system, including but not limited to, malingering of symptoms to obtain narcotics without having a medical necessity; addiction dangers; and usage of the narcotics as bartering tools within the prison system.

11. It should also be noted that it is the inmate's responsibility to present to the medication pick-up window in order to receive prescribed narcotics such as Lortab.

12.     Finally, it should be noted that over-the-counter pain medication is available to inmates at their dormitory upon the inmates' request and without the need for a prescription by a physician.

13.     Here, the records show that on July 19, 2016, Plaintiff was involved in a physical altercation with another inmate, which resulted in Plaintiff being admitted to the Emergency Room at the correctional institution. According to the records, Plaintiff suffered a swollen left pinkie finger as a result of the physical altercation.

14.     Plaintiff admits in the operative complaint that he received two Lortab pills after the physical altercation on July 19, 2016. Plaintiff alleges in the operative complaint that Dr. Vazquez wrote a prescription for Lortab, however the prescription was not filled. However, this allegation is contradicted by the medical records, which show that Plaintiff was prescribed Lortab for 2 days on July 19, and in fact received Lortab on July 19 and July 21, 2016. According to the records, Plaintiff did not receive Lortab on July 20, 2016, because he failed to present to the medication pick-up window in order to receive the Lortab. As stated above, it is the inmate's responsibility to present to the medication pick-up window in order to receive prescribed narcotics such as Lortab.

15.     There are no records showing that Plaintiff requested any pain medication after the last dose of Lortab Plaintiff received on July 21, 2016. This could be because Plaintiff did not need more Lortab and therefore did not request more of the medication. This could also be because Plaintiff received over-the-counter pain medication at his dormitory. As outlined above, over-the-counter pain medication is available to inmates at their dormitory upon the inmates' request and without the need for a prescription by a physician.

16.     As shown by the medical records attached hereto as "Composite Exhibit 1," Plaintiff received adequate treatment and pain medication for this injury. Specifically, the medical records show as follows:

i.      On July 19, 2016, Plaintiff was involved in a physical altercation with another inmate. That same day Plaintiff went to the Emergency Room at the correctional institution, where he was treated by Dr. Vazquez. Plaintiff was noted as not being in any distress. Dr. Vazquez ordered x-rays, ordered that Plaintiff's digit be immobilized and ordered a follow-up medical consultation;

ii.     That same day on July 19, 2016, Plaintiff was given pain medication in the form of Lortab. Plaintiff was prescribed another 2 days of Lortab, however it does not appear from the records that Plaintiff presented to the pick-up window on July 20, 2016, to receive the prescribed Lortab. It is the inmate's responsibility to present to the pick-up window to receive prescribed narcotics such as Lortab. Plaintiff did present to the medication window and did receive the prescribed Lortab on July 21, 2016;

iii.    There are no records showing that Plaintiff requested any pain medication after the last dose of Lortab Plaintiff received on July 21, 2016. This could be because Plaintiff did not need more Lortab and therefore did not request more of the medication. This could also be because Plaintiff received over-the-counter pain medication at his dormitory. Over-the-counter pain medication is available to inmates at their dormitory upon the inmates' request and without the need for a prescription by a physician;

iv.     That same day on July 19, 2016, Plaintiff underwent x-rays of his left hand, as ordered by Dr. Vazquez. The x-rays revealed acute displaced and angulated fracture involving the distal aspect of the 5th metarcapal [i.e., pinkie finger], also called a "boxer's fracture."

v.      Also that same day on July 19, 2016, a specialist appointment with a Plastic Surgeon was requested for the Plaintiff. The appointment was approved and was scheduled to take place on August 10, 2016;

vi.     On August 3, 2016, Plaintiff signed up for Sick Call, however when called to be seen by the medical provider, Plaintiff refused treatment;

vii.    On August 10, 2016, Plaintiff was examined by Plastic Surgeon specialist Dr. Ong. Dr. Ong ordered additional diagnostic tests for the Plaintiff's left hand. That same day of August 10, 2016, Plaintiff underwent x-rays of his

left hand, which revealed "acute 5th metacarpal necks comminuted fracture with displacement;"

viii. Based on this, Plaintiff was immediately admitted for surgery in the form of open reduction and internal fixation ("ORIF"), which is a type of surgery used to fix broken bones;

ix. Dr. Ong performed the surgery on the Plaintiff the next day on August 11, 2016. After the surgery, Plaintiff's wrist was placed on a splint;

x. Plaintiff had a post-surgery consultation with Dr. Ong. Dr. Ong ordered a follow-up consultation to remove sutures in 2 weeks. Contrary to Plaintiff's allegations in this lawsuit, there were no other post-surgery recommendations by Dr. Ong. On August 17, 2016, Dr. Vazquez reviewed Dr. Ong's report and recommendations;

xi. Plaintiff was prescribed pain medication in the form of Motrin/Ibuprofen from August 14 through August 24, 2016. Plaintiff received this pain medication from August 14 through August 17, 2016. On August 17, 2016, Plaintiff refused the pain medication, claiming he was allergic. Plaintiff did not request any additional pain medications after August 17, 2016;

xii. Plaintiff was then prescribed and received additional Lortab from August 29 through September 2, 2016;

xiii. Plaintiff alleges in the operative complaint that he declared a medical emergency on August 29, 2016, because his hand was "swollen and discolored." *See*, Complaint at 5. In reality, the records show that on August 30, 2016, Plaintiff signed up for Sick Call, however when called to be seen by the medical provider, Plaintiff refused treatment for unexplained reason(s);

xiv. Plaintiff alleges in the operative complaint that security staff would not allow him to go to a September 19, 2016, doctor visit. *See*, Complaint, at 5. However, the records show that this allegation is not factually accurate, and that instead on September 19, 2016, Plaintiff was in fact examined due to complications from the August 11, surgery, and swelling of his left hand. The records show that Plaintiff was being prescribed and taking pain medication ("ASA" or Acetylsalicylic acid, which are pain relievers). Plaintiff was given additional pain medication in the form of Acetaminophen, was ordered to apply arm sling and ice packs for 15-20 minutes;

xv.     Plaintiff continued to be prescribed pain medications on an as-needed basis, including but not limited to from September 20, through September 27, 2016, in the form of Tylenol;

xvi.    On September 27, 2016, Plaintiff underwent additional x-rays of his left hand, which revealed "ORIF in the 5th metacarpal as described in good condition;"

xvii.   Plaintiff alleges in this lawsuit that on October 3, 2016, and subsequently, Dr. Vilchez refused to remove Plaintiff's sutures to the left finger. *See,* Complaint, at 5. However, this is again contradicted by the medical records, which show that on October 3, 2016, Dr. Vilchez removed 10 stitches, and noted that pins were infected. Dr. Vilchez prescribed antibiotics (Doxycycline, Clindamycin); calcium and wound care for 2 weeks;

xviii.  On October 5, 2016, Plaintiff consulted with Dr. Ong for removal of his remaining sutures. Dr. Ong removed the remaining sutures, noted that the Plaintiff was not wearing his sling as previously ordered, and ordered a follow-up consultation in 2 weeks. Dr. Vazquez reviewed Dr. Ong's report and recommendations;

xix.    On October 24, 2016, Plaintiff again consulted with Dr. Vilchez. Dr. Vilchez noted that a Plastic Surgery consultation for the Plaintiff had already been requested.

xx.     On November 3, 3016, Dr. Ong again examined the Plaintiff and prescribed pain medication in the form of Acetaminophen for 60 days;

xxi.    On November 17, 2016, Dr. Vilchez ordered additional x-rays of Plaintiff's hand. The x-rays were taken on November 22, 2016 and the findings were "status post removal fifth metacarpal fracture, healed. Osteoarthritic changes as described above;"

xxii.   On December 2, 2016, Plaintiff was approved for physical therapy. On December 16, 2016, Plaintiff started a regimen of physical therapy with Physical Therapist John Palmer. Dr. Vilchez reviewed the physical therapy report;

xxiii.  Also on December 16, 2016, Plaintiff is listed as having returned from Reception Medical Center ("RMC") and as having no complaints or concerns. That same day on December 16, 2016, Dr. Vilchez examined the Plaintiff and noted that there was improved flexion on the 5th finger and improved grip. Dr. Vilchez recommended a follow-up consultation after Plaintiff completed physical therapy;

xxiv.   On December 20, 2016, a Physical Therapy appointment was requested for the Plaintiff. Dr. Vilchez approved the request, and the appointment was made for February 22, 2017;

xxv.    On January 23, 2017, Plaintiff consulted with Dr. Vilchez regarding hand pain and follow-up relating to a physical therapy consultation;

xxvi.   Plaintiff continued physical therapy on February 6, 2017, and continued the regimen twice per week, through February 15, 2017;

xxvii.  On February 20, 2017, Plaintiff was examined due to swelling to his left hand. The records show that Plaintiff was currently being prescribed and taking pain medication ("ASA" or Acetylsalicylic acid, which are pain relievers). The clinician was notified that the physical therapy regimen was ineffective and that there were no improvements. That same day, Dr. Vilchez requested a specialist appointment for the Plaintiff with a Plastic Surgeon;

xxviii. As scheduled, Plaintiff consulted with Plastic Surgeon Dr. Ong on February 22, 2017. Dr. Ong recommended surgery in the form of arthroplasty. Dr. Vilchez reviewed the recommendation and initiated the approval process for the surgery;

xxix.   The next day on February 23, 2017, Dr. Vilchez again examined the Plaintiff and noted that the surgery request had been submitted the day prior;

xxx.    On May 16, 2017, Plaintiff was transferred to Reception Medical Center ("RMC") in order to undergo arthroplasty surgery. The "Health Information Transfer Arrival Summary" form lists that Plaintiff was taking pain medication in the form of "ASA 8 mg," among other types of medications;

xxxi.   On May 24, 2017, Plaintiff underwent lab studies and was given instructions in anticipation of his upcoming surgery. On May 25, 2017, Plaintiff underwent arthroplasty surgery to his left hand with Dr. Ong. After the surgery, Plaintiff was placed in a hand wrist splint;

xxxii.  Also on May 25, 2017, Plaintiff was prescribed antibiotics in the form of Keflex and pain medication Lortab 4 times daily for 7 days. Furthermore, a request was made for a Plastic Surgery follow-up appointment for the Plaintiff. The request was approved, and the appointment was scheduled for June 14, 2017;

xxxiii. On June 18, 2017, Plaintiff was seen in Urgent Care due to pain to his left pinky finger as a result of removal of the sutures. Plaintiff was referred for evaluation with a physician;

xxxiv. On June 21, 2017, Plaintiff consulted with Plastic Surgeon Dr. Ong. Plaintiff was prescribed additional pain medication in the form of Excedrin for 30 days, and was recommended for additional physical therapy. A request for physical therapy was made that same day on June 21, 2017. The request was approved and the appointment was scheduled for July 11, 2017;

xxxv. On July 7, 2017, Plaintiff underwent x-rays of his left fingers, which revealed "postop changes with swelling. Consider infection versus postop swelling," Based on these finding, a full review of Plaintiff's chart and follow-up was ordered on July 11, 2017;

xxxvi. On July 11, 2017, Plaintiff started physical therapy with Physical Therapist Connie Spitzer. Plaintiff had another appointment with Physical Therapist John Palmer on July 17, 2017;

xxxvii. On July 17, 2017, Plaintiff consulted with a physician regarding his left pinky finger. The physician's notes show that Plaintiff's pain management was being done through prescription of Excedrin;

xxxviii. Plaintiff again consulted with Plastic Surgeon Dr. Ong on July 26, 2017. Dr. Ong prescribed pain medication in the form of Excedrin for 30 days, and ordered a follow-up appointment;

xxxix. In August of 2017, Plaintiff was again injured, this time on his right hand, as a result of punching some glass, however this right hand injury is not within the scope of the present lawsuit. As a result of this hand injury, Plaintiff was transferred to University of Florida Hospital for right hand and arm surgery. Plaintiff arrived back at the correctional institution on August 10, 2017, with instructions to follow-up with an Orthopedist specialist and prescription for pain medication;

xl. Plaintiff continued with a physical therapy regimen twice per week from August 24, 2017, through December 6, 2017;

xli. On October 8, 2017, Plaintiff presented to Urgent Care requesting pain medication, and was offered Tylenol. Plaintiff became "aggressive, threatening" and refused the medication offered;

xlii. Plaintiff returned for another consultation with Plastic Surgeon Dr. Ong on November 1, 2017. Dr. Ong noted that Plaintiff was undergoing physical

therapy twice per week. Dr. Ong also ordered additional x-rays and a follow-up appointment.

xliii.  That same day on November 1, 2017, x-rays were ordered, and Plaintiff underwent the left hand x-rays that same day. The x-rays revealed "stable hand. Erosion of the distal aspect proximal phalanx and the proximal aspect middle phalanx of the fifth digit. Associated soft tissue swelling noted."

xliv.  Plaintiff returned for a follow-up consultation with Plastic Surgeon Dr. Ong on December 20, 2017. Dr. Ong prescribed additional pain medication in the form of Excedrin for 60 days, and ordered a follow-up consultation.

xlv.  On January 17, 2018, Plaintiff was examined by Dr. J. Fabregas-Schindler, who requested a specialty consultation with an Orthopedist physician for the Plaintiff. It was noted that x-rays would be repeated and the results would be forwarded for evaluation.

xlvi.  On February 12, 2018, Plaintiff underwent a "Periodic Screening Encounter," and at that time reported "I'm ok."

*See*, Composite Exhibit 1.

17.  The records show that for the times relevant to this lawsuit, and when Plaintiff's treating providers deemed appropriate based on their training, knowledge and expertise, Plaintiff was prescribed and received pain medication in several forms including but not limited to, Lortab, Excedrin, Acetaminophen, ASA and Tylenol. True and correct copies of the medical records showing pain medications prescribed and dispensed to the Plaintiff for the periods of time relevant to the present lawsuit are attached hereto as "Composite Exhibit 2."

18.  The records attached hereto as "Composite Exhibit 2" reveal that Plaintiff's allegations he requested however was not provided pain medication from July 19, 2016, through August 2, 2016, and from August 11, 2016, through August 25, 2016, are factually inaccurate.

19.      At the outset, Plaintiff admits in his complaint he received two Lortab pills on July 19, 2016. The records also show that Plaintiff was prescribed for an additional two days, through July 21, 2016.

20.      However, the records show that Plaintiff did not receive the prescribed Lortab on July 20, 2016, because Plaintiff failed to present to the pick-up window in order to receive the mediation. As stated above, it is the inmate's responsibility to present to the pick-up window to receive prescribed medications such as Lortab. Plaintiff did not do so on July 20, 2016, and therefore did not receive Lortab. Had Plaintiff presented to the medication window on July 20, 2016, he would have received the prescribed Lortab.

21.      Finally, the records show that Plaintiff did present to the medication pick-up window and in fact did receive Lortab on July 21, 2016, as prescribed.

22.      There are no records showing that Plaintiff requested any pain medication after the last dose of Lortab Plaintiff received on July 21, 2016. This could be because Plaintiff did not need more Lortab and therefore did not request more of the medication.

23.      This could also be because Plaintiff received over-the-counter pain medication at his dormitory. As stated above, over-the-counter pain medication is available to inmates at their dormitory upon the inmates' request and without the need for a prescription by a physician.

24.      The records further show that Plaintiff was prescribed pain medication in the form of Motrin/Ibuprofen from August 14 through August 24, 2016, and that Plaintiff received this pain medication from August 14 through August 17, 2016. On August 17, 2016, the records show that Plaintiff refused the pain medication, claiming he was allergic. According to the records, Plaintiff did not request any additional pain medications from August 17, 2016, until August 29, 2016.

25.     Plaintiff was prescribed and received additional Lortab from August 29 through September 2, 2016. The records also show that Plaintiff continued to be prescribed pain medications on an as-needed basis, including but not limited to from September 20, through September 27, 2016, in the form of Tylenol.

26.     There are no records supporting Plaintiff's allegations he was denied pain medications when such medications were deemed necessary or appropriate by Plaintiff's medical providers. None of the records I reviewed show that any of Plaintiff's medical providers intentionally or deliberately denied pain medication to the Plaintiff, or otherwise had any deliberate wish or desire to deny pain medication or any treatment to the Plaintiff.

27.     There are also no records supporting Plaintiff's allegations that on October 3, 2016 and thereafter, Centurion or Plaintiff's medical providers, Dr. Figueroa, Dr. Vazquez or Dr. Vilchez refused to remove sutures from Plaintiff's finger, or that a surgery was needed in order to remove the sutures because "flesh had grown around" the sutures.

28.     Instead, the medical records show that on October 3, 2016, Dr. Vilchez in fact removed ten of Plaintiff's sutures, and noted that pins were infected. Dr. Vilchez prescribed antibiotics (Doxycycline, Clindamycin); calcium and wound care for 2 weeks. See, "Composite Exhibit 1."

29.     There are no records supporting allegations that Plaintiff lost use of his left hand, or that any actions or omissions of Centurion, Dr. Figueroa, Dr. Vazquez or Dr. Vilchez caused any injury or damage to the Plaintiff. Instead, the records show that Plaintiff injured himself by becoming involved in a physical altercation with another inmate, and that Centurion, Dr. Figueroa, Dr. Vazquez and Dr. Vilchez took substantial actions to provide the best treatment possible to the Plaintiff. See, "Composite Exhibit 1;" "Composite Exhibit 2."

30.     Unfortunately, despite more than adequate treatment provided to the Plaintiff by Centurion and its providers, Plaintiff developed arthritis to his left pinky finger. There was nothing that could have been done by way of medical treatment which could have prevented Plaintiff from having developed this condition under the circumstances.

31.     The medical records attached hereto as "Composite Exhibit 1" and "Composite Exhibit 2" show that Plaintiff received adequate and appropriate medical care and treatment for the condition to his left 5th finger – i.e., the "pinky finger." This treatment included pain medications in several different forms, two surgeries - the first in the form of ORIF (open reduction and internal fixation), and the second in the form of arthroplasty. In between the two surgeries and also after the arthroplasty surgery, Plaintiff underwent a substantial regimen of physical therapy to his left pinky finger/left hand. Plaintiff also underwent numerous diagnostic tests in the form of x-rays of his left hand and fingers.

32.     Also as outlined above, Plaintiff consulted on numerous occasions for treatment, diagnosis, surgeries and follow-up consultations with different physicians, including but not limited to, specialist Plastic Surgeon Dr. Ong. The substantial amount of treatment and care provided by Plaintiff's treating providers, including but not limited to, Dr. Figueroa, Dr. Vazquez, and Dr. Vilchez, and also provided by Centurion, show a complete lack of any actions or omissions which could support allegations that Centurion, Dr. Figueroa, Dr. Vazquez or Dr. Vilchez intentionally or deliberately denied any treatment to the Plaintiff.

33.     All of the medical records I reviewed for the Plaintiff show that Centurion and its providers, Dr. Figueroa, Dr. Vazquez and Dr. Vilchez provided the best care and treatment they deemed appropriate and necessary for the Plaintiff pursuant to these providers' knowledge, expertise, training and experience.

{Firm/11040/00042/PLEADING/02408232.DOCX }

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____ January 28th _____, 2020.

JOHN P. LAY, JR., MD

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

Check all that apply:
☑ Inmate  ☐ Employee  ☐ Visitor
☐ Post-Use-of-Force Exam  ☐ Injury  ☑ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: 1400      Time of exam: 1400

Description of occurrence:

Altercation c other inmp

Post Use of Chemical Agent Instructions: Shower without soap? ☑ N/A  ☐ Yes  ☐ Refused  ☐ educated on importance of showering
☐ Report any difficulty breathing  ☐ Remain in upright position  ☐ Do Not apply lotion to the skin  ☐ splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature 98'  Pulse 64  Respiration 18  O2 Sat 99 %  Blood Pressure 136/74

Arrived via: ☑ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:

Condition on arrival (check all that apply): ☑ Alert  ☐ Oriented x 4 (person, place, time, situation)  ☑ Responding to questions verbally
☑ Other (requires description in examinations summary)
☑ C/O pain?  If checked, where?

Examination summary:
A+0x3. Resp even + unlabored. Ø s/s
of distress noted. ® pinkie finger swollen

Physician notified? ☐ No ☑ Yes  Name: Dr. Vasquez      Time: 1440
Treatment provided? ☐ No ☑ Yes  If yes, describe: X-ray immobalized digit, consult

Response to Treatment: tolerated well.

Disposition: ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☑ Other (explain): E Dorm

Discharge Instructions and Education: F/U c s/c or EMD if necessary

Health Care Provider's Signature and Stamp: Worthey, LPN      Date/Time: 7/19/16 @ 1430
Reviewing Physician's Signature and Stamp:      Date/Time: 2-22-16

Name Daniels, Theron
DC# 069947    Race/Sex BM
Date of Birth
Institution SWCI

Inmate Distribution:  White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:  White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Luis C. Vazquez, M.D.

Incorporated by Reference in Rule 33-602.210, F.A.C.

DEFENDANT'S EXHIBIT comp. 1

### FLORIDA DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence 7/19/16          Time of occurrence 1400
Date injury assessed by medical 7/19/16     Time injury assessed by medical 1430

☐ No injury identified

Description of injury  Swelling noted to L pinkie finger.

Staff Signature _Moorthexxpn_

Luis C. Vazquez, M.D.

7-22 16

Inmate Name Daniels, Theiron
DC# 068947     Race/Sex BM
Date of Birth
Institution SWCI

This form is not to be amended, revised, or altered without
approval by the Office of Health Services.

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _NSaids Bacitracin, Polymixin B Sulfate, Iodine Soap_

| DATE/TIME | |
|---|---|
| 6/6/16 143 | INP NOTE Tested for Hepatitis 6/19/14 |
| | H&V Reactive HAV Ab Total - Reactive HBV Surf Ag Non Reactive HBV Surf Ab Reactive Liver Enzymes remain WNL |
| | BP monitoring shows normal ranges 6.28.16 2400 Bimo RN staff — _Luis C. Vazquez, M.D._ |
| 7.13.16 1130 | IE: Inmate not seen in clinic this day Inmate Pt will be rescheduled for next available appt. — A. BRIDGES, LPN SUWANNEE CI |
| 7/19/16 1523 | S — I'm hot some over this afternoon and broke his (L) 5th mtc bone — a (L) hand + deformity, unable to complete a fist O — A — (L) Hand Boxer FX P — 1. immobilize 2. Ortho - Hand Surgeon Consult — 3. Toradol 60mg im x1 ID. Inmate Allergic. — _Luis C. Vazquez, M.D._ |
| 7/19/16 1618 | Urgent Hand Surgeon Consult Submitted to Centurion UM — K. Dicks K. DICKS ADMINISTRATIVE ASSISTANT SUWANNEE CI 04214/04215 |

Inmate Name _Daniel Thorn_
DC# _A16 8947_          Race/Sex _BM_
Date of Birth _____
Institution _Suw_

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education



12075 East 45th Ave, Suite 600, Denver, CO 80239
800-638-3240
Radiology Interpretation

---

**PATIENT NAME:** DANIEL THERON
**DATE OF BIRTH:**
**ID/MRN:** O68147
**PHYSICIAN!** !New/Details in Comments
**FACILITY:** SUWANNEE C.I., FL
**DATE OF SERVICE:** 07/19/2016 14:34:18
**HISTORY:** POST TRAMATIC PAIN

---

# SIGNIFICANT FINDINGS

**HAND LT 3V\*:**
Findings:
There is an acute displaced and angulated fracture involving the distal aspect of the 5th metacarpal bone relating to a boxer's type fracture. Adjacent soft tissue swelling is present.

**IMPRESSION:**
Acute displaced and angulated fracture involving the distal aspect of the 5th metacarpal (boxer's fracture).

---

**Electronically Signed By:** Nadir Khan D.O., M.S. 07/19/2016 17:03:55 MDT

Dr. Khan notified Rapid Radiology System of significant findings. Rapid Radiology System notified Sabrina Mora (615-391-4515 opt. 3) at Schryver Medical FL Corrections of significant findings and gave read back at 2016-07-19 18:41:37.

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

Denis A. Vilchez, MD
Medical Director
Suwannee CI
04214/04215

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| Type of Service: _Hand Surgeon_ | FROM Institution: _SWCF_ | DATE OF REQUEST: _7-19-16_ |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____

Acuity of consultation:
Emergency _____
(Urgent)
Routine _____

DATE APPOINTMENT MADE: _7-19-16_
Staff Signature: _K. Dicks_    _K. DICKS_
_ADMINISTRATIVE ASSISTANT_
_SUWANNEE CI_
APPOINTMENT DATE: _H214/H4.215_
_Pending 8/10/16_

Visit Type - Initial ☐ Follow-up ☐
Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma    ☐ Acute Illness    ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

Inmate c̄ (L) hand 5th metacarpal fx.

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:
Hx HBP, dyslipidemia

Provisional diagnosis:
(L) Hand Boxer Fx

Health Care Provider Signature/Stamp: _[signature]_    Luis C. Vazquez, M.D.

CHO/Designee Approval Signature/Stamp:

**AUTHORIZATION FOR SPECIALTY EVALUATION**

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _Theron Daniels_    D. Crawford    Date: _8-10-16_
Signature of Witness: _D Crawford LPN_    LPN RMC    Date: _8-10-16_

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _Daniels Theron_
DC# _006 8994_    Race/Sex _BM_
Date of Birth _____
EOS DATE: _1-9-35_

DC4-702 (Revised 2/4/15) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTION**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- [X] Medical Services _Sick call_
- [ ] Mental Health Services ___
- [ ] Dental Services ___
- [ ] Medication ___
- [ ] Lab/Diagnostic testing ___
- [ ] Other ___

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Refused to sign_                                   _8-3-16  1330_
**Signature of Patient***                           **Date/Time**

**Two Witnesses:** I, _J. F. Zak, RN, Suwannee CI 04214/04215_ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

Signature of Witness ___                            Title of Witness _J. F. Zak, RN Suwannee CI 04214/04215_

I, _B. Baughlin_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

Signature of Witness _B. Baughlin_                  Title of Witness ___

I am aware that this patient refused the proposed procedure/treatment/medication and has signed this form/refused to sign the form.

Signature of Clinician ___                          Date/Stamp _Luis C. Vazquez, M.D._ _8/8/16_

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator ___             Title of Witness ___

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Daniels, Trevon_
DC# _068947_   Race/Sex _B/M_
Date of Birth ___
Institution _Suwannee CI_

DC4-711A (Effective 8/13) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

(U/E ENT/TOMORROW)

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:** INITIAL VISIT

3/0 L/H sustains a fracture of left 5th MC neck 7/19/16 accompanied by persistent pain 10/10

ROS- no chest pain no palpitations all other systems are negative

**Findings:**

| MH | MEDS | SURG | Allergy | Soc. Smok. |
|---|---|---|---|---|
| HTN | No meds | - Dental Implant - Ing. Hern. Repair Bil. - L Knee Sx - Heart Catheter | NSAID | FH (+) HTN (+) Diabetes - Emphysema |

PPE: Constitution - well developed 200 lbs
Skin - normal
HEENT - no. pallor congestion
H/L - ... negative

**Recommendations:**

Abdomen - no masses felt
EXT - swollen painful left hand; marked ecchymosis; L X-ray - marked displaced overlapping Fx L 5th MC Neck

A: Markedly Displaced Fx L 5th MC Neck with swelling, bruising & pain, 10/10

P: For ORIF L 5th MC Neck

F. ONG, MD
Plastic Surgeon
RMC

**Consultant Signature/Stamp:** [signature] F. ONG, MD Plastic Surgeon RMC **Date:** 8/10/16

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name** Daniels Theron

**DC#** 068947 **Race/Sex** B/M

**Date of Birth** ______

**Institution** SWCI

**EOS DATE:** ______

**USE ADDITIONAL SHEET(S) AS NECESSARY**

N
SWCI

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**Florida Department of Corrections**
**Radiology Request Form**

# Radiology

PLEASE WRITE LEGIBLY

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic

List allergies:

S/P Injury (L) hand

☐ Ambulatory ☐ Portable ☐ Stretcher ☐ Wheelchair

Physician Name (Print) and Name Stamp:    Dr Ong

Date of Request: 8/10/16

| X-RAYS | | MRI SCANS | ULTRASOUNDS |
|---|---|---|---|
| ☐ Ankle R ☐ L ☐ | ☐ Shoulder R ☐ L ☐ | ☐ Cervical Spine | ☐ Abdomen complete |
| ☐ Cervical Spine | ☐ Sinuses | ☐ Head/Brain Stem | ☐ Breast |
| ☐ C. Spine, complete | ☐ Skull | ☐ Hip R ☐ L ☐ | ☐ Gallbladder |
| ☐ Chest | ☐ Sternum | ☐ Lower Ext, any joint R ☐ L ☐ | ☐ Inguinal Area |
| ☐ Chest, PA and LAT | ☐ T. M. Joints | ☐ Lower Ext, no joint R ☐ L ☐ | ☐ Liver |
| ☐ Chest PPD | ☐ Thoracic Spine | ☐ Lumbar Spine | ☐ Lower Ext. R ☐ L ☐ |
| ☐ Clavicle R ☐ L ☐ | ☐ Tibia & Fibula R ☐ L ☐ | ☐ Neck | ☐ Neck/Soft Tissue/Thyroid |
| ☐ Coccyx | ☐ Wrist R ☐ L ☐ | ☐ Pelvis | ☐ Paracentesis |
| ☐ Cystogram | | ☐ Thoracic Spine | ☐ Pelvis |
| ☐ Elbow R ☐ L ☐ | **FLUOROSCOPY** | ☐ Upper Ext, any joint R ☐ L ☐ | ☐ Renal |
| ☐ Facial Bones | ☐ Arthrogram [ | ☐ Upper Ext, no joint R ☐ L ☐ | ☐ Scrotum |
| ☐ Femur R ☐ L ☐ | ☐ Barium Enema | | ☐ Thoracentesis |
| ☐ Fingers R ☐ L ☐ | ☐ Cystogram | | ☐ Upper Ext. R ☐ L ☐ |
| ☐ Foot R ☐ L ☐ | ☐ Esophagram | | |
| ☐ Forearm R ☐ L ☐ | ☐ I.V. Pyelogram | | **VASCULAR STUDY** |
| ☒ Hand R ☐ L ☒ | ☐ Lumbar Puncture | | ☐ Abdominal Aorta |
| ☐ Hip R ☐ L ☐ | ☐ Myelogram [ | **NUCLEAR MEDICINE** | ☐ Abdominal Aorta with doppler |
| ☐ Humerus R ☐ L ☐ | ☐ Venogram R ☐ L ☐ | ☐ Bone 3 Phase - Infection | ☐ Arterial Doppler, Lower Ext R ☐ L ☐ |
| ☐ Knee R ☐ L ☐ | ☐ U. G. I. Series | ☐ Bone (Whole Body) | ☐ Arterial Doppler, Upper Ext R ☐ L ☐ |
| ☐ KUB | ☐ U. G. I. and Small Bowel | ☐ Cardiac - MUGA | ☐ Carotid Duplex |
| ☐ KUB and UPT | | ☐ Cardiac -Stress | ☐ Dialysis Graph Duplex R ☐ L ☐ |
| ☐ Lumbar Spine | **CAT SCANS** | ☐ Ceretec - infection (labeled WBC) | ☐ Vein Mapping for Dialysis R ☐ L ☐ |
| ☐ L. Spine, complete | ☐ Abdomen | ☐ Gallbladder (CCK) | ☐ Venous Duplex Lower Ext R ☐ L ☐ |
| ☐ Mandible | ☐ Cervical Spine | ☐ Gallbladder (HIDA) | ☐ Venous Duplex Upper Ext R ☐ L ☐ |
| ☐ Nasal Bones | ☐ Chest | ☐ Gallium | |
| ☐ Orbits | ☐ Facial/TMJ | ☐ Liver/Spleen | Exams not mentioned above: |
| ☐ Os Calcis R ☐ L ☐ | ☐ Head | ☐ Pulmonary V/Q | |
| ☐ Pelvis | ☐ Lower Ext. R ☐ L ☐ | ☐ Renal | **RECEIVED** |
| ☐ Ribs R ☐ L ☐ | ☐ Lumbar Spine | ☐ Thyroid and Uptake | AUG 1 8 2016 |
| ☐ Sacrum | ☐ Orbit | ☐ Thyroid - Parathyroid | |
| ☐ Scapula | ☐ Pelvis | ☐ Gallbladder (CCK) | Medical Records |
| ☐ Scoliosis Series | ☐ Soft Tissue Neck | | Suwannee CI |
| | ☐ Thoracic Spine | | |
| | ☐ Upper Ext. R ☐ L ☐ | | |

Date Performed: 8/10/16          Time Performed: 0834

Where Performed: JMC

Technologist Name/stamp: MS          M. Saget
                                      Xray Technologist
                                      Schryver Medical

Is permanent camp a private institution? No ☐ Yes ☐
Clinic/hospital room number _____

73130

INMATE NAME: Daniels Theron
DC#: 063947   Race/Sex: B/M
DATE OF BIRTH:
INSTITUTION: SWCI

2815319

DC4-705D (Issued 4/3/12)

From: IntellePACS Fax    Fax: (479) 226-8019    To: +13864966507    Fax: +13864966507    1 of 1  08/10/2016 8:31 AM



*Suwannee*

**SM² SCHRYVER MEDICAL, LLC**

12075 East 45th Ave, Suite 600, Denver, CO 80239

800-638-3240

Radiology Interpretation

---

PATIENT NAME: THERON DANIELS

DATE OF BIRTH:

ID/MRN: 068947

PHYSICIAN: Ong MD, Francis D

FACILITY: RMC - MAIN HOSPITAL RM: E11062 , FL

DATE OF SERVICE: 08/10/2016 08:36:07

HISTORY: S/P INJURY TO LT HAND

---

## SIGNIFICANT FINDINGS

HAND LT 3V*:

There is evidence of a boxers fracture in the 5th metacarpal neck. Soft tissue swelling and volar displacement is identified. Remainder of the hand is within normal limits.

IMPRESSION:

Acute 5th metacarpal necks comminuted fracture with displacement.

---

Electronically Signed By: Dr. Robin Connolly M.D. 08/10/2016 7:19:55 MDT

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

RECEIVED

AUG 1 8 2016

Medical Records
Suwannee CI

☑ OK TO FILE
M.D. INITIAL

☐ PULL CHART/
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL

J.Santiago MD
RMC

RECEPTION AND MEDICAL CENTER
ADMISSION HISTORY AND PHYSICAL

*(UPDATE TOMORROW)*

Inmate Name: _Daniels Theron_   DC#: _068949_

**PHYSICAL EXAMINATION**

Age: _____   Weight: _____   T: _____   P: _____   R: _____   BP: _____

General Appearance: _well developed_

Skin/Lymph Nodes: _no rashes_

Head: _normo cephalic_   Eyes: _men-tda_

Neck: _supple_

Chest/Lungs: _clear_

Back: _no deformity_

Heart: _regular rhythm_

Abdomen: _nr max felt_

GU: _nl_   Rectal: _nl_

Extremities: _markedly displaced fracture left 5th neck, gross left swelling + ecchymosis_

Vascular: _well perfused_

Neurological: _grossly intact_

**ASSESSMENT/DIAGNOSIS**   _Markedly Displaced Fracture L 5th MC Neck w/g pain, ecchymosis + swelling_

**PLAN**   _→ ORIF L 5th MC neg_

Date: _8/10/16_   Staff Signature and Stamp: _____

F. ONG, MD
Plastic Surgeon
RMC

DC4-0030 (12/05) Page 2 of 2

RECEPTION AND MEDICAL CENTER
ADMISSION HISTORY AND PHYSICAL

*(handwritten, circled)* UPCEN Tomorrow

**Inmate Name:** _Daniels Theron_    **DC#:** _068947_

**Allergies:** _NSAID, iodine_

## CHIEF COMPLAINT

_fracture left 5th metacarpal neck_

## HISTORY OF PRESENT ILLNESS

_3/o LH sustained a fracture of left 5th metacarpal neck 7/19/16 accompanied by persistent pain 10/10_

## PAST MEDICAL HISTORY

_HTN_

## FAMILY HISTORY

_HTN_
_Diabetes_
_Emphysema_

## SOCIAL HISTORY

_Non-smoker_

**Current Medications:** _No meds_

**Date:** _8/11/16_    **Staff Signature and Stamp:** _F. ONG, MD Plastic Surgeon RMC_

DC4-0030 (12/05) Page 1 of 2

FLORIDA DEPARTMENT OF CORRECTIONS
RECEPTION AND MEDICAL CENTER-MSU
OPERATIVE REPORT

*Suzanne*

**NAME:** DANIELS, THERON
**NUMBER:** 068947
**DATE:** 08-11-16

**PREOP DIAGNOSIS:** Displaced fracture of the left 5th metacarpal neck.

**POST OP DIAGNOSIS:** Same.

**SURGEON:** Francis Ong, M.D.
**ANESTHESIA:** General.

**PROCEDURE:**
1. Osteotomy of the left 5th metacarpal neck.
2. Open reduction internal fixation of the left 5th metacarpal neck times two K-Wires.
3. Video fluoroscopy.
4. Postoperative finger nerve block.
5. Application of hand wrist splint.

In the holding room, the patient was marked. He was transferred to the operating room in optimal condition. Preoperative IV antibiotic was given. The left upper extremity was prepped and draped in the usual fashion. With the guidance of video fluoroscopy, the fracture site was identified at the neck of the left 5th metacarpal. Incision was made over the dorsum of the left 5th metacarpal neck. The incision was deepened down with Tenotomy Scissors, retracting the extensor tendon, cutting the periosteum and elevating it with the periosteal elevator. The fracture site was identified. This was debrided with Rongeur and cut with the power saw. The fracture site was reduced under visualization and video fluoroscopy. Two K-wires were inserted.  There was good reduction. The periosteum was closed with 4-0 PDS Sutures in simple interrupted fashion and 4-0 PDS Sutures for the fascia. Intradermal layer of 4-0 PDS Sutures in simple interrupted fashion placed. Skin was closed with running 6-0 Prolene Sutures. Postoperative finger nerve block was done. Bulky dressing and hand wrist split were applied. Patient tolerated the procedure well.

Francis Ong, M.D.
FO:pj
D:  08-11-16    T: 08-12-16
RMC Lake Butler, FL

RECEIVED
AUG 31 2016
Medical Records
Suwannee CI

1

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: *PLASTR* | FROM Institution: *DR OAF* | DATE OF REQUEST: |
|---|---|---|

| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan_____ | Emergency _____ | |
| Evaluate and recommend treatment plan_____ | Urgent _____ | Staff Signature: |
| Other (specify): _____ | Routine _____ | |

| Visit Type - Initial ☐ Follow-up ☐ | APPOINTMENT DATE: |
|---|---|
| Follow-up consults require justification | |

Condition is (check one): ☐ Acute Trauma  ☐ Acute Illness  ☐ Chronic 1st POST OP VISIT

History of present illness (include onset, presentation, progress, therapy):

S/p Osteotomy ORIF L 3TR tk Nak

Physical findings:

(8-11-16)

Diagnostic findings (explain laboratory, x-ray, or other test findings):

PTC 2 weeks for removal of sutures

Other pertinent information:

Provisional diagnosis:

FRANCIS ONG M.D.
SURGEON
RMC

Health Care Provider Signature/Stamp: _____

CHO/Designee Approval Signature/Stamp: _____

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____   Date: _____

Signature of Witness: _____   Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _ : DANIELS, THERON
DC#_____   DC#: 068947B/M
Date of Birth _   DOB:
EOS DATE: _

AUG 1 7 2016
Dr. Luis Vazquez
Medical Director
Suwannee CI

DC4-702 (Revised 2/4/15) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICE**

This is to certify that I am refusing the following:

[X] Medical Services  _Sick Call_

[ ] Mental Health Services _____

[ ] Dental Services _____

[ ] Medication _____

[ ] Lab/Diagnostic testing _____

[ ] Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_RTS_

**Signature of Patient***        04214/04215        **Date/Time**  _8-30-16    0845_
                                 Suwannee CI

Two Witnesses:   I, _____   am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

                                                          04214/04215
                                                          Suwannee CI
                                                          J. F. Zak, RN
Signature of Witness _____        Title of Witness  _J. F. Zak, RN_

provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.
_____   am a staff member who is not the patient's health care

Signature of Witness _____        Title of Witness  _C/o CO_

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

                                                 Dr. Luis Vazquez
                                                 Medical Director
Signature of Clinician _____       Suwannee CI    AUG 30 2016
                                                 Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator _____    Title of Witness _____

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _Danuly Treemon_
DC# _068947_                    Race/Sex _B/M_
Date of Birth _____
Institution _Suwannee CI_

DC4-711A (Effective 8/13) (Page 1 of 2)

incorporated by Reference in Rule 33-401.103, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
FRACTURE/DISLOCATION/SPRAIN PROTOCOL

**SUBJECTIVE:** Date: 9/9/16  Time: 11°°  Age: _____  ☑ Sick Call  ☐ EMID
Chief Complaint: NSAIDS Iodine Bacitracin Polymyxin B Sulfate Soaps
Allergies: _____
Current Medications: norvasc lisinopril ASA folic Acid
Date of last Tetanus Toxoid: NA
Chief Complaint: L hand swelling
Mechanism of injury (MOI): _____
Hx of previous dislocations? ☒ No ☐ Yes → Joint/s involved: Fx + surgery on 8/11/16
Location of pain: L hand                                    When? NA
                              Pain level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☒ 8 ☐ 9 ☐ 10

**OBJECTIVE:** Temp: 98.9 ° Pulse: 111 Resp: 18  Blood Pressure: 130/92 02 sat: 99 % Weight: 195
Pulse distal to injury: ☑ Present ☐ Absent ☐ N/A (fingers/toes)
Pallor: Color of skin around the injury site: ☒ Pink ☐ Pale ☐ White ☐ Ecchymotic ☐ Hematoma
  Quality: ☐ Strong ☐ Moderate ☒ Weak
Temperature of skin around the injury site: ☐ Warm ☒ Cool ☐ Cold
Capillary refill (blanching) test: ☒ Less than 2 seconds ☐ Greater than 2 seconds
Paresthesia: Extremity numbness? ☐ No ☒ Yes  Extremity tingling? ☐ No ☒ Yes
Paralysis: Is patient able to move affected extremity (i.e., pt. is able to bend elbow, wiggle fingers, etc.)? ☐ No ☐ Yes
Swelling: ☐ None ☐ Mild ☒ Moderate ☐ Severe
Deformity present: ☒ No ☐ Yes If yes, describe: _____
Skin intact: ☐ No ☒ Yes → ☐ Abrasion ☐ Laceration → Use also "Abrasion/laceration Protocol," DC4-683V/ for appropriate care.
Bleeding: ☒ N/A ☐ No ☐ Yes → Use also "Abrasion/Laceration Protocol," DC4-683V for appropriate care.
Additional comments/findings: _____

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Patient has possible fracture and/or dislocation
☒ Patient has poor color, temperature, or sensation of affected limb.         Complications from Surgical
☐ Bleeding not controlled with 10 minutes of direct pressure.                  Procedure.

**PLAN**
☐ Clinician notified: _____
☐ Orders from clinician: _____                                        Time: _____
☐ EMS activated as ordered.
☐ Control bleeding with direct pressure for 10 minutes to bleeding site.
☐ Splint joint above and below suspected fracture/dislocation site.
☒ Apply arm sling
☐ Elevate affected limb.
☒ Apply covered ice pack to affected area for 15 – 20 minutes.
☐ Give ibuprofen 200mg 2-3 tablets by mouth for pain OR ☒ acetaminophen 325mg 2 tablets by mouth for pain now
☐ Give T-Dap* 0.5mg IM or Td 0.5cc IM as prescribed by clinician.
☐ Apply ace wrap PRN (wrap distal to proximal, i.e., wrap up toward the heart)
☐ Provide crutches PRN
☐ Recheck affected distal pulse prior to discharge: ☐ Strong ☐ Moderate ☐ Weak
☐ Issue Pass: _____
                              ☐ Other: _____

* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given..
If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine. At this time, Tdap is licensed for only one
lifetime dose per person.

(Continued on back....)

INMATE NAME: Daniel P Turner
DC#: 068949 RACE: B SEX: M
DATE OF BIRTH _____
INSTITUTION: _____ SWC

DC4-683J (Revised 7/26/13)
This form is not to be amended, revised, or altered without approval of the Director of Health Services.  Page 1 of 2

From: IntelaPACS IntelaPAFax: (555) 241-5484     To: +13869636116     Fax: +13869658116     Page 1 of 1   09/27/2018 1:37 PM



12075 East 45th Ave, Suite 600, Denver, CO 80239
800-638-3240
Radiology Interpretation

---

PATIENT NAME: THERON DANIELS
DATE OF BIRTH:
ID/MRN: 068947
PHYSICIAN: !New Details in comments
FACILITY: SUWANNEE C.I. RM: H2106L . FL
DATE OF SERVICE: 09/27/2016 13:34:06
HISTORY: SWELLING.

---

# SIGNIFICANT FINDINGS                7313L   ENTERED

HAND LT 3V*:
Compared to the 8/10/16 exam, there are new metallic pin's identified in the 5th metacarpal, transfixing previous fracture noted on the prior exam. Good alignment position appears be present. The remainder the hand is unchanged.

IMPRESSION:
ORIF in the 5th metacarpal as described in good position.

---

FINGERS LT 3V:                             7314L
ORIF noted in the 5th metacarpal which appears to be in good position. Fracture in the 5th finger is noted of an acute nature.   ENTERED
Mild soft tissue swelling is noted.

IMPRESSION:
ORIF 5th metacarpal.

---

Electronically Signed By: Dr. Robin Connolly M.D. 09/27/2016 12:21:26 MDT

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

RECEIVED
SEP 2 8 2016
Medical Records
Suwannee CI

Denis A. Vilchez, MD
OCT 0 3 2016
SWCI Medical Director

Schryver Medical FL Corrections                - 1 -                                27 Sep 2016  13:29

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | Nsaids,Iodine, Bacitracin, Polymyxin |
|---|---|
| DATE/TIME | T : 98.9 oF  P:110  R 18  BP: 132/92      W:195 Lbs. H:5.11  Osat :99 % |
| 10/3/2016 | IM with left Hand Boxer Fracture with pins and Stitches on. |
| 16..00 | Left hand still with edema, some redness. |
| S | |
| O | Alert conscious and Oriented  x 3 |
| | Norm cephalic , Eyes Conjunctiva Clear ,Perrla, EOMI |
| | ENT , TM normal nose clear, Throat Clear |
| | Neck : No thyroid abnormality , no masses, no bruits, no JVD |
| | Lungs : Clear and well ventilated |
| | GI: BS positive depressible, no pain, no CVAT . |
| | Lymphatic ; No enlarged nodes : neck, axilla, groin or supraclavicular. |
| | GU :  Normal , no secretions , no masses. |
| | Extremities: No edema, no joint swelling, distal pulses palpable |
| | Skin : left and edema and pain to palpation and minor ROM |
| | Removed 10 stitches |
| A | Left Hand Boxer Fracture with pins |
| | Removed stitches |
| | **Infected Pins..** |
| P | Doxycycline 100 mg PO BID x 14 days |
| | Clindamycin 300 mg PO BID x 10 days. |
| | Calcium 500 mg PO TID x 90 days |
| | F/U in 10 days |

A. Bridges, LPN
MD Clinic
Suwannee CI

daily wound care x 2 weeks

Denis A. Vilchez, MD

OCT 0 3 2016

SWCI Medical Director

Inmate Name _DANIELS THERON_
DC# _068947_   Race/Sex _M/_
Date of Birth
Institution: _____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

Type of Service: _Plastic_

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____
_____

FROM Institution: _SWCI_

DATE OF REQUEST: _8/12/16_

Acuity of consultation:
Emergency _____
Urgent _____
Routine _____

DATE APPOINTMENT MADE:
_8/18/16_

Staff Signature: _K. Dicks_
Administrative Assistant
Suwannee CI

Visit Type -  Initial ☐ Follow-up ☑
Follow-up consults require justification

APPOINTMENT DATE:
_Pending_  10/5/16

Condition is (check one):  ☐ Acute Trauma        ☐ Acute Illness        ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

Physical findings:
_2 wks F/U post surgery (8-11-16) to remove sutures._

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis: _s/p Osteotomy ORIF - L 5th mc neck_

Health Care Provider Signature/Stamp: _____

CHO/Designee Approval Signature/Stamp: _____
Dr. Luis Vazquez
Medical Director
Suwannee CI

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _Theron Daniels_          Date: _9/13/16_

Signature of Witness: _____          Date: _9/13/16_
A. Hale, LPN
Suwannee CI
204215

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE
AWARE OF ANY SCHEDULING INFORMATION PENDING ANY
APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _DANIELS Theron_
DC# _068947_          Race/Sex _B M_
Date of Birth _____
EOS DATE: _____

DC4-702 (Revised 2/4/15) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

S/P ORIF L 5TH MC Neck
(8-11-16)

**Findings:**

= NOT seen 2 weeks after
surgery

= Sutures - removed 10/3 at
facility.

= Patient was given antibiotics
9/19/16 x 7 days (Keflex/Bactrim)

= NOT wearing splint

**Recommendations:**

= S/P ORIF L 5TH MC Neck
( )

= RTC 2 weeks
for repeat X ray

**Consultant Signature/Stamp:**  F. ONG, MD
Plastic Surgeon
RMC

**Date:** 10/5/16

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name** Daniels, Theron                USE ADDITIONAL SHEET(S) AS NECESSARY

**DC#** 016894      **Race/Sex** B/M

**Date of Birth** _____

**Institution** _____

**EOS DATE:** _____

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | Iodine, NSADIDS,Soap, Polymixin and Bactrim |
|---|---|
| DATE/TIME | T: 98.4 oF  P:65  R: 16  BP: 122/74   Osat :98 % W:188 Lbs. |
| 10//24//2016 | Left 5 th MC osteotomy  on 8/11/2016, ORIF |
| 8..50 AM | Currently with PIN inside. |
| S | Pending  XRY ordered and Done , Plastic Surgery Consultation already requested. |
| | |
| | |
| | |
| O | Alert conscious and Oriented  x 3 |
| | Normocephalic , Eyes Conjunctiva Clear ,Perrla, EOMI |
| | ENT , TM normal nose clear, Throat Clear |
| | Neck : No thyroid abnormality , no masses, no bruits, no JVD |
| | Lungs : Clear and well ventilated |
| | GI: BS positive depressible, no pain, no CVAT . |
| | Lymphatic ; No enlarged nodes : neck, axilla, groin or supraclavicular. |
| | GU :  Normal , no secretions , no masses. |
| | Extremities: No edema, no joint swelling, distal pulses palpable |
| | Skin : Well hydrated, |
| | |
| | **Post Left 5th MC Orif.** |
| | |
| | |
| P | Plastic Surgery Consultation. |

CRIDER, LPN
LIC. PRACTICAL NURSE
SUWANNEE CI

10/24/16

Denis A. Vilchez, MD

OCT 2 4 2016

SWCI Medical Director

Inmate Name DANIELS THERON
DC# 06B947    Race/Sex B/M
Date of Birth
Institution: SUWANNEE C I

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

F. ONG, MD
Plastic Surgeon
RMC

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: _PLASTIC_ | FROM Institution: _DR-ONC_ | DATE OF REQUEST: 10-5-16 |
|---|---|---|

| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan _____ | Emergency _____ | 10/6/16 |
| Evaluate and recommend treatment plan _____ | Urgent _____ | Staff Signature: K. DICKS ADMINISTRATIVE ASSISTANT |
| Other (specify): _____ | Routine _____ | _Monie_ SR' A. NEE CL |

| Visit Type - Initial ☐  Follow-up ☐ | QWICS | APPOINTMENT DATE: |
|---|---|---|
| Follow-up consults require justification | | _Pending_ 11-3-16 |

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

S/P   ORIF   2 5th MC Neck

(8-11-16)

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

RTC   2   weeks   Approved [signature]
Oct 6, 2016

Other pertinent information:

for remove X 72 hr +

Provisional diagnosis:

_remove of plan_

Health Care Provider Signature/Stamp: _____

F. ONG, MD
Plastic Surgeon
RMC

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____ .
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

| Signature of Patient: _Theron Daniels_ | Date: 10-21-16 |
|---|---|
| Signature of Witness: _W Dubose_ | Date: 10/21/16 |

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _DANIELS THERON_
DC# _068947_ Race/Sex _B(M)_
Date of Birth _____
EOS DATE: _____

DC4-702 (Revised 2/4/15) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

S/P ORIF L STAT re Neck

(8-11-16)

**Findings:**

XRAY - heald fractur

less JR re

STH — less Jh fan

**Recommendations:**

A6 hands
at mga
X 60 dg

Fm A/P ROD exam
init rentrens, swell contrs
less Jh Fing
3 x / Week fm 8 week
Acetaminopln Prn TM/pc
X 60 dap.

F.ONG, MD
Plastic Surgeon
RMC

**Consultant Signature/Stamp:** _____ **Date:** 8/13/16

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name** Daniels, Theron
**DC#** 068947  **Race/Sex** B/M
**Date of Birth** _____
**Institution** _____
**EOS DATE:** _____

USE ADDITIONAL SHEET(S) AS NECESSARY

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

Florida Department of Corrections
Radiology Request Form

# Radiology

**PLEASE WRITE LEGIBLY**

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic

List allergies:

*Inmate 910 Hx af left 5TH FIN on Fx and cellt.*

NSAIOS.
Iodine
BACITRACIN
POLYMYXIN

☑ Ambulatory ☐ Portable ☐ Stretcher ☐ Wheelchair

Physician Name (Print) and Name Stamp:
*Dr Vilchez*

Date of Request: 11-17-16

| X-RAYS | | | | MRI SCANS | | ULTRASOUNDS | |
|---|---|---|---|---|---|---|---|
| ☐ Ankle R ☐ L ☐ | | ☐ Shoulder R ☐ L ☐ | | ☐ Cervical Spine | | ☐ Abdomen complete | |
| ☐ Cervical Spine | | ☐ Sinuses | | ☐ Head/Brain Stem | | ☐ Breast | |
| ☐ C. Spine, complete | | ☐ Skull | | ☐ Hip R ☐ L ☐ | | ☐ Gallbladder | |
| ☐ Chest | | ☐ Sternum | | ☐ Lower Ext, any joint R ☐ L ☐ | | ☐ Inguinal Area | |
| ☐ Chest, PA and LAT | | ☐ T. M. Joints | | ☐ Lower Ext, no joint R ☐ L ☐ | | ☐ Liver | |
| ☐ Chest PPD | | ☐ Thoracic Spine | | ☐ Lumbar Spine | | ☐ Lower Ext. R ☐ L ☐ | |
| ☐ Clavicle R ☐ L ☐ | | ☐ Tibia & Fibula R ☐ L ☐ | | ☐ Neck | | ☐ Neck/Soft Tissue/Thyroid | |
| ☐ Coccyx | | ☐ Wrist R ☐ L ☐ | | ☐ Pelvis | | ☐ Paracentesis | |
| ☐ Cystogram | | **FLUOROSCOPY** | | ☐ Thoracic Spine | | ☐ Pelvis | |
| ☐ Elbow R ☐ L ☐ | | ☐ Arthrogram [ | | ☐ Upper Ext, any joint R ☐ L ☐ | | ☐ Renal | |
| ☐ Facial Bones | | ☐ Barium Enema | | ☐ Upper Ext, no joint R ☐ L ☐ | | ☐ Scrotum | |
| ☐ Femur R ☐ L ☐ | | ☐ Cystogram | | | | ☐ Thoracentesis | |
| ☐ Fingers R ☐ L ☐ | | ☐ Esophagram | | | | ☐ Upper Ext. R ☐ L ☐ | |
| ☐ Foot R ☐ L ☐ | | ☐ I.V. Pyelogram | | *3 VIEWS.* | | | |
| ☐ Forearm R ☐ L ☐ | | ☐ Lumbar Puncture | | | | **VASCULAR STUDY** | |
| ☑ Hand R ☐ L ☐ | | ☐ Myelogram [ | | | | ☐ Abdominal Aorta | |
| ☐ Hip R ☐ L ☐ | | ☐ Venogram R ☐ L ☐ | | **NUCLEAR MEDICINE** | | ☐ Abdominal Aorta with doppler | |
| ☐ Humerus R ☐ L ☐ | | ☐ U. G. I. Series | | ☐ Bone 3 Phase - Infection | | ☐ Arterial Doppler, Lower Ext R ☐ L ☐ | |
| ☐ Knee R ☐ L ☐ | | ☐ U. G. I. and Small Bowel | | ☐ Bone (Whole Body) | | ☐ Arterial Doppler, Upper Ext R ☐ L ☐ | |
| ☐ KUB | | **CAT SCANS** | | ☐ Cardiac - MUGA | | ☐ Carotid Duplex | |
| ☐ KUB and UPT | | ☐ Abdomen | | ☐ Cardiac -Stress | | ☐ Dialysis Graph Duplex R ☐ L ☐ | |
| ☐ Lumbar Spine | | ☐ Cervical Spine | | ☐ Ceretec - Infection (labeled WBC) | | ☐ Vein Mapping for Dialysis R ☐ L ☐ | |
| ☐ L. Spine, complete | | ☐ Chest | | ☐ Gallbladder (CCK) | | ☐ Venous Duplex Lower Ext R ☐ L ☐ | |
| ☐ Mandible | | ☐ Facial/TMJ | | ☐ Gallbladder (HIDA) | | ☐ Venous Duplex Upper Ext R ☐ L ☐ | |
| ☐ Nasal Bones | | ☐ Head | | ☐ Gallium | | | |
| ☐ Orbits | | ☐ Lower Ext. R ☐ L ☐ | | ☐ Liver/Spleen | | **Exams not mentioned above:** | |
| ☐ Os Calcis R ☐ L ☐ | | ☐ Lumbar Spine | | ☐ Pulmonary V/Q | | | |
| ☐ Pelvis | | ☐ Orbit | | ☐ Renal | | | |
| ☐ Ribs R ☐ L ☐ | | ☐ Pelvis | | ☐ Thyroid and Uptake | | | |
| ☐ Sacrum | | ☐ Soft Tissue Neck | | ☐ Thyroid - Parathyroid | | | |
| ☐ Scapula | | ☐ Thoracic Spine | | ☐ Gallbladder (CCK) | | | |
| ☐ Scoliosis Series | | ☐ Upper Ext. R ☐ L ☐ | | | | | |

Date Performed: _____     Time Performed: _____

Where Performed: _____     Technologist Name/stamp: _____

Is permanent camp a private institution? No ☐ Yes ☐
Clinic/hospital room number _____

INMATE NAME: *Daniels, Trevon*
DC#: *0108...*     Race/Sex: *B/M*
DATE OF BIRTH:
INSTITUTION: *Suwannee CI*



12075 East 45th Ave, Suite 600, Denver, CO 80239
800-638-3240
Radiology Interpretation

---

PATIENT NAME: THERON DANIELS
DATE OF BIRTH:
ID/MRN: 068947
PHYSICIAN: VILCHEZ MD, DENIS
FACILITY: SUWANNEE C.I. FL00039^G41052^^'SUWANNEE C.I.&FL00039 RM: G41052 , FL
DATE OF SERVICE: 11/22/2016 13:08:46
HISTORY: FRACTURE,

---

HAND LT 3V*:                                          73/3L
COMPARISON:
November 2, 2016.
FINDINGS:
The previously placed pins within the fifth metacarpal have been removed in the interval. Healed fracture involving the fifth metacarpal is seen. Osteoarthritic changes are seen within the fourth and fifth distal interphalangeal joints and within the fifth proximal interphalangeal joints. Bone mineralization is within normal limits. There is no evidence of joint effusion. No radio-opaque foreign bodies noted on this examination.

IMPRESSION:
Status post pin removal fifth metacarpal fracture, healed.
Osteoarthritic changes as described above.                    ENTERED

---

Electronically Signed By: Dr. Sean Johnston M.D. 11/22/2016 12:04:28 MST

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

Denis A. Vilchez, MD
Medical Director
Suwannee CI
04214/04215
11/28/16

RECEIVED
NOV 2 3 2016
Medical Records
Suwannee CI

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: *Physio therapy* | FROM Institution: *DRCW* | DATE OF REQUEST: *11.2.16* |
|---|---|---|
| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
| Evaluate and recommend diagnostic plan_____ | Emergency _____ | |
| Evaluate and recommend treatment plan_____ | Urgent _____ | Staff Signature: |
| Other (specify):_____ | Routine _____ | |

| Visit Type - Initial ☐ Follow-up ☐ | APPOINTMENT DATE: |
|---|---|
| Follow-up consults require justification | |

Condition is (check one): ☐ Acute Trauma      ☐ Acute Illness      ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

S/P ORIF ∠ 5th MC Neg

Physical findings:

(8-11-16)

Staff left 5th Fx

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Fx  A/P Roy Heam with

Other pertinent information:  rent cac  3x / Week x 8 weeks

Provisional diagnosis:                                                        ONS

Health Care Provider Signature/Stamp:_____
F. ONG, MD
Plastic Surgeon
RMC

CHO/Designee Approval Signature/Stamp:_____

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require *Physical Therapy*
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____     Date: *12-2-16*

Signature of Witness: _____     Date: *12-2-16*
G. Gaylord LPN

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name __Daniels, Theron__
DC# __060894 7__   Race/Sex __BM__
Date of Birth _____
EOS DATE: _____
DC4-702 (Revised 2/4/15) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: *Therapy* | | | |
|---|---|---|---|
| Reason(s) for consultation: | FROM Institution: SWCI | | DATE OF REQUEST: Nov 10, 2016 |
| Evaluate and recommend diagnostic plan____ | Acuity of consultation: | | DATE APPOINTMENT MADE: |
| Evaluate and recommend treatment plan____ | Emergency ____ | | 11-11-16 |
| Other (specify): ____ | Urgent ____ | | Staff Signature: |
| | Routine ____ | | |

Visit Type -  Initial ☑ Follow-up ☐
Follow-up consults require justification

APPOINTMENT DATE: *Pending*

Condition is (check one):  ☐ Acute Trauma     ☐ Acute Illness     ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

S/P ORIF left metacarpal 5th digit

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Recommendations from Surgeon for 8 weeks of therapy once a week

Other pertinent information:

Provisional diagnosis:   S/P Orif ORIF left 5th metacarpal

Health Care Provider Signature/Stamp: _____ Nov 10, 2016

CHO/Designee Approval Signature/Stamp:

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery.  I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: *Theron Daniels*                                    Date: 12-2-16

Signature of Witness: _____                                 Date: 12-2-16
                                        C. Gaylord, LPN
                                        Suwannee CI

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name  Daniels, Theron
DC# 068947            Race/Sex B/M
Date of Birth _____
EOS DATE: _____

DC4-702 (Revised 2/4/15) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration

F. ONG, MD
Plastic Surgeon
RMC

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

Type of service: _PLASTIC_   FROM Institution: _DR. ONG_   DATE OF REQUEST: _11.210_

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____

Acuity of consultation:
Emergency _____
Urgent _____
Routine _____

DATE APPOINTMENT MADE:

Staff Signature:

Visit Type:  Initial ☐  Follow-up ☐
Follow-up consults require justification

APPOINTMENT DATE:

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic
History of present illness (include onset, presentation, progress, therapy):

Physical findings:   S/P ORIF L STT re Neck
( 8-11-16)

Diagnostic findings (explain laboratory, x-ray, or other test findings):
RTC 2177 complete of 8 wa

Other pertinent information:   hang therapy

Provisional diagnosis:

Health Care Provider Signature/Stamp: _____   F. ONG, MD
Plastic Surgeon
RMC

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed
prior to such hospitalization and/or surgery.  I therefore consent to be referred to a reception and medical center, or
such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care
services as may be necessary to evaluate my health status.

Signature of Patient: _Theron Daniels_   Date: _12-2-16_

Signature of Witness: _____   C. Gaylord, LPN
Suwannee CI   Date: _12-2-16_

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE
## AWARE OF ANY SCHEDULING INFORMATION PENDING ANY
## APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _DANIELS THERON_
DC# _068947_ Race/Sex _B/M_
Date of Birth _____
EOS DATE: _____
DC4-702 (revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:** 7-19-16  Injury L 5th MC Fx.

8-11-16  L 5th mc Fx ORIF by Dr. Ong.

**Findings:** I/m c/o's L wrist pain, L hand pain; L 5th finger pain.

Posture: L 5th DIP mallet deformity.

Rom: L 5th mcp  Flex / ext
50° / 0°  AROM.
PIP 10° / 0°
DIP 30° / -30°

Strength: Grip L 0#
R 85#
L 5th finger flex = 1/5 . ext = 3/5.

Adl(s): L 5th MC - L 5th finger pain and stiffness c inability to close 5th finger to palm.

Needs PASS renewed for hand ball that is in his Property

**Recommendations:** PT 3 w 4 to L hand for MHP, CP, TENS, Ther Ex of AAROM, AROM, PRE.

PT goals:
1. Improve L 5th finger mcP flex 90°, PIP flex 90°  DIP flex 60° AROM.
2. Improve L grip = 80#.
3. ↓ pain by 50%. c Adl's.

Denis A. Vilchez, MD
DEC 16 2016
SWCI Medical Director

**Consultant Signature/Stamp:** John C Palmer, PT.   **Date:** 12-16-16.

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name __Daniels, Theron__
DC# __068947__   Race/Sex __B/m__
Date of Birth _____
Institution __Suwannee CI__
EOS DATE: _____

USE ADDITIONAL SHEET(S) AS NECESSARY

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:
DATE/TIME

11/22/16  record format and contents reviewed an
thinned  M. Crowe / M. Crowe

[ ] Work Release Physical
[ ] BOS Physical
[ ] Respiratory Clinic         [ ] Immunity Clinic
[ ] Oncology Clinic            [ ] Cardio Clinic
[ ] Neurology Clinic           [ ] Endocrine Clinic
[ ] Miscellaneous Clinic       [ ] Gastro Clinic
IM Seen in these Clinics Today:

11-28-16

11 N   IM Seen in these Clinics Today:
[ ] Cardio Clinic          [ ] Miscellaneous Clinic
[ ] Endocrine Clinic       [ ] Neurology Clinic
[ ] Gastro Clinic          [ ] Oncology Clinic
[ ] Immunity Clinic        [ ] Respiratory Clinic
[ ] EOS Physical           [ ] Work Release Physical
By:

V CRIDER, LPN
LIC. PRACTICAL NURSE
SUWANNEE CI

Denis A. Vilchez, MD
Medical Director
Suwannee CI
04214/04215

DATE 11/9/16 TIME AM

D. SOBINSKI, M.A.
MEDICAL ASSISTANT
SUWANNEE CI

0804  CBC UA CMP Hemo Hep Panel Lipid
AND SENT TO LAB

12/15/16   [ ] Inmate received:      L. Driver
           [ ] Requested Record Review  Inventory Coordinator
           [ ] Requested Copies       Suwannee CI

12-16-16  Inm Note: PT
          PT EVAL ( Initial Consult completed to ① 5th MC Fx ORIF
          8-11-16. See PT consult. PT indicated 3w 4.  John C Palmer, PT.

12-16-16  Inmate returned from RMC no complaints or concerns
1400      at this time.            A. Mayle

12/15/16  Late Entry: Inmate request answered.
0830                      H Dicks
                                        K. DICKS
                                        ADMINISTRATIVE ASSISTANT
                                        SUWANNEE CI
                                        04214/04215

Inmate Name Daniels, Theron
DC# 068947      Race/Sex B/M
Date of Birth
Institution SWCI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NSaids, Iodine, NKA Bacitracin, Polymyxin |
|---|---|
| DATE/TIME | |
| 12/16/2016 8..30 AM | RETURNED FROM SPECIALTY APPOINTMENT _____ Surgery_____ RECOMMENDATIONS |
| | PLAN: RTC CONSULT NEEDED [✓] YES [ ] NO MEDICATIONS ORDERED: [✓] YES [ ] NO PASSES/OTHER: [ ] YES [ ] NO EDUCATION: PLAN OF CARE DISCUSSED WITH INMATE [✓] YES [ ] NO |

Condition i 0 ▸ Acute Trauma

History of present illness (include onset, presentation, progress, therapy):

Male    Y/O with PMH of Left 5th  Metacarpal neck Fracture,

Post  Osteotomy on 8/11/2016

Physical findings:

Improved flexion 5th finger ,Improved grip.

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:  Seen on 11/3/2016

Recommending F/U after completing Physical therapy.

Provisional diagnosis:  Fifth Metacarpal Fx Post ORIF

Denis A. Alchez, MD
Medical Director Ci
Suwannee CI
04214/04215

| | |
|---|---|
| Inmate Name DANIELS THERON | S- Subjective Data |
| DC# 068947      Race/Sex B/M | O- Objective Data |
| Date of Birth | A- Assessment of S and O Data |
| Institution: SUWANNEE C I | P- Plan |
| | E-Education |

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | Nsaids,Iodine, Bacitracin and Polymyxin |
|---|---|
| DATE/TIME | DX. Left Fifth Metacarpal Fracture post Orif. |
| 12/20/2016 | Seen by Physical Therapy recommending Physical Therapy |
| 18..00 | 3 times per week x 4 weeks. |
| | Physical Therapy Pre-approval Requested. |

V CRIDER, LPN
LIC. PRACTICAL NURSE
SUWANNEE CI

Denis A. Vilchez, MD
Medical Director
Suwannee CI
0421 4/0421 3

12/30/16 1247 — Prior Approval Request for PT 3xw x 4wks. Submitted to Centuria-UM KSICRS

1-5-17 0915 — 2°: Inmate presents to sick call Concerning grievancy + Replacement on eyeglass. 3 year permit has not yet expired. Inmate advised to renew issue call in Feb ox 2017. Inmate verbalized understanding

J. F. Zak, RN
Suwannee CI
0421 4/0421 5

1/12/17 2:15pm — IE: Inmate received:
[ ] Requested Record Review
[ ] Requested Copies

L. Driver
Inventory Coordinator
Suwannee CI

INCIDENTAL NOTE:
DATE: 1-15-17 TIME: 0300
INMATE REQUEST RCVD: 1-11-17
ANSWERED: 1-15-17
SIGNATURE: ___

P. Morgan, RN
Suwannee CI

Inmate Name: DANIELS THERON
DC#: 068947   Race/Sex: B/M
Date of Birth: ___
Institution: SUWANNEE C I

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NSAIDS, Iodine, Bacitracin and Polymyxin. |
|---|---|
| **DATE/TIME** | T: 98.6 oF  P:53  R: 18  BP: 136/88    W:191 Lbs.Osat :97 % |
| 1/23/2017 | F/U left Hand Pain, F/U Physical Therapy Consultation. |
| 10..45 | Left Hand pain and swollen with deformity. |
| S | Hx of Osteotomy on 8/11/2016 |
| | |
| O | Alert conscious and Oriented  x 3 |
| | Normocephalic , Eyes Conjunctiva Clear ,Perrla, EOMI |
| | ENT , TM normal nose clear, Throat Clear |
| | Neck : No thyroid abnormality , no masses, no bruits, no JVD |
| | Lungs : Clear and well ventilated |
| | GI: BS positive depressible, no pain, no CVAT . |
| | Lymphatic ; No enlarged nodes : neck, axilla, groin or supraclavicular. |
| | GU :  Normal , no secretions , no masses. |
| | Extremities: No edema, no joint swelling, distal pulses palpable |
| | Left Hand pain and swollen with deformity. |
| | Skin : Well hydrated, |
| | |
| A | **Left Hand Fracture.** |
| | Pending Physical Therapy requested on 12/20/2016 |
| | |
| P | F/U Physical Therapy request. |

V. CRIDER LPN
LIC. PRACTICAL NURSE
SUWANNEE CI

Denis A. Vilchez, MD
JAN 2 3 2017
SWCI Medical Director

Inmate Name  DANIELS THERON
DC# 068947          Race/Sex  B/M
Date of Birth
Institution: SUWANNEE C I

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSAIDS, Iodine, Bacitracin, Polymyxin

| DATE/TIME | |
|---|---|
| 2/6/17 0900 #1 of 4 | Inc. Note- Physical Therapy<br>S: Ø new c/o since eval<br>O: MHP to ® hand x 10' ↓/b PROM to ® 5th finger flex (attempted), © bean + rice bowls, © yellow dia flex, dia extend, ball squeeze, clothes pins, ended c CP to same x 10' (ther ex's x 60')<br>A: I/M c some soreness in ® 5th finger p visit, I/M c minimal PROM ↑ Ø AROM to ® 5th PIP jt,<br>P: Cont per POC<br>Connie Smith, PTA                    Connie Spitzer, PTA |
| 2/9/17 1020 #2 of 4 | Inc. Note- Physical Therapy<br>S: "My pain is constantly 10/10 where my scar is. It is a sharp, throbbing pain + it constantly swells.<br>O: TX consisted of all activities per previous visit<br>A: I/M c Ø difficulties p visit.<br>P: Cont per POC<br>Connie Smith, PTA                    Connie Spitzer, PTA |

Inmate Name Daniels, Theron
DC# 068947              , Race/Sex B/M
Date of Birth
Institution Suwannee C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSAIDs, Iodine, Bacitracin, Polymyxin

| DATE/TIME | |
|---|---|
| 2/6/17 @ 1530 | Inc note: I/m returned from RMC, no complaints voiced at this time. ─ ad.m ─ [signature] Suwannee CI |
| 2/9/17 1530 | ie) I/m returned from RMC. C/o illness or injury not this time [signature] C. Gaylord, LPN Suwannee CI |
| | Date: 2/10/17 Time: 901 pm Optometry Consult Scheduled Signed: [signature] J. Driver Inventory Coordinator Suwannee CI |
| 2/13/17 1010 #30 of 11 | Inc. Note-Physical Therapy S: "I have constant pain & throbbing where the incision is at & it constantly swells." O: MHP to ⓇR hand x10'4/b PROM to Ⓛ5th finger flex Ⓡbean & rice bowls Ⓛ red dig flex, digextend ball squeeze, clothes pins, BTB Ⓛ5th finger, ended c̄ CP to same x10' A: I/M cont. c̄ minimal PROM/AROM of Ⓛ5th PIP jt. P: cont. per POC Connie Spitzer, PTA     Connie Spitzer, PTA |
| 2/9/17 1000 | ie) I/m returned from RMC c̄ c/o illness or injury [signature] C. Gaylord Suwannee CI |

Inmate Name Theron, Daniels
DC# 068942   Race/Sex B/M
Date of Birth
Institution SWCI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSAIDS, Iodine, bacitracin, Polymyxin

| DATE/TIME | |
|---|---|
| 2/15/17 1045 | Inc. Note- Physical Therapy |

S: "Everything is about the same. My finger won't bend."

#48 of 4

O: Tx consisted of all activities per previous visit. Grip ① 20# ⑤ 5th AROM MCP 0-60°, PIP 0-10°, DIP -30°

A: I/M has made minimal progress c̄ obj. msmts since eval. I/M cont. c̄ stiffness & inability to close 5th finger to palm.

P: I/M has completed all authorized visits. I/M would benefit from f/u c̄ M.D. a° minimal Δ's c̄ ther exs

Connie Spitzer, PTA              Connie Spitzer, PTA

INCIDENTAL NOTE:
DATE: 7-18-17 TIME: 2200
INMATE REQUEST RCVD: 7-18-17
ANSWERED: 7-18-17          P. Morgan, RN
SIGNATURE:                 Suwannee CI

| 2/20/17 845 | RETURNED FROM SPECIALTY APPOINTMENT |
|---|---|

RECOMMENDATIONS                    Plastic Surgery

PLAN: RTC CONSULT NEEDED [✓] YES [ ] NO
MEDICATIONS ORDERED:    [ ] YES [✓] NO
PASSES/OTHER:              [ ] YES [✓] NO          Requested on
EDUCATION: PLAN OF CARE DISCUSSED
WITH INMATE              [✓] YES [ ] NO

NO PRN ORDER                    11/00/16

Denis A. Vilchez, MD

FEB 2 0 2017

Inmate Name: Daniels, Theron
DC#: 068947        Race/Sex: B/M
Date of Birth:
Institution: SWCI

SWCI Medical Director

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**FRACTURE/DISLOCATION/SPRAIN PROTOCOL**

**SUBJECTIVE:** Date: _2.20.17_ Time: _1100_ Age: _____ ☒ Sick Call ☐ EMID
Chief Complaint: _Pain + swelling forearm (L) hand 5th digit_
Allergies: _Nitrose Bacitracin Phy novi Perlieel_
Current Medications: _Novase Lisinopril ASA menopalal_
Date of last Tetanus Toxoid: _none noted_
Mechanism of Injury (MOI): _Decreased 8/16_
Hx of previous dislocations? ☒ No ☐ Yes → Joint/s involved: _____ When? _____
Location of pain _(L) hand 5th digit_ Pain level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10

**OBJECTIVE:** Temp: _98²_ Pulse: _97_ Resp: _16_ Blood Pressure: _132-186_ O2 sat: _98_ % Weight: _189_
Pulse distal to injury: ☒ Present ☐ Absent ☐ N/A (fingers/toes) Quality: ☒ Strong ☐ Moderate ☐ Weak
Pallor: Color of skin around the injury site: ☒ Pink ☐ Pale ☐ White ☐ Ecchymotic ☐ Hematoma
Temperature of skin around the injury site: ☒ Warm ☐ Cool ☐ Cold
Capillary refill (blanching) test: ☒ Less than 2 seconds ☐ Greater than 2 seconds
Paresthesia: Extremity numbness? ☐ No ☒ Yes Extremity tingling? ☐ No ☒ Yes
Paralysis: Is patient able to move affected extremity (i.e., pt. is able to bend elbow, wiggle fingers, etc.)? ☒ No ☐ Yes
Swelling: ☐ None ☐ Mild ☒ Moderate ☐ Severe
Deformity present: ☐ No ☒ Yes If yes, describe: _malanamos Dorsal phalayx_
Skin intact: ☐ No ☒ Yes → ☐ Abrasion ☐ Laceration → Use also "Abrasion/laceration Protocol," DC4-683V/ for appropriate care.
Bleeding: ☒ N/A ☐ No ☐ Yes → Use also "Abrasion/Laceration Protocol," DC4-683V for appropriate care.
Additional comments/findings: _Oreo nyhin in zone 7 / P.T. increasing_

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Patient has possible fracture and/or dislocation
☐ Patient has poor color, temperature, or sensation of affected limb.
☐ Bleeding not controlled with 10 minutes of direct pressure.

**PLAN**
☐ Clinician notified: _Rederent of improvement - P.T. increasing_ Time: _____
☐ Orders from clinician: _____
☐ EMS activated as ordered.
☐ Control bleeding with direct pressure for 10 minutes to bleeding site.
☐ Splint joint above and below suspected fracture/dislocation site.
☐ Apply arm sling
☐ Elevate affected limb.
☐ Apply covered ice pack to affected area for 15 – 20 minutes.
☐ Give ibuprofen 200mg 2-3 tablets by mouth for pain OR ☒ acetaminophen 325mg 2 tablets by mouth for pain now
☐ Give T-Dap* 0.5mg IM or Td 0.5cc IM as prescribed by clinician.
☐ Apply ace wrap PRN (wrap distal to proximal, i.e., wrap up toward the heart)
☐ Provide crutches PRN
☐ Recheck affected distal pulse prior to discharge: ☐ Strong ☐ Moderate ☐ Weak
☐ Issue Pass: _____ ☐ Other: _____

* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given.
If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine. At this time, Tdap is licensed for only one lifetime dose per person.

(Continued on back....)

INMATE NAME: _Darrick Tremn_
DC#: _O68947_ RACE: _B_ SEX: _M_
DATE OF BIRTH _____
INSTITUTION: _Suwannee CI_

DC4-683J (Revised 12/12/14)
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
FRACTURE/DISLOCATION/SPRAIN PROTOCOL

**EDUCATION**

☐ Inmate instructed to report any skin discoloration (i.e., increasing paleness), coolness, tingling, numbness, or increase in pain (severe) in affected extremity IMMEDIATELY.
☐ Inmate instructed to keep extremity elevated as much as possible for the next 48-72 hours.
☐ Inmate instructed to apply <u>covered</u> ice pack to injury site for 15-20 minutes 3-4 times a day for the first 48 – 72 hours.
☐ Inmate instructed to apply warm, moist towel to injury site for 15-20 minutes 3-4 times a day for comfort after 72 hours.
☐ Inmate instructed on the use of crutches or other assistive devices when applicable.
☐ Inmate instructed on cast care when applicable.
☐ Inmate instructed on the proper way to apply ace wrap.
☒ Other: _Nerve movement RT burning sensation_

Signature and Stamp/Print

J. F. Zak, RN
Suwannee CI
04214/04215

INMATE NAME: _Dawnh, Jocan_
DC#: _062947_   RACE: _____ SEX: _M_
DATE OF BIRTH: _____
INSTITUTION: _Suwannee CI_

## FLORIDA DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: **Plastic Surgery** | FROM Institution: Suwannee CI | DATE OF REQUEST:12/16/2016 |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan_____
Evaluate and recommend treatment plan_____
Other (specify):_____

Type of Consultation
Emergency _____
Urgent _____
Routine      (X)_____

DATE APPOINTMENT MADE:
12/20/16
Staff Signature: ADJUSTED APPOINTMENT
Hicks

APPOINTMENT DATE:
Pending 2/22/17

Visit Type - Initial ☐ Follow-up ( x )
Follow-up consults require justification:

Condition is (check one): ☐ ▸ Acute Trauma       ( ) Acute Illness       ( ) Chronic
History of present illness (include onset, presentation, progress, therapy):

Male      Y/O with PMH of Left 5th Metacarpal neck Fracture, Post Osteotomy on 8/11/2016

Physical findings:

Improved flexion 5th finger ,Improved grip.

Diagnostic findings (explain laboratory, x-ray, or other test findings):


Other pertinent information:  Seen on 11/3/2016 Recommending F/U after completing Physical therapy.


Provisional diagnosis:  **Fifth Metacarpal Fx Post ORIF**

Health Care Provider Signature/Stamp:_____

Denis A. Vilchez, MD
Medical Director
Suwannee CI
04214/04235

CHO/Designee Approval Signature/Stamp: Denis A Vilchez  MD

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed
prior to such hospitalization and/or surgery.  I therefore consent to be referred to a reception and medical center,
or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health
care services as may be necessary to evaluate my health status.

Signature of Patient:_____  Date: 1-23-17

Signature of Witness:_____  Date: 1-23-17

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name: Daniels ,Theron
DC# 068947      Race/Sex B/M
Date of Birth:
EOS DATE:
DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

*[handwritten, illegible]* S/P ORIF LST2 MC

(8-11-16)

**Findings:**

*[handwritten, illegible]*

**Recommendations:**

*[handwritten, illegible]*

Consultant Signature/Stamp: _____ RONALD MD Plastic Surgeon    Date: 2/22/[?]

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _DANIEL THEROUX_    USE ADDITIONAL SHEET(S) AS NECESSARY

DC# _06804__ Race/Sex _____

Date of Birth _____

Institution _____

EOS DATE: _____

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of IZ Health Services Administration.

# ONSULTANT'S REPOR

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

S/P ORIF L 5th R Neck Fx
(8-14-15)

**Findings:**

Hand Therapy — 1 month up
4x Therapy

MP Stiff L 5th Finger PIP Joint

PIP XRAY — subluxation PIP joint L 5th Fing
Contracture PIP joint L 5th Fg [illegible]

**Recommendations:**

= Closed Rotation L 5th Fing
= Cannot reduce & flex
- PIP Joint Joint Subluxation
Joint involving
- Schedule Arthroplasty PIP Joint L 5th Fing

**Consultant Signature/Stamp:** F.ONG, MD Plastic Surgeon [signature] **Date:** 2/21/17

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name DANIEL THERON
DC# [illegible]
Race/Sex B/M
Date of Birth —
Institution
EOS DATE:

USE ADDITIONAL SHEET(S) AS NECESSARY

DC4-702 (Revised 8/8/13) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NSAID - IODINE - BACITRACIN POLYMIXIN |
|---|---|
| DATE/TIME | |
| 2/22/2017 | RETURNED FROM SPECIALTY APPOINTMENT *[handwritten]* |
| 18..00 | RECOMMENDATIONS |
| | PLAN: RTC CONSULT NEEDED [✓]YES [ ] NO    ARTHROPLASTY |
| | MEDICATIONS ORDERED:        [ ] YES [✓] NO |
| | PASSES/OTHER:                      [ ] YES [✓] NO |
| | EDUCATION: PLAN OF CARE DISCUSSED |
| | WITH INMATE            [✓]YES [ ] NO |

Seen by Plastic Surgery Yesterday.

Recommending Arthroplasty Left 5th finger..

Procedure Pre-Approval requested.

B. Jonas, RN
Suwannee CI

*2-23-16  0300  B Jonas*

Denis A. Vilchez, MD

FEB 22 2017

SWCI Medical Director

---

Inmate Name: DANIELS THERON
DC#: 068947
Date of Birth:
Race/Sex: B/M
Institution: SUWANNEE C I

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *(handwritten)* NSAID, Iodine, Bacitracin, Polymyxin
DATE/TIME

Date: 2/20/17
Time: 12:00
IE: responded to inmate request
Signed: *(signature)*
L. Driver
Inventory Coordinator
Suwannee CI

2/22/17 *(handwritten note)* SEEN IN PLASTIC SURGERY CLINIC MD RECOMMENDS PUBLIC ARTHROPLASTY PROXIMAL JOINT LEFT 5TH FINGER CHART TO S/CPO.
PCP @ PERM INST TO APPROVE/ARRANGE REQUEST
F. ONG, MD
Plastic Surgeon
RMC

1930 Inc. Note

INMATE RETURNED FROM RMC 2/22/17 - no complaints...
*(illegible handwritten)*
M. HERNANDEZ, RN
SUWANNEE CI
04214-04218

Inmate Name Daniel, Theron
DC# 0608... Race/Sex B/M
Date of Birth
Institution Suwannee CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NSAIDS — Iodine    BACITRACIN POLYMYXIN |
|---|---|
| DATE/TIME | T: 98.8 oF  P: 88  R: 18  BP: 122/70    W:185 Lbs.Osat :99 % |
| 2/23/2017 | F/U left 5th Finger Arthopathy. |
| 12..25 PM | |
| S | |
| | |
| | |
| O | Alert conscious and Oriented  x 3 |
| | Normocephalic , Eyes Conjunctiva Clear ,Perrla, EOMI |
| | ENT , TM normal nose clear, Throat Clear |
| | Neck : No thyroid abnormality , no masses, no bruits, no JVD |
| | Lungs : Clear and well ventilated |
| | GI: BS positive depressible, no pain, no CVAT . |
| | Lymphatic ; No enlarged nodes : neck, axilla, groin or supraclavicular. |
| | GU :  Normal , no secretions , no masses. |
| | Extremities:Left 5th finger deformed no flexion no extension. |
| | Skin : Well hydrated, |
| | |
| | |
| | |
| A | **Left 5th Finger Arthropathy** |
| | Left 5th finger dubluxstion |
| | |
| | |
| P | Left 5th finger arthroplasty requested yesterday. |
| | F/U if need |
| | CRIDER, REN |
| | LIC: PRACTICAL NURSE |
| | SUWANNEE CI |
| | Denis A. Vilchez, MD |
| | FEB 2 3 2017 |
| | SWCI Medical Director |

Inmate Name DANIELS THERON
DC# 068947      Race/Sex B/M
Date of Birth
Institution: SUWANNEE C I

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

Date: 5/11/17   Transferring FROM: Calhoun CI   Transferring TO: ___   Line

Special transportation needs: ☒ No ☐ Yes:

List:   Last TST Date & Results: 3/16/17 given   Allergies: NSAIDS, Iodine, Bactracin   Single dose medication: ☒ No ☐ Yes

Medical Hold: ☒ No ☐ Yes → Reason: ___   Polymyxin-B, SOAP2

Mental Health Hold: ☒ No ☐ Yes → Reason:

Is inmate on Self-Harm Observation Status : ☒ No ☐ Yes

Currently being treated for Medical problems: ☐ No ☐ Yes → Dx: M2   MD cont'd m

Currently being treated for Dental problems: ☐ No ☐ Yes → Dx: D2

Currently being treated for Mental Health problems: ☐ No ☐ Yes → Dx: S2   Island

Impairment: ☒ No ☐ Yes → Type:   (Thursday)

Is inmate on any DOT medications (by ANY route)? ☒ No ☐ Yes → Staple copy of MAR to this form.

Medication accompanying inmate: ☐ N/A ☐ No ☒ Yes → ☐ 7 days ☐ 30 days

List medication, dose, and frequency: Nardac 100mg Lisnopril 5mg ASA 81mg motopr tid Winter Lactule 30ml

Pending   Appointments/Consults/Labs   Medical: ☐ No ☒ Yes   Dental: ☐ No ☐ Yes   Mental Health: ☐ No ☐ Yes   Chronic Illness Clinic: ☐ No ☒ Yes   Type:   30 ml

Transferring Nurse's Signature and Stamp: M McDowe

* Receiving facility must complete (*) items.   Completion of the below information is not applicable for inmates transferring to a community facility (e.g. work release center)

| | In Transit #1: | | In Transit #2: | | | Permanent: | | |
|---|---|---|---|---|---|---|---|---|
| Document Name of Transit or Permanent Facility: | | | | | | | | |
| Date and Time: | 5-12-17 1305 | | | | | 5-18-17 1715 | | |
| Temperature (T), Pulse (P), Respirations (R), Weight (*Vital signs out of normal range require referral) | T 98.4 | P 95 | R 10 | W 180 lbs | T P R W | T 98.7 | P 81 | R 19 159 mm W 180 |
| Oriented to: | ☒ Person ☒ Place ☐ Time | | ☐ Person ☐ Place ☐ Time | | | ☒ Person ☒ Place ☐ Time | | |
| Current behavior (* Requires referral) | ☒ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | | ☐ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | | | ☒ Cooperative ☐ Anxious ☐ Agitated* ☐ Bizarre* | | |
| 1. Health Services Inmate Orientation Handbook received? | NA | | NA | | | ☐ No ☐ Yes → Inmate initials: | | |
| *2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental and Medication Pick-up) | ☐ No ☒ Yes → Inmate Initials: | | ☐ No ☐ Yes → Inmate Initials: | | | ☐ No ☐ Yes → Inmate Initials: | | |
| *3. Single dose? Is inmate currently receiving medications? | No ☒ Yes | | No ☐ Yes | | | ☒No ☐ Yes | | |
| *4. Does the inmate have medication(s) with her/him? (if no, referral required) | ☐ No ☒ Yes | | ☐ No ☐ Yes | | | ☐ No ☒ Yes → KOP | | |
| *5. Is the inmate currently receiving healthcare? | ☐ No ☒ Yes → ☒ Medical ☐ Mental Health ☐ Dental | | ☐ No ☐ Yes → ☐ Medical ☐ Mental Health ☐ Dental | | | ☐ No ☒ Yes → ☒ Medical ☐ Mental Health ☐ Dental | | |
| *6. Is the inmate presently thinking of committing suicide? | ☒ No ☐ Yes | | ☐ No ☐ Yes | | | ☒ No ☐ Yes | | |
| *6a. If inmate answers "Yes" to #6, immediate MH referral is required | ☐ Referral made | | ☐ Referral made | | | ☐ Referral made NA | | |
| *7. Does inmate have a history of substance abuse treatment? | NA | | NA | | | ☒ No ☐ Yes | | |

Inmate N   Daniels, Theron
DC#   DC# 068947
Date of I
Institutic   black | male
DC4-768   DOB:

...mended, revised, or altered without approval of the Director of Health Services Administration.

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| Item | Transit Nurse #1 | Transit Nurse #2 |
|---|---|---|
| 8. Does inmate have a history of self-injurious behavior? | ☑ No ☐ Yes | ☑ No ☐ Yes |
| 9. Does inmate have a history of inpatient and/or outpatient psychiatric tx? | ☐ No ☐ Yes | ☐ No ☐ Yes |
| 10. Does the inmate feel that s/he is susceptible to being victimized by an act of sexual abuse or assault? | ☑ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☑ No ☐ Yes |
| 11. Does the inmate acknowledge or exhibit any tendencies to act out sexually aggressive behavior? | ☑ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☑ No ☐ Yes → requires MH referral AND Shift Supervisor notification |
| 12. Does the inmate have a current medical, dental, or MH complaint? If "Yes", list below. | ☑ No ☐ Yes → requires MH referral AND Shift Supervisor notification | ☑ No ☐ Yes → requires MH referral AND Shift Supervisor notification |
| 13. Deformities, evidence of abuse, trauma, disabilities or other physical limitations? | ☑ No ☐ Yes | ☑ No ☐ Yes |
| 14. Signs or symptoms of skin infection? | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes→ requires referral |
| 15. Referral needed for: | ☑ No ☐ Yes → requires referral ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☑ Routine | ☑ No ☐ Yes → requires referral ☑ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine |
| 17. ...y change in medication list in Section 1, Page 12 ...escription renewal needed for current prescribed medications? | ☑ No ☐ Yes → | ☑ No ☐ Yes → |
| 18. Single dose MAR completed? | ☑ No ☐ Yes ☐ N/A | ☐ No ☐ Yes ☐ N/A |
| 19. Current Medical, Dental, or Mental Health complaint? | ☑ No ☐ Yes → | ☐ No ☐ Yes → ☑ N/A |
| 20. Are there any job or housing restrictions? | ☑ No ☐ Yes → | ☑ No ☐ Yes → |
| 21. Does inmate require any Passes? | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other: |
| 22. Does inmate have Consults pending? | ☐ No ☑ Yes | ☑ No ☐ Yes |
| 23. Does inmate have any overdue appointments? | ☑ No ☐ Yes | ☑ No ☐ Yes |
| 24. Does inmate need Impaired Inmate Assistant? | ☑ No ☐ Yes | ☑ No ☐ Yes |
| 25. Disposition | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary |
| 26. Additional information: | Transit Nurse #1's Signature /Stamp | Transit Nurse #2's Signature /Stamp |

Permanent Clinician Record Review:

Permanent nurse's Signature /Stamp
C. Johnson LPN
T. CULPEPPER LPN / RMC

M Grade: _____  W Grade: _____  S Grade: _____

Medications needed: ☐ No ☐ Yes → Rx written for: _____

Is inmate in chronic clinic: ☐ No ☐ Yes

Consult needed: ☐ No ☐ Yes →   ☐ Low Bunk

Passes written: ☐ Special Diet →   ☐ Yes →

Reviewing Clinician (Signature / Stamp):   Date:   ☐ Other →   ☐ No Shaving

M.Aronovitz
Physician
RMC

Daniels, Theron
DC# 068847
black | male
DOB:

...ot to be amended, revised, or altered without approval of the Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *Polymyxis, NSAIDs, Iodine, Bacitracin*

| DATE/TIME | |
|---|---|
| | PRE-OP INSTRUCTIONS: given for procedure with *Ortg* scheduled |
| | PROCEDURE: *5th finger arthroplasty* |
| 5-24-17 | LABS: |
| C-1319 | NPO after midnight on 5-24-17 |

Inmate instructed not to eat or drink anything after midnight the night before the procedure.
Do not eat breakfast or drink water, coffee, milk, etc., the morning of the procedure.
Failure to comply with the pre-op instructions may result in the procedure being reschedule for
a later date. Inmate verbalized understanding and states will comply with orders.

SPECIAL INSTRUCTIONS:

INMATE SIGNATURE:

STAFF SIGNATURE & STAMP: *R Zenley LRN*

Daniels, Theron
DC# 068947
black | male
DOB:

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

4-701 (Effective 4/8/10)

Incorporated by Reference in Rule 33-602.210

MODU[..] ᴿᴰ FREESTANDING SURGE[..] ᴄENTER
PROGRESS NOTES

Allergies: NSAIDS   IODINE

| DATE/TIME | |
|---|---|
| 5/25/17 1220 | -OP NOTE- |
| | Pre-Op Dx   Painful PIP Joint with |
| | Post Op Dx   Degeneration Joint Destruction |
| | Left 5th Finger |
| | Procedure   Silastic Arthroplasty PIP Joint |
| | Left 5th Finger   NO. Complication |
| | (Pre) O p Finger Nerve Block |
| | Video fluoroscopy |
| | Hand / Arm Splint |
| | |
| | Surgeon Ong |
| | Anesthesia – Gen |
| | |
| | FRANCIS ONG M.D. |
| | SURGEON |
| | RMC |
| | |
| 5/25/17 1220 | Post-Op Orders |
| | Diet as Tolerated |
| | Hand Elevation |
| | Keflex 500 po 4x/day X 21 days |
| | Lortab 10/325 po 2x/day X 7 days |
| | Excedrin po TID pc. X 30 days |
| | RTC 2 weeks for removal of |
| | Suture |
| | |
| | FRANCIS ONG M.D. |
| | SURGEON |
| | RMC |
| | |
| | [signature] M.D. |
| | Chief [...] Officer |
| | 5/24/17 |

Inmate Name _____   DANIELS, THERON
DC# _____   DC#: 068947  B/M
Date of Birth _____   DOB;
Institution _____

S– Subjective Data
O– Objective Date
A– Assessment of S and O Data
P– Plan
E– Education

FOR USE BY RMC ONLY

RIDA DEPARTMENT OF CORRECT

CONSENT FOR SURGICAL PROCEDURE(S) AND ANESTHESIA

Patient _Daniels, Theron_     Procedure Date _5/25/17_

I hereby authorize _Dr. Ong_     to perform the following operation(s) _Silaste Arthroplasty Proximo Interphlanga Joint Left JFA Fing_

I _Daniels, Theron_ , in good faith, and having no mental or physical incapacities preventing me from participating in this consent, consent to the proposed course of treatment at Reception and Medical Center Hospital. It has been fully explained to me that during the course of an operation it is always possible that unforeseen conditions may necessitate additional or different procedures than those described to me. I authorize and request that my physician, his/her assistants, or his/her designee(s) administer such additional treatment and perform such additional procedure(s) as therapeutically necessary.

The general nature and purpose of the anticipated procedure(s), the benefits of the procedure(s), the medically accepted alternative procedures or treatments, and the substantial risks, possible complications, and hazards in the proposed procedure(s) have been explained to me. I understand such risks and I consent to the proposed operation and/or procedure(s). The answers I have given to all questions asked of me are true to the best of my knowledge and I have not withheld any information.

The physician has explained to me the risks of complications occurring during or as a result of the procedures to be performed, including but not limited to infection, injury, or even death despite the procedure being performed in accordance with an accepted standard of practice. I understand that the explanation that I have received is not exhaustive and there may be other, more remote risks. I have had the opportunity to ask questions regarding the proposed operation and/or procedure(s) and all my questions have been answered to my satisfaction.

I authorize and direct the surgeon and/or his associates or assistants to provide such additional services for me as is deemed reasonable and therapeutically necessary including, but not limited to, the performance of services involving radiology and pathology.

I consent to the administration of local, regional, or general anesthesia and the use of narcotics, sedatives, and tranquilizers as deemed advisable with the exception of _____

I have been advised of the risks involved with the administration or transfusion of blood and/or blood products, and I consent to the administration of transfusion of blood and/or blood products when considered necessary by my attending physician and anesthesiologist. I further consent to the disposal of any tissue, parts, or organs that are removed during the operation and/or procedures(s), in accordance with the medical staff rules and regulations.

For the purpose of advancing medical education, I consent to the admittance of approved observers to the operating room.

I hereby certify that I have read or have had read to me this Consent for Operation Procedure(s) and Anesthesia form and I fully understand the above authorization. A photostatic copy of this authorization shall be considered as effective and valid as the original.

_____     _M. Rogers © 5/25/17_
Patient Signature/Date/Time     Witness Signature/Date/Time

_Song 5/25/17 12:30_
Physician Signature/Date/Time
**I have explained the above to the patient and the patient consents to the above.** _____ (Physician's initials)

Inmate Name _____     ___
DC# _____
Date of E _____    DANIELS, THERON    ___
Institutio _____    DC#: 068947  B/M    ___
          DOB;    ___

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

FOR USE BY RMC ONLY

DC4-0047 (11/03)

Regional Anesthesia is produced by a drug or mixture of drugs around nerves so that the area to be operated on is without feeling for a few hours. The injection is usually accomplished with very little discomfort to the patient. Occasionally, the use of a different type of anesthesia becomes necessary. Rare complications of regional anesthesia include generalized infections and paralysis or the inability to move parts of the body.

Intravenous Regional Anesthesia, a special type of regional anesthesia, is produced by injecting a drug into the vein of an arm or leg to which a tourniquet has been previously applied. A few patients complain or pain in the regional anesthesia injection site after surgery. Rare complications of intravenous regional anesthesia include generalized infections and paralysis or the inability to move parts of the body and seizures..

Your doctor may request that we monitor several of your body functions while he carries out a diagnostic procedure or does an operation under local anesthesia that he injects. Such monitoring helps to insure your safety and in itself involves minimal risk. If you become uncomfortable during the procedure it may be necessary to give you drugs through a vein to help you relax or relieve discomfort. Some of these drugs may irritate the vein through which they are injected. This irritation is usually temporary. Some of these drugs may rarely produce adverse effects such as difficult breathing, changes in heart action and temporary loss of memory.

Special considerations, if any: _____

_____

_____

_____

I certify that I have read or had read to me the contents of this form. I understand the risks and alternatives involved in this procedure. I have had the opportunity to ask any questions and all of my questions have been answered.

_____
**Signature**
(Patient or person authorized to consent for patient)

_____
5-25-17
**Date**

_____
**Relationship**
(if other than patient)

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## REGIONAL MEDICAL CENTER
## PRE-OP ANESTHESIA QUESTIONNAIRE

Patient _Daniels, Theron_ Age _____   Surgery Date _5/25/17_

Surgeon _Ong_   Height _5'8"_

Procedure _ORIF (L) 5th mc_   Weight _185_

|  | YES | NO | PHYSICIANS COMMENTS |
|---|---|---|---|
| 1. Have you ever taken medications regularly? If so, list the names of the medications and the conditions for which you are or were taking them. | ☒ | ☐ | |

_ASA, Folic Acid, Vit B12, Pravastatin, norvac, lopid, lisinopril_

| | | | |
|---|---|---|---|
| 2. Have you ever taken any medicine, had a problem with or needed treatment for your heart? | ☐ | ☒ | _____ |
| 3. Have you ever taken any medicine, had a problem with or needed treatment for your blood pressure? | ☒ | ☐ | _____ |
| 4. Do you have a cold or respiratory disease at present? | ☐ | ☒ | _____ |
| 5. Have you ever taken any medicine, had a problem with, or needed treatment for your breathing? | ☐ | ☒ | _____ |
| 6. Have you ever had asthma? Last attack: | ☐ | ☒ | _____ |
| 7. Do you smoke, or have you ever smoked regularly? | ☐ | ☒ | _____ |
| 8. Have you ever had Tuberculosis? | ☐ | ☒ | _____ |
| 9. Have you ever had Glaucoma? | ☐ | ☒ | _____ |
| 10. Do you have loose or false teeth, braces, a bridge, capped or extensively restored teeth? | ☐ | ☒ | _____ |
| 11. Are you allergic to: Meds ☒ Fish ☐ Iodine ☐ Latex ☐ Milk ☐ MSG ☐ Eggs ☐ Soy ☐ Describe symptoms: _____ | ☒ | ☐ | _Polymyxins, NSAIDs Iodine, Bacitracin_ |
| 12. Have you ever been diagnosed or do you have a history of sleep apnea? | ☐ | ☒ | _____ |
| 13. Within the last two years, have you taken any medicine for rheumatism, asthma, arthritis or allergies? Which drugs? _____ | ☐ | ☒ | _____ |
| 14. Within the last two years, have you taken a drug called Medrol, Cortisone, Dexaemethasone, Decadron, Prednisone, aristocort, Steroid, Hydrocortisone, or A.C.T.H.? | ☐ | ☒ | _____ |
| 15. Have you ever had a nerve or muscle disease, epilepsy, stroke, convulsions or seizures? | ☐ | ☒ | _____ |
| 16. Have you ever had liver disease or yellow jaundice? | ☒ | ☐ | _HCV_ |
| 17. Have you ever had kidney disease of any kind, not including bladder infections? | ☒ | ☐ | _Kidney Stones_ |
| 18. Have you ever had any serious illness including diabetes? | ☐ | ☒ | _____ |
| 19. Have you ever had a problem with heartburn, Ulcers, or Hiatal Hernia? | ☐ | ☒ | _____ |
| 20. Do you have physical impairments? | ☐ | ☒ | _____ |
| 21. In the last two weeks, have you taken any tranquilizers or nerve pills? If so, what drugs? _____ | ☐ | ☒ | _____ |

DANIELS, THERON
DC#: 068947  B/M
DOB;

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### REGIONAL MEDICAL CENTER

|  | YES | NO | PHYSICIANS COMMENTS |
|---|---|---|---|

22. Have you ever had any anesthetics except local anesthetics? If so, List below your operations and their approximate year. _____ ☒ ☐ _____

1. 2014 - DRUE (R) 5th MC   2. 97' 95 Hernia repair
3. 93 (L) knee   4. 92 tooth implant

23. Have you or any of your blood relatives ever had reaction to a local or general anesthetic?   ☐ ☒ _____
24. Have you ever had arthritis or broken bones in your jaw, face or neck?   ☐ ☒ _____
25. Have you ever had or do you have, an infectious disease (hepatitis A, B, C, etc.)?   ☒ ☐ HCV ✓
26. Pre-op pt/care education Completed   ☒ ☐
27. Time Out Observed: 0809   ☒ ☐

Date: 5 25 17

Day of surgery: Thursday

Interviewing nurse signature: _____

Last ate or drank at __1145__ time __5-24-17__ date

Do you have a Healthcare Directive?

Yes _____ No ✓

PATIENT BILL OF RIGHTS POSTED

This information obtained is correct to the best of my knowledge.

Patient signature: _____ Date: 5 25 17

---

For Anesthesiologist Use:

ASA classification: II

Type anesthesia planned: GA

Reviewed by: _____

Date: 5/25/17

---

Special notes: _____

Airway: Class II

Lungs: CTA

Heart: S1S2

FOR USE BY RMC ONLY

**FLORIDA DEPARTMENT OF CORRECTIONS**
## CONSENT FOR SURGICAL PROCEDURE(S) AND ANESTHESIA

Patient _DANIEL THERON_ Procedure Date _____

I hereby authorize _DR ONK_ to perform the following operation(s) _____
_SILASTIC ARTHROPLASTY_
_PROXIMAL INTERPHALANGEAL JOINT LEFT 5TH FINGER_

I _DANIEL THERON_, in good faith, and having no mental or physical incapacities preventing me from participating in this consent, consent to the proposed course of treatment at Reception and Medical Center Hospital. It has been fully explained to me that during the course of an operation it is always possible that unforeseen conditions may necessitate additional or different procedures than those described to me. I authorize and request that my physician, his/her assistants, or his/her designee(s) administer such additional treatment and perform such additional procedure(s) as therapeutically necessary.

The general nature and purpose of the anticipated procedure(s), the benefits of the procedure(s), the medically accepted alternative procedures or treatments, and the substantial risks, possible complications, and hazards in the proposed procedure(s) have been explained to me. I understand such risks and I consent to the proposed operation and/or procedure(s). The answers I have given to all questions asked of me are true to the best of my knowledge and I have not withheld any information.

The physician has explained to me the risks of complications occurring during or as a result of the procedures to be performed, including but not limited to infection, injury, or even death despite the procedure being performed in accordance with an accepted standard of practice. I understand that the explanation that I have received is not exhaustive and there may be other, more remote risks. I have had the opportunity to ask questions regarding the proposed operation and/or procedure(s) and all my questions have been answered to my satisfaction.

I authorize and direct the surgeon and/or his associates or assistants to provide such additional services for me as is deemed reasonable and therapeutically necessary including, but not limited to, the performance of services involving radiology and pathology.

I consent to the administration of local, regional, or general anesthesia and the use of narcotics, sedatives, and tranquilizers as deemed advisable with the exception of _____

I have been advised of the risks involved with the administration or transfusion of blood and/or blood products, and I consent to the administration of transfusion of blood and/or blood products when considered necessary by my attending physician and anesthesiologist. I further consent to the disposal of any tissue, parts, or organs that are removed during the operation and/or procedures(s), in accordance with the medical staff rules and regulations.

For the purpose of advancing medical education, I consent to the admittance of approved observers to the operating room.

I hereby certify that I have read or have had read to me this Consent for Operation Procedure(s) and Anesthesia form and I fully understand the above authorization. A photostatic copy of this authorization shall be considered as effective and valid as the original.

_____     _____     C. Stronge-Noles
Patient Signature/Date/Time          Witness Signature/Date/Time   LPN RMC

_____  ONK 8/22/17 1200
Physician Signature/Date/Time
**I have explained the above to the patient and the patient consents to the above.** _____ (Physician's initials)

Inmate Name _DANIEL THERON_
DC# _068947_ Race/Sex _____
Date of Birth _____                  This form is not to be amended, revised, or altered
Institution _____                    without approval of the Deputy Director of Health
                                       Services Administration

FOR USE BY RMC ONLY

DC4-0047 (11/03)

## FLORIDA DEPARTMENT OF CORRECTIONS
## RECEPTION AND MEDICAL CENTER-MSU
## OPERATIVE REPORT

| | |
|---|---|
| **NAME:** | **DANIELS, THERON** |
| **NUMBER:** | **068947** |
| **DATE:** | **05-25-17** |

**PREOP DIAGNOSIS:**     **Painful proximal interphalangeal joint with degenerative destruction of the articular surface.**

**POST OP DIAGNOSIS:**     **Same.**

**SURGEON:**     **Francis Ong, M.D.**
**ANESTHESIA:**     **General.**

**PROCEDURE:**
1. **Silastic arthroplasty of the PIP joint, left 5th finger (#0 joint implant).**
2. **Postoperative finger nerve block.**
3. **Video fluoroscopy.**
4. **Application of hand wrist splint.**

In the holding room the patient was marked. He was transferred to the operating room in optimal condition. Induction of general anesthesia with LMA was done. The left upper extremity was prepped and draped in the usual fashion. The left upper extremity was exsanguinated. Tourniquet was placed at 250mm of Mercury. An incision was made over the dorsum of the PIP joint with the use of blade #15. The skin flap was elevated on both sides. The extensor tendon was incised and split to expose the joint. The joint is dislocated. With the guidance of video fluoroscopy osteotomy was done on the condyle of the middle and proximal phalanges at the proximal internal phalangeal joint. The phalanges of the sizer were marked at both shafts of the middle and proximal phalanges with the use of an awe. The space was created with the use of a brouche. A #1 sizer was used and this subsequently used a #1 implant. The extensor tendon was repaired with 4-0 Ethibond sutures in a figure-of-eight fashion. Intradermal layer of 4-0 PDS sutures were placed. The skin was closed with 5-0 Prolene sutures. Postoperative finger nerve block was done. A hand wrist splint was applied. The patient tolerated the procedure well.


Francis Ong, M.D.
FO:ap
D: 05-25-17  T: 05-25-17
RMC Lake Butler, FL
DC4-715A

1



De Ong 5/25/17
DANIELS, THERON
DC#: 068947  B/M  (L) Hand
DOB;

RECEPTION AND MEDICAL CENTER
ADMISSION HISTORY AND PHYSICAL

Inmate Name: _DANIEL MORENS_     DC#: _068994_

## PHYSICAL EXAMINATION

Age: _____   Weight: _____   T: _____   P: _____   R: _____   BP: _____

General Appearance: _well perfing_

Skin/Lymph Nodes: _no rash_

Head: _monocyle_     Eyes: _norm-ltr_

Neck: _supple_

Chest/Lungs: _clr_

Back: _no deformity_

Heart: _regular rhythm_

Abdomen: _no mass felt_

GU: _NT_     Rectal: _NT_

Extremities: _stiff PIP JT; subluxated PIP JT; can't_

Vascular: _hx re-locc tender loew anov; joint involvmt_

Neurological: _well perfing     & distr'n of PIP joint_

_op-lg intact_

## ASSESSMENT/DIAGNOSIS

_Sub luxation PIP JT L_
_5th finger w/ contms pn_

## PLAN

_For      sip ortho arthro-plasty_
_PIP JT      L5th fing_

Date: _1/25/17_     Staff Signature and Stamp: _____
                                            F. ONG, MD
                                            Plastic Surgeon
                                            RMC

DC4-0030 (12/05) Page 2 of 2

## RECEPTION AND MEDICAL CENTER
### ADMISSION HISTORY AND PHYSICAL

Inmate Name: _DANIEL THERON_    DC#: _068 747_

Allergies: _NSAID_

### CHIEF COMPLAINT

Pain + Stiff left 5th fingr proximal joint.

### HISTORY OF PRESENT ILLNESS

c/o L/H sustained a fracture of left 5th MK on 7/19/16. Accompanying injury is a subluxation and destruction of PIP joint + flexion deformity of left 5th fin DIP joint

### PAST MEDICAL HISTORY

HTN

### FAMILY HISTORY

HTN
Diabetes
Emphysema

### SOCIAL HISTORY

Non-smoker

Current Medications: _None_

Date: _5/25/17_    Staff Signature and Stamp: _F. ONG MD_ ONG
Plastic Surgeon
RMC

DC4-0030 (12/05) Page 1 of 2

## STATE OF FLORIDA
## OPERATING ROOM RECORD

DANIELS, THERON
DC#: 068947  B/M
DOB;

| | | |
|---|---|---|
| ALLERGIES | ( ) NKDA   ( ) YES   ( ) LATEX  ( ) MSG | X-RAY: ☑   ( ) NONE |
| ( ) MILK   NSAIDS, Iodine, Bacitracin, polymyan | | CODES APPLIED BY: ks |

DATE: 3/28/17

AGE:

TIME IN: 1107          TIME OUT: 1219

INCISION TIME: 11.15          CLOSING TIME: 1217

ANES START: 1107          ANES END: 1221

WOUND CLASSIFICATION:
- ☒ CLEAN
- ( ) CONTAMINATED
- ( ) CLEAN-CONTAM
- ( ) DIRTY

SURGEON(S) Dr Ong

ASSISTANT(S)

ANESTHESIOLOGIST(S) Dr Chung

CIRCULATOR  K. Spears RN

SURGICAL SCRUB  C. Johnson ORT

OFFICER  Roberto          ASA CLASS: II

PRE-OP DIAGNOSIS Sublixation PIP joint
Left 5th finger

POST-OP DIAGNOSIS Same

OPERATION Elastic arthroplasty PIP
joint left 5th finger

PREP:          ( ) SHAVE
BY: Rogers
- ( ) POVIDINE-IODINE SCRUB
- ( ) POVIDINE-IODINE SOLUTION
- ☒ OTHER  Hibiclens

ANES.:          ( ) MAC          ☒ GEN LMA   ( ) EPI
- ( ) SPINAL          ( ) LOCAL          ( ) OTHER

SURGICAL POSITION:   ☒ SUPINE   ( ) PRONE
- ( ) LT LATERAL          ( ) RT LATERAL
- ( ) LITHOTOMY          ( ) OTHER

POSITIONAL AIDS(S):   ( ) N/A
- ( ) AX ROLL   ( ) CHEST ROLL  ( ) SHLD ROLL
- ( ) BEAN BAG   ( ) PILLOWS

LOCATION OF PADS
- ( ) ELBOWS   ( ) HEELS   ( ) SACRAL
- ( ) POPLITEAL ☒ OTHER  Hand table

SPECIMEN;   ☒ NONE          ( ) TAKEN BY SURGEON
- ( ) SENT TO
- ( ) C & S
- ( ) PATHOLOGY
- ( ) OTHER

MEDICATIONS:

0.5% Marcaine c epi - 6cc

---

Ground Pad   N/A
Tourniquet   MR
Safety Trap  MR

Pre-Op / Post-Op

△  Bruise
X  Rash
∅  Abrasions
—  Lacerations
✂  Pressure Sore
△  Reddened

ELECTROCAUTERY #: 3584 B   pad #:  N/A

COAG ☒   CUT ☒   BIPOLAR  30

TOURNIQUET #:  CA010420

LOCATION ☒ L  Forearm

RT _____ mmHg   LT 250 mmHg

UP          UP

DOWN          DOWN  1213

IRRIGATION:   (type, strength, dilution, total amount)
N/A

PROSTHESIS/IMPLANTS:
See other side

COUNTS:   ☒ N/A

| | | |
|---|---|---|
| SPONGES #1 | ( ) CORRECT | ( ) INCORRECT |
| #2 | ( ) CORRECT | ( ) INCORRECT |
| SHARPS #1 | ( ) CORRECT | ( ) INCORRECT |
| #2 | ( ) CORRECT | ( ) INCORRECT |
| INSTRUMENTS: | ( ) CORRECT | ( ) INCORRECT |

NURSE'S INITIALS ks

IV FLUIDS:   TOTAL INFUSION: 900 u
- ( ) 1000 CC RL   ( ) OTHER

DRESSING/DRAIN: Polysporin, adaptic, 4x4,
webril, ace 4OCC

PERI-OPERATIVE NOTES:  Consent & allergy
status verified  To OR via stretcher
Time out & int team. To PACU in
stable condition post op. Report
given

EBL: Min

---

| | | |
|---|---|---|
| All potential positioning injuries prevented? | ☒ YES | NO |
| Skin intact at all cautery ground sites? | N/A  YES | NO |
| Time Out Observed | ☒ YES | NO |
| Allergens avoided and reactions prevented? | ☒ YES | NO |
| Preop & Postop diagnosis same as surgery? | ☒ YES | NO |
| Specimens properly to lab? | N/A  YES | NO |

NURSE'S SIGNATURE: K Spears RN

RR via stretcher ( ) self ☒ roller
LOC: ☒ sleepy ( ) reacting ( ) alert ( ) verbalizing
Time 11:07 / 11.18   Circulator ☒
Surgeon ☒  Anesthesiologist ☒  Surgical Scrub ☒  Other ____
Operative extremity ( ) cold ( ) cool ☒ warm ( ) pale ( ) blue
Good Capillary Refill? ☒ yes ( ) no
Accompanied by: ( ) RN ☒ Anesthesiologist
SIGNATURE: DR.

Polymyxins
Iodine
Bacitracin
NSAIDS

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REGIONAL MEDICAL CENTER**
**PRE & POST OPERATIVE REPORTS**

DANIELS, THERON
DC#: 068947  B/M
DOB:

**PRE-OPERATIVE RECORD**

DATE: 5/25/17
AGE:        SEX:

ALLERGIES: NKDA ☐ MEDS ☐
IODINE ☑ FISH ☐ SOY ☐
LATEX ☐ MSG ☐ EGGS ☐

ADMITTED by:
HGT: 5'8" WGT: 185
DIABETIC: ( ) YES ☑ NO
ACCUCHECK
EXTREMITY CHECK
RUE / LUE / RLE  LLE
color - pink
Temp - Warm
Capillary Refill Seconds
Sensation Present
Pulse Present
HCG

| | YES | N/A | |
|---|---|---|---|
| H&P Completed | | ✓ | |
| Procedure consent | ✓ | | |
| CBC/SMAC | | | |
| PT/PTT/PLT | | | |
| Lab Report (Other) | | | |
| X-ray MRI Reports | | | |
| EKG Reports | ✓ | | |
| ID Bracelet | ✓ | | |
| PI Voided | | | |
| Dentures removed | ✓ | | |
| Anesthesia Consent | ✓ | | |
| Awake & alert | ✓ | | |
| Siderails up | ✓ | | |
| Pre-op teaching | ✓ | | |

NPO 5-24-17  1748         Procedure Prep: by:
VITAL SIGNS                IV  LR
TIME T P R B/P 02 Sat     Time 0805
0800 97 73 16 141/97      Amount 100
                          Needle 20g
                          Location R hand
☑ Surgeon Marked Surgical or Procedure Site  By: RS
MEDICATIONS        TIME        By:

Patient Ate: Yes ☐ No ☑
Time Out Observed: Yes ☑ No ☐

PATIENT MEDS: Norvasc, Lisinopril, Metoprolol, ASA
NURSE NOTES:

ANESTHESIOLOGIST SIGNATURE:

**PACU RECOVERY RECORD**

| TIME | T | P | R | B/P | SP02 | MEDICATIONS |
|---|---|---|---|---|---|---|
| 12.19 | 96 | 122 | 16 | 136/96 | 95% | 12.30 |
| 12.29 | 96 | 86 | 16 | 134/93 | 96% | 50mg Demerol IVP |
| 12.39 | 96 | 85 | 16 | 118/89 | 97% | |
| 12.49 | 96 | 81 | 16 | 116/84 | 98% | |
| 13.15 | 96 | 81 | 16 | 135/86 | 96% | |

DRESSING: adaptic, 4x4 webril  DRAIN
DRAINAGE AMT. 4" oc L  ace  COLOR
TOLERATING LIQUIDS ☑ YES ( ) NO  OTHER
IVF TOTAL cc 900   IVF TOTAL cc 100
01 ( ) Mask ☑ Cannula 2 L m  LUNGS CLEAR BILATERAL: ☑ YES ( ) NO
Seen By DR. Chung   @ BS
EXTREMITY CHECK  RUE / LUE / RLE  LLE
Color Pink ☑ Yes ( ) No   Sensation Present ☑ Yes ( ) No
Temp Warm ☑ Yes ( ) No   Pulse Present ☑ Yes ( ) No
Capillary Refill Records 3   Movement Present ☑ Yes ( ) No

NURSES NOTES:
To PACU in stable condition. Resp
given + unlabored. Lungs clear bilat.
Dressing dry + intact. Arm elevated on
pillow. F/o blue of 8/10. Demerol given.
IV infusing @ 100 L/hr. O2 @ 2 L/m.
Demerol ↓ good effect. Skin warm
& dry. Dressing routine day. O2 d/cd.
Po fluids encouraged. No c/o voiced.
Tolerating po fluid. IV d/cd. Discharge
instructions reviewed c IM. Verbalizes
understanding. Copy given. ↑ to delay x
incident. Released to RMC security stable.
                    E. Spears RN

| PAR SCORE | IN | 15MIN | 30MIN | D/C |
|---|---|---|---|---|
| APPEARANCE | | | | |
| 3. SATISFACTORY | | | | |
| 2. Pale | | | | |
| 1. Dusky | 3 | 3 | 3 | 3 |
| 0. Cyanetic | | | | |
| PRESSURE | | | | |
| 3. BP +/.20 Pre-anes level | | | | |
| 2. BP +/.21-.50 Pre-anes | | | | |
| 1. BP +/.51-.80 Pre-anes | 3 | 3 | 3 | 3 |
| 0.BP +/.81 Pre-anes | | | | |
| CENTRAL L.O.C. | | | | |
| 3. Alert/Cooperative | | | | |
| 2. Awake | | | | |
| 1. Reacting | 2 | 2 | 3 | 3 |
| 0. Unresponsive | | | | |
| ACTIVITY | | | | |
| 3. Able to turn or assist | | | | |
| 2. Able to move 4 Extr | | | | |
| 1. Able to move 2 Extr | 3 | 3 | 3 | 3 |
| 0. Unreactive | | | | |
| RESPIRATORY RESPONSE | | | | |
| 3. Deep breath/coughs | | | | |
| 2. Regular respirations | | | | |
| 1. Dyspnea | 2 | 2 | 3 | 3 |
| 0. Apnea or controlled | | | | |
| TOTALS | 13 | 13 | 15 | 15 |

| DISCHARGE STATUS: | YES | N/A |
|---|---|---|
| DRAIN INTACT | | ✓ |
| AWAKE & ALERT | ✓ | |
| SKIN WARM & DRY | ✓ | |
| DRESSINGS CLEAN & DRY | ✓ | |
| AMBULATORY / CRUTCHES | ✓ | |
| WHEEL CHAIR | | |
| VERBAL COMPREHENSION D/C INST. | ✓ | |
| DISCHARGE TIME: 13.19 | | |

ANESTHESIOLOGIST SIGNATURE:
RMC OR 03

TO WHOM RELEASED: RMC hospital security

# DEPARTMENT OF CORECTIONS
## RECEPTION MEDICAL CENTER
### SURGICAL PATIENT DISCHARGE PLANNING SUMMARY

Date: 5·25·19

Patient's Name: _____ Inmate Nun

Operative Procedure: _____

DANIELS, THERON
DC#: 068947  B/M
DOB;

## POSTOPERATIVE INSTRUCTIONS:

**YOU ARE URGED TO FOLLOW CAREFULLY THE INSTRUCTIONS WHICH ARE CHECKED ON THIS SHEET.**

✓ Observe operative site for <u>excessive bleeding.</u> (Slow general oozing that saturates the dressing completely or frank bright red bleeding.) In either case apply pressure to the area, elevate it if possible and go the the E.R.

✓ Observe operative site for signs of infection:
  Increased temp. ↑ 101
  Increased pain
  Redness
  Swelling
  Foul Odor or drainage.
  If these symptoms appear go to the E.R. immediately.

— Apply ice to operative site x's _____ hrs.

— No activity

— Avoid sneezing or blowing nose.

✓ If any problems occur please go to the E.R. or OPC immediately. It is your responsibility to follow discharge instructions

✓ Observe affected extremity for circulation or nerve impairment:
  Change in color
  Numbness or tingling
  Coldness
  Increased Pain
  If these symptoms persist go to the E.R. Immediately.

✓ Keep operative area clean and dry. Do not remove dressing unless instructed to do so by physician.

↘ Keep operative site elevated for 12-24 hours on extra pillow

— May change nasal drip pad as needed.

— Take sitz baths _____x's daily and after each bowel movement.

— Keep operative site dry.

If any problems occur or if you have any further questions, please tell immediately. If is your responsibility to follow your physician's instructions and those above.

## OTHER INSTRUCTIONS FOR FOLLOW-UP CARE: Follow up appt.
Keflex 4 times daily x 14 days. Pain med 4 times daily x 7 days. Excedrine 3 times daily x 30 days

Witness: K Spears RN          Patient: _____



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# ANESTHESIA RECORD

DANIELS, THERON
DC#: 068947  B/M
DOB;

RMC-OR.01

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NSAIDS Betadine

| DATE/TIME | |
|---|---|

Seen in Urgent Care 6/18 (S) "My pinky hurt they took the stitches out on Friday and now it hurts I think its infected again"

(O) A0x3 (1) finger c̄ old healing incision

(A) (1) pinky swollen/painful to the touch

(P) MD to evaluate

_____ RN
M. Major RN RMC

6/18/17 Urgent care

0920 S: as above

O: (1) VSS capable in NAD
(2) A/O x4 alert in telling me
(1) assess him
5th digit — acute edema erythema
chronic swelling w/o erythema
healing incision

A/P, No acute problem to be bad chronic depression joint dentition
(1) 5th finger (see Dr. ___ note from 5/25/17)
(2) left area without complaint treated + notify criminal room officer

J.K. Williams, M.D.
Senior Physician

| Inmate | Daniels, Theron |
|---|---|
| DC# | DC# 068947 |
| Date of | black \| male |
| Institut | DOB: |

RMC MAIN UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

Submitted to UM _5/31_    
Approved by UM _6/1_

horization# _DPO687745459_    Dx(ICD) _SL3_

## FLORIDA DEPARTMENT OF CORRECTIO s
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: _PLASTIC_ | FROM Institution: _RMC_ | DATE OF REQUEST: _5/25/17_ |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____

Acuity of consultation:
Emergency _____
Urgent  ✓
Routine _____

DATE APPOINTMENT MADE:
_6-1-17_
Staff Signature: _CE_

Visit Type - Initial ☐ Follow-up ☑
Follow-up consults require justification    _2 weeks_

APPOINTMENT DATE:
_6-14-17_

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic
History of present illness (include onset, presentation, progress, therapy):

Physical findings:    S/p Silastic Arthroplasty
PIP Joint left 5th finger
( 5-25-17 )

1st POST
OP VISIT

Diagnostic findings (explain laboratory, x-ray, or other test findings):

TDC   2  weeks for removal
of sutures

RECEIVED
JUN 05 2017

Other pertinent information:

Provisional diagnosis:    Ⓛ HAND DJD - S/P ARTHROPLASTY

RMC MEDICAL SCHEDULING

Health Care Provider Signature/Stamp:    FRANCIS ONG M.D.
SURGEON
RMC

CHO/Designee Approval Signature/Stamp:    C. ___ MD    _5/26/17_

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____    B.GLORIA    Date: _6-21-17_

Signature of Witness: _____    Date: _6-21-17_

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Nar    DANIELS, THERON
DC#_____    DC#: 068947  B/M
Date of Bir    DOB;
EOS DATE

RECEIVED
MAY 3 1 2017
BY: _____

_10-17-24_
Logged in Database

DC4-702 (Revised 2/4/15) Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

S/P Silastic Arthroplasty
PIP Joint
Left 5th Fin
(5-25-17)

**Findings:**

> Suture removed last Fri
> [illegible]
[illegible]
[illegible]
Keflex [illegible] x 30 days
~~Bactrim [illegible]~~ BID x 30 days

**Recommendations:**

PTC 4 weeks [illegible]
x 30 days
Refer to Hand [illegible] for A/PROM [illegible] 3x/wk x 8 weeks.

**Consultant Signature/Stamp:** [signature] **Date:** 6/21/17

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name DANIELS, THERON
DC# DC#: 068947 B/M
Date of Birth DOB;
Institution
EOS DATE:

USE ADDITIONAL SHEET(S) AS NECESSARY

RMC 214 [signature] 6/22/17
C. HADDAD MD
Chief Health Officer

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

Florida Department of Corrections
Radiology Request Form

# Radiology

PLEASE WRITE LEGIBLY

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic

List allergies:

↑ Pain / swelling to (L) 5th digit.
S/P (L) 5th digit Surgeries ×2.  Pls eval for loose
Hardware / Infxn

NSAIDS

☒ Ambulatory   ☐ Portable   ☐ Stretcher   ☐ Wheelchair

Physician Name (Print) and Name Stamp:

R. Allan   Allen

Date of Request: 7/7/17

| X-RAYS | | FLUOROSCOPY | | MRI SCANS | | ULTRASOUNDS | |
|---|---|---|---|---|---|---|---|
| Ankle R ☐ L ☐ | | | | Cervical Spine | | Abdomen complete | |
| Cervical Spine | | | | Head/Brain Stem | | Breast | |
| C. Spine, complete | | | | Hip R ☐ L ☐ | | Gallbladder | |
| Chest | | | | Lower Ext, any joint R ☐ L ☐ | | Inguinal Area | |
| Chest, PA and LAT | | | | Lower Ext, no joint R ☐ L ☐ | | Liver | |
| Chest PPD | | | | Lumbar Spine | | Lower Ext. R ☐ L ☐ | |
| Clavicle R ☐ L ☐ | | | | Neck | | Neck/Soft Tissue/Thyroid | |
| Coccyx | | | | Pelvis | | Paracentesis | |
| Cystogram | | | | Thoracic Spine | | Pelvis | |
| Elbow R ☐ L ☐ | | | | Upper Ext, any joint R ☐ L ☐ | | Renal | |
| Facial Bones | | | | Upper Ext, no joint R ☐ L ☐ | | Scrotum | |
| Femur R ☐ L ☐ | | | | | | Thoracentesis | |
| Fingers R ☐ L ☒ | | | | | | Upper Ext. R ☐ L ☐ | |
| Foot R ☐ L ☐ | | | | | | | |

<table>
<tr><td colspan="2"><b>X-RAYS</b></td></tr>
<tr><td>☐ Ankle R ☐ L ☐</td><td>☐ Shoulder R ☐ L ☐</td></tr>
<tr><td>☐ Cervical Spine</td><td>☐ Sinuses</td></tr>
<tr><td>☐ C. Spine, complete</td><td>☐ Skull</td></tr>
<tr><td>☐ Chest</td><td>☐ Sternum</td></tr>
<tr><td>☐ Chest, PA and LAT</td><td>☐ T. M. Joints</td></tr>
<tr><td>☐ Chest PPD</td><td>☐ Thoracic Spine</td></tr>
<tr><td>☐ Clavicle R ☐ L ☐</td><td>☐ Tibia & Fibula R ☐ L ☐</td></tr>
<tr><td>☐ Coccyx</td><td>☐ Wrist R ☐ L ☐</td></tr>
<tr><td>☐ Cystogram</td><td colspan="1"><b>FLUOROSCOPY</b></td></tr>
<tr><td>☐ Elbow R ☐ L ☐</td><td>☐ Arthrogram [</td></tr>
<tr><td>☐ Facial Bones</td><td>☐ Barium Enema</td></tr>
<tr><td>☐ Femur R ☐ L ☐</td><td>☐ Cystogram</td></tr>
<tr><td>☒ Fingers R ☐ L ☒</td><td>☐ Esophagram</td></tr>
<tr><td>☐ Foot R ☐ L ☐</td><td>☐ I.V. Pyelogram</td></tr>
<tr><td>☐ Forearm R ☐ L ☐</td><td>☐ Lumbar Puncture</td></tr>
<tr><td>☐ Hand R ☐ L ☐</td><td>☐ Myelogram [</td></tr>
<tr><td>☐ Hip R ☐ L ☐</td><td>☐ Venogram R ☐ L ☐</td></tr>
<tr><td>☐ Humerus R ☐ L ☐</td><td>☐ U. G. I. Series</td></tr>
<tr><td>☐ Knee R ☐ L ☐</td><td>☐ U. G. I. and Small Bowel</td></tr>
<tr><td>☐ KUB</td><td colspan="1"><b>CAT SCANS</b></td></tr>
<tr><td>☐ KUB and UPT</td><td>☐ Abdomen</td></tr>
<tr><td>☐ Lumbar Spine</td><td>☐ Cervical Spine</td></tr>
<tr><td>☐ L. Spine, complete</td><td>☐ Chest</td></tr>
<tr><td>☐ Mandible</td><td>☐ Facial/TMJ</td></tr>
<tr><td>☐ Nasal Bones</td><td>☐ Head</td></tr>
<tr><td>☐ Orbits</td><td>☐ Lower Ext. R ☐ L ☐</td></tr>
<tr><td>☐ Os Calcis R ☐ L ☐</td><td>☐ Lumbar Spine</td></tr>
<tr><td>☐ Pelvis</td><td>☐ Orbit</td></tr>
<tr><td>☐ Ribs R ☐ L ☐</td><td>☐ Pelvis</td></tr>
<tr><td>☐ Sacrum</td><td>☐ Soft Tissue Neck</td></tr>
<tr><td>☐ Scapula</td><td>☐ Thoracic Spine</td></tr>
<tr><td>☐ Scoliosis Series</td><td>☐ Upper Ext. R ☐ L ☐</td></tr>
</table>

**NUCLEAR MEDICINE**
☐ Bone 3 Phase - Infection
☐ Bone (Whole Body)
☐ Cardiac - MUGA
☐ Cardiac -Stress
☐ Ceretec - Infection (labeled WBC)
☐ Gallbladder (CCK)
☐ Gallbladder (HIDA)
☐ Gallium
☐ Liver/Spleen
☐ Pulmonary V/Q
☐ Renal
☐ Thyroid and Uptake
☐ Thyroid - Parathyroid

**VASCULAR STUDY**
☐ Abdominal Aorta
☐ Abdominal Aorta with doppler
☐ Arterial Doppler, Lower Ext R ☐ L ☐
☐ Arterial Doppler, Upper Ext R ☐ L ☐
☐ Carotid Duplex
☐ Dialysis Graph Duplex R ☐ L ☐
☐ Vein Mapping for Dialysis R ☐ L ☐
☐ Venous Duplex Lower Ext R ☐ L ☐
☐ Venous Duplex Upper Ext R ☐ L ☐

Exams not mentioned above:

Date Performed: _____

Where Performed: RMC

Time Performed: 1306

Technologist Name/stamp: MS

4229913

Is permanent camp a private institution?  No ☐  Yes ☐
Clinic/hospital room number _____

INMATE
DC#:   D-068947  TM 31 09/13/12
DATE OF   DANIELS, THERON
INSTITU   B/M DOB

RMC-MU
F1120L

F1120L

DC4-705D (Issued 4/3/12)

RECEIVED
JUN 0 7 2017
RMC RADIOLOGY



## SCHRYVER MEDICAL, LLC

a Trident VA HEALTH SERVICES company

**800-638-3240**
**Radiology Interpretation**

**PATIENT NAME:** THERON DANIELS
**DATE OF BIRTH:**
**ID/MRN:** 068947
**PHYSICIAN:** !New/Details in Comments
**FACILITY:** RMC - MAIN HOSPITAL RM: k1201I , FL
**DATE OF SERVICE:** 07/07/2017 13:06:20
**HISTORY:** RMC UC, F DORM: PAIN AND SWELLING TO LT 5TH DIGIT. S/P LT 5TH DIFIT SURGERIES X 2.
EVAL FOR LOOSE HARDWARE

**FINGERS LT 3V:**
Comparison: 2/22/17.
Interval identification of resection PIP fifth digit. There is soft tissue swelling. There are a few small densities identified within the joint space region. There is a band of lucency distal aspect proximal phalanx just prior to the resection site.

**IMPRESSION:**
1. Postop changes with swelling. Consider infection versus postop swelling.

**Electronically Signed By:** Dr. Stephen Veigh M.D. 07/07/2017 11:40:33 MDT

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSaids, Inline Bacitracin, Polymyxin, B Sulfate

| DATE/TIME | |
|---|---|
| | Inc. Note - Physical Therapy |
| 7/11/17 1400 | I/M is being RS to a later date 2° I/M was NS for P.T. callout. Security was notified & I/M cont. to NS. Connie Spitzer, PTA                    Connie Spitzer, PTA |
| 7-17-17 | Inc Note: PT |
| | PT EVAL / Initial consult completed to (L) hands / (L) 5th finger PIP 2° Arthroplasty. See PT consult. PT indicated 3 w 8. John C. Palmer, P.T. |
| 7-18-17 1600 | CHART REVIEWED PRIOR APPROVAL  for PT Medical BY SCRUB        SUBMITTED  Hold cont. D Cleared RN                                    S. Crawford LPN RMC |

---

Inmate
DC#
DOB:
Institu

Daniels, Theron
DC# 068947
black | male
DOB:

RMC MAIN UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

Submitted to UM _6/26_
Approved by UM _6/30_

Authorization# _080782029920_

Dx(ICD) _562.3_

## FLORIDA DEPARTMENT OF CORRECTION
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: P. Therapy | FROM Institution: RMC | DATE OF REQUEST: 6-21-17 |
|---|---|---|
| **Reason(s) for consultation:** Evaluate and recommend diagnostic plan ___ Evaluate and recommend treatment plan ___ Other (specify): ___ | **Acuity of consultation:** Emergency ___ Urgent ___ Routine ✓ | **DATE APPOINTMENT MADE:** _7-1-17_ Staff Signature: _GH_ |
| **Visit Type** - Initial ✓ Follow-up ☐ Follow-up consults require justification | | **APPOINTMENT DATE:** 7-11-17 |

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

Physical findings:   s/p Joint posthms s
(L) Hnd

Diagnostic findings (explain laboratory, x-ray, or other test findings):

RECEIVED
JUL 06 2017
RMC MEDICAL SCHEDULING

Other pertinent information:

Provisional diagnosis:   (L) Hand DJD

Health Care Provider Signature/Stamp: _____   C. HADDAD MD   6/22/17
Chief Health Officer

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _Physical Therapy_. which cannot be accomplished at _rmc-main_.
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____   Date: _7-17-17_
Signature of Witness: _John C. Plover, PT._   Date: _7-17-17._

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name
DC#_   Daniels, Theron
Date o   DC# 068947
EOS I   black | male
DC4-70   DOB:

10/17/24

JUN 2 6 201

...forms is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:** 5-25-17 (L) 5th finger PIP jt Arthroplasty by Dr. Ong.
6-13-17 (L) hand splint removed.

**Findings:** #/an c/o's (L) 5th finger stiffness - weakness, swelling and burning to the (L) hand.

**Posture:** (L) 5th PIP jt enlargement 7cm, (L) bcm.

**Rom:** (L) 5th finger PIP    DIP 30°   Ext 30°   75°   AROM.
                        MCP 40°   15°

**Strength:** Grip (L) 5#.    (L) 5th finger flex MCP
                  (R) 120#                    PIP 1/5
                                              DIP 1/5

**Adl's:** (L) hand - palm pain c̄ inability to extend fingers fully. Unable to close (L) 5th finger to palm but he has a functional grip closure to 5#.

**HEP:** (L) 5th finger flex AAROM 4reps 15 sec held. Needs PASS Buddy loop - 5strap (L) 4-5th fingers

**Recommendations:** PT 3w 8 for (L) hand Rehab after 5-25-17 (L) 5th finger PIP jt Arthroplasty = MHP c̄p NMES, TENS. Ther Ex of AAROM, AROM, PRE, Adl's, HEP instruction.

**PT goals:**
1. ↓ (L) palm - hand paresthesia by 25-50%. c̄ Adl's.
2. Improve (L) 5th finger PIP flex = 60° AROM and grip 100#.
3. Independent c̄ HEP.

**Consultant Signature/Stamp:** John C. Palmer, P.T.          **Date:** 7-17-17

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

| | |
|---|---|
| **Inmate Name** | |
| DC# | Daniels, Theron |
| **Date of Birth** | DC# 068947 |
| **Institution** | black | male |
| **EOS DATE:** | DOB: |
| DC4-702 (Revised | |

**USE ADDITIONAL SHEET(S) AS NECESSARY**

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

FL___. DEPARTMENT OF CORREC____
## Chronological Record of Health Care

Allergies:

DATE/TIME

Seen In Urgent Care

JUL 07 2017

2/7/17  I/m presents c/ swollen ⊕ hand.
post surgery May 25, 2017 awaiting
md evaluation — _B.Stahl_

BP 108   S: I/M presents to UC c̄ c/o ↑pain/swelling to
72       ⊕ 5th digit. H/o ⊕ 5th digit surgeries in past, x2.
HR 58    Last seen on 6/18/17 for similar complaint in UC.
RR 18    ∅ f/c  ∅ N/V
T 98.5   O: A&Oss. NAD
Wt 185lbs ⊕ 5th digit: ⊕ erythema. swollen. ? chronicity.
HT 5'8"   TTP ∅ open wounds or active drainage
          ∅ A/P ROM  finger shortened when c/w ® 5th digit

          A/P  1) ⊕ 5th digit Arthroplasty x2, chronic w/
               ? non-healing complicated worsening sxs of ↑pain/swelling
               r/o ⟨lose⟩ hardware +/- infxn
               - ⊕ finger XRAY - STAT → will f/u
                 report + if NO acute process →
                 Advise outpt surgery f/u c̄ Dr. Ong
                 x 1-2 wks
               - Pain Control Mngmt on Excedrin as Rx'd
               - Advised PT/OT eval/mgmt
               - f/u c̄ OPC x 1-2 wks
               - D/C from UC

Inmat  D-068947 TM 31 09/13/12        S- Subjective Data
DC#    DANIELS, THERON                O- Objective Data
Date o B/M DOB           RMC MAIN UNIT  A- Assessment of S and O Data
Institu                               P- Plan
                                      E-Education

Submitted to UM 6/26
Approved by UM 6/30

**FLORIDA DEPARTMENT OF CORRECTION**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**
FONG, MD

Authorization# 08949771681
Dx(ICD) 563.289D

| Type of Service: Plastic Surgeon | FROM Institution: RMC | DATE OF REQUEST: 6·21·7 |
|---|---|---|
| Reason(s) for consultation: RMC | Acuity of consultation: | DATE APPOINTMENT MADE: |
| Evaluate and recommend diagnostic plan___ | Emergency___ | 7-11-17 |
| Evaluate and recommend treatment plan___ | Urgent___ | Staff Signature: |
| Other (specify):___ | Routine ✓ | |

Visit Type - Initial ☐ Follow-up ☑   1 month
Follow-up consults require justification

APPOINTMENT DATE: FEB 20·17

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

RECEIVED
JUL 06 2017
RMC MEDICAL SCHEDULING

Other pertinent information:

Provisional diagnosis: (R) Hand DJD - s/p Rt Thught

Health Care Provider Signature/Stamp: C. HADDAD MD Chief Health Officer 6/22/17

CHO/Designee Approval Signature/Stamp:

**AUTHORIZATION FOR SPECIALTY EVALUATION**

I, the undersigned, have had explained to me and understand that I require ___ which cannot be accomplished at ___. I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: ___   Date: 7-26-17
Signature of Witness: ___   Date: 7-26-17

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Daniels, Theron
DC#: DC# 068947
Date of Birth: black | male
EOS DATE: DOB:
DC4-702 (Rev

10/17/24    JUN 26 201

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

S/P _Sclerotic_ _Arthroplasty_ _PIP To_

_Leg JTT Fing_

( J – 25 –17 )

**Findings:**

_Rohand Pan_

_Sec by hand Nerg ____ _

~ ROM exam — _introsurpt_

+ _demonstrate_

**Recommendations:**

= _Exlech_ _typo_ _TIOPs_

X 30 dy.

= _RTC_ _after_ _complts_ _of_

_Thon &_ _Nerg_ _for repair_ _xray_

_F. ONG, MD_
_Plastic Surgeon_
_RMC_

**Consultant Signature/Stamp:** ✓ ON                    **Date:** 7/26/17

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate N~~~
DC#____  Daniels, Theron
Date of B  DC# 068947
Institutio  black | male
EOS DA  DOB:

DC4-702 (R~~~~~~~~~)

**USE ADDITIONAL SHEET(S) AS NECESSARY**

C. HADDAD MD
Chief Health Officer

7/26/17

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSAIDS; Sulfates, Bactrim; Iodine; Bacitracin

| DATE: 8/10/17 | RECEPTION AND MEDICAL CENTER |
| Time: 6:18am | DOCTOR PROGRESS NOTE |

Patient arrived from UF Hospital after seen by Ortho due to hand and arm surgery . Patient referred to be ok, with no distress at this time. Patient chart reviewed, consult for Ortho requested, medication prescribe. Patient hemodynamically stable under no distress, will be d/c from UCU.

C. Rodriguez
Physician
RMC

| Inmate Nam | D-068947 TM40 09/13/12 | S- Subjective Data |
| DC# | DANIELS, THERON | O- Objective Data |
| Date of Birt | B/M DOB | A- Assessment of S and O Data |
| Institution | | P- Plan |
| | | E-Education |

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: Iodine, Chlorhexidine, NSAIDS, Bactrim

| DATE/TIME | |
|---|---|
| 8-24-17<br>#1 of 24<br>1:00 p | Inc Note- Physical Therapy<br>S: c/o ® hand pain (constant) & "burning"<br>Im states it feels like some one has a blow<br>torch on his hand.<br>O: MHP to ® hand x10min, f/b gentle AROM (open/<br>close hand) yellow dipflex, rice, bean<br>bowls, therex x 30min.<br>A: Tol. tx well. Im not feeling well today<br>P: Continue PT POC<br>            PD    Jennifer Eisma PTA |
| 8/27/17<br>10 50 | Seen In Urgent Care   Seen by UM for swollen<br>AUG 2 7 2017   left foot RED pix DCU683J<br>                 T. Diakos, R.N. |
| 8/29/17<br>1230<br><br>#2<br>of<br>24 | Inc. Note-Physical Therapy/<br>S: "My hand is in so much pain, My little finger<br>crosses over my ring finger."<br>O: Tx consisted of all activities per previous<br>visit c PROM to ® 5th finger + attempted<br>NMES to ® 5th finger flex but unable 2° pain<br>A: I/M c ↑ in ® hand soreness p PROM + NMES<br>P: Cont. per POC<br>Connie Spitzel, PTA        Connie Spitzel, PTA |

Inmate Name Daniels, Theron
DC# 068947       Race/Sex B/M
Date of Birth
Institution RMC          RMC MAIN UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services–Administration

DC4-701 (Revised 10/31/08)

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSaids, SOAP, IODINE, BACITRACIN

| DATE/TIME | |
|---|---|

8/30/17
8:2
® Hand inasion ⊕ Staphylococcus epidermidis
DC cleocin as it is resistant start cipro
500mg BID × 14
c/c 8/31/17

noted
8/30/17  0835  K Rea OP
K. REED
LPN
RMC

9/1/17
1245
#3c
Inc.Note-Physical Therapy
S: "My hand has been in so much pain + it is
staying swollen " "My ⊕ hand is also tender to the touch."
O: MHP to ⊕ hand ×10' f/b ⊕ bean + rice bowls, attempted
⊕ yellow dinaflex (unable), TENS to ⊕ ulnar
border of wrist + hand / dorsal hand + wrist ×15'
A: I/M c̄ ↑'d facial grimacing + difficulty
tolerating ther ex's today. I/M c̄ some
visible swelling + tenderness to palpation
@ ⊕ 5th finger + ulnar border of wrist.
P: cont. per POC
Connie Spitzer PTA                     Connie Spitzer PTA

D-068947 TM 40 09/13/12
DANIELS, THERON
B/M DOB

RMC MAIN UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** NSAIDS Iodine Bacitracin Polymyxin B Sulfate

**RECEPTION AND MEDICAL CENTER**
**CHRONIC CLINIC/FOLLOW-UP/SICK CALL REFERRAL**

| DATE/TIME | |
|---|---|
| 9/5/17 | Shands ER D/C |

T: 98.5 P: 63 R: 16 B/P: 110/72 WT: 178

SIGNATURE:STAMP: A. Hester M.A. RMC

9/5/17
in 1301p
out 314p

S: ® arm pain + leg pain
O: ® arm w/ slg
left leg swollen
P/T ...
A: ® AKD + left leg pain
P: ...
F/W 9/19/12 ...
N. Monuma ARNP

noted
9-5-17
1425 K Reed
K REED LPN RMC

9/6/17 1300   Inc. Note - Physical Therapy
S: Ø new c/o
O: Tx consisted of all activities per previous visit
A: I/M tolerated visit better today but I/M reported that he took pain meds for his foot a coming to P.T. today.
P: Cont. per poc
Connie Spitzer PTA      Connie Spitzer PTA

#4 of 24

D-068947 TM 40 09/13/12
DANIELS, THERON
B/M DOB

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

| Allergies: | ASAIDS  Iodine  Bactrim  Polymycin  B Sulfate |
|---|---|
| DATE/TIME | RECEPTION AND MEDICAL CENTER |

CHRONIC CLINIC/FOLLOW-UP/SICK CALL REFERRAL

9/8/17  CC SC

T: 98.6 P: 60  R: 18  B/P: 116/82  WT: 180
SIGNATURE:STAMP: Arlester cunt

A. Kenion
M.A.
RMC

9/8/12
1800p    see GC, CC note in 9/8/17
ow 12/10p    9-8-17 1241

A. ROBINSON
LPN

N. Monuma
ARNP

9/8/17  Inc Note-Physical Therapy
1200    S: Ø new c/o
#50     O: MHP to ® hand X 10'- f/b © bean + rice bowls, attempted
py      yellow digiflex + dig extend. TENS to © ulnar
a'u     border of wrist + ® hand X 15'
        A: I/M c continued soreness in © hand p visit.
        P: Cont. per POC
Connie Spitza, PTA            Connie Spitza, PTA

9/13/17  Inc Note-Physical Therapy
1100     S: "I still have swelling in my little finger that is
         preventing me from bending it."
#60      O: Tx consisted of all activities per previous
py       visit
a'u      A: I/M defers any additional ther exs c I/M
         c/o pain.
         P: Cont per POC /* ✗ ther exs ✗*
Connie Spitza, PTA            Connie Spitza, PTA

D-068947 TM40 09/13/12
DANIELS, THERON
B/M DOB

RMC MAIN UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSaids, Polymyxins, Bacitracin, Iodine

| DATE/TIME | |
|---|---|
| 9/14/17 10:00 A.M. | INCIDENTAL NOTE REGARDING OUTSIDE APPT AT UF ORTHOPEDICS IN GAINESVILLE FOR A 1 WEEK FOLLOW-UP WITH DR. CHIDGEY ON 9/15/17. |
| | *Alisha Gray* |
| | ALISHA GRAY MEDICAL SCHEDULING |
| | Patient w/ laceration of extensor muscle belly laceration. |
| | Needs to work on wrist strengthening, motor scar massage |
| 9/15/17 | Seen in Urgent Care   Inmate returned from Daytrip. No complaint voiced, referred packet to mp for review. NAD noted - K.Fiano LPN RMC |
| SEP 15 2017 | |
| 9/18/17 906 | CHART REVIEWED BY SCRB   Dr. Chidgey recommends wrist strengthening. Pt has DT eval today.  E.JACKSON-CAMPS LPN |
| 9/18/17 1100 | Inc. Note-Physical Therapy. S: "My ® hand still has swelling + pain." O: MHP to ® hand x10 ' ®b ®b bean + rice bowls, yellow digi flex, clothes pins, digi extend, ball squeeze, TENS to ® ulnar border of wrist + hand x'15' A: I/M was able to perform more ther exs today c less complaints. P: cont. per POC  Connie Smith PTA    Connie Spitzer, PTA |
| #17 of 24 | |

Inmate Name DANIELS, THERON
DC# 068947 Race/Sex B/M
Date of Birth
Institution RMC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care



Allergies: NSAIDS, Polymyxins, Bacitracin, Iodine

| DATE/TIME | |
|---|---|
| 9/19/17 | ATP: INDICATION for "SCAR" MASSAGE NOT ESTABLISHED. Poce on 90 by self care on compree. |
| 9/19/17 | noted — B. JACKSON-CAMPS LPN — Gerald Amatucci MD Regional Medical Director |
| 9/20/17 1130 #8 of 24 | Inc Note - Physical Therapy |
| | S: "I still can't bend my little finger down on it's own." |
| | O: Tx consisted of all activities per previous visit |
| | A: IM ē full PROM of Q 5th finger flex but cont. ē limited AROM. |
| | P: Cont. per POC /*take d/c msmts next visit* |
| | Connie Spitzer, PTA     Connie Spitzer, PTA |

| | |
|---|---|
| Inmate DC# | D-068947  TM 40  09/13/12 |
| Date of Institut | DANIELS, THERON |
| | B/M DOB |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

| Allergies: | NSAIDS Iodine Bactrim Polymyxin B Sulfate |
|---|---|
| DATE/TIME | RECEPTION AND MEDICAL CENTER |

| DATE/TIME | |
|---|---|
| 09/22 11:35 | **RECEPTION AND MEDICAL CENTER** **CHRONIC CLINIC/FOLLOW-UP/SICK CALL REFERRAL** Review Gait   U/S report T: 98.6  P: 80  R: 18  B/P: 114/80  WT: SIGNATURE:STAMP: *Aresterous*   A.Hester M.A. RMC |
| 9/20/12 | S   c/o (R) [illegible]   (1) asfp 6x O   (R) ankle [illegible] fnx dno in 9/4/12  [illegible] c/o swell pain A  (R) ankle pain   (R) [illegible] pain  Hx Hep C P:  US of (R) ankle [illegible], (R) ankle x day in 6 week F/m (R) desk c/c visit   *Shomas, McAp* noted 9/20/12 [illegible] **K. STRAMA** RN |
| 9/27/17 1100 #9s 9s [illegible] | Trec.Note-Physical Therapy S:"I have constant throbbing + pain in my hand, the swelling won't go down." "I have to force it to bend it" O: MHP to (R) hand x 15 f/b (R) bean/rice bowls (x4 ea), (R) velcro digit flex (x10 ea), clothes pins, ball squeeze (x5). (AM deferred digit extend) ended c TENS to (R) ulnar border of wrist + hand A: AM c some cont soreness in (R) hand pn si/5 P: Cont. per POC *Connie Spitzer, PTA*   *Connie Spitzer, PTA* |

| Inmate Name | |
|---|---|
| D-068947  TM40 09/13/12 DANIELS, THERON B/M DOB | |
|  | RMC MAIN UNIT |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care



Allergies: NSAIDS, Iodine, Bactrim, Polymyxin B Sulfate

| DATE/TIME | |
|---|---|
| 9/29/17 1130 | Inc. Note - Physical Therapy |
| | S: "My hand burns + aches all of the time." |
| #10 84 | O: TX consisted of all activities per previous visit |
| 84 | A: IM c̄ some cont. soreness p̄ visit. |
| | P: cont. per POC |
| | Connie Spitzer, PTA    Connie Spitzer, PTA |

D-068947 TM 40 09/13/12
DANIELS, THERON
B/M DOB

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services–Administration

DC4-701 (Revised 10/31/08)

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NSAIDs, Iodine, Bactrim, Polymyxin B Sulfate |
|---|---|
| DATE/TIME | |

10/2/17
1246    Seen in Confinement - Psychiatry clinic

                                    P. LOMANGCOLOB M.D.
                                    PSYCHIATRIST
                                    RMC

10/3/17    Inc. Note - Physical Therapy
1040       S: "I'm having constant pain & swelling in my hand."
#1 of      O: MHP to ® hand x10' f/b ® hean frice bowls (x4ea),
2          ® yellow digi flex (x4ea), clothes pins, ball
           squeeze (x25), digiextend (x60), ended c̄
           TENS to ® ulnar border of wrist / hand x15
           A: IM c̄ some cont. soreness & throbbing in
           ® hand per IM report.
           P: cont. per POC
Connie Spitzer PTA                              Connie Spitzer, PTA

10/5/17    Inc. Note - Physical Therapy
1045       S: Ø new c/o
#2 of      O: tx consisted of all activities per previous
2          visit
04         A: IM c̄ Ø ↑'s in s/s p visit.
           P: cont. per POC
Connie Spitzer PTA                              Connie Spitzer, PTA

Inmate Na  D-068947  TM40 09/13/12
DC#_____   DANIELS, THERON
Date of Bir B/M DOB
Institution                    RMC MAIN UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:**

| DATE/TIME | |
|---|---|
| 10/8/17 0930 | Arrived to urgent care c̄ c/o pain in @ hand c̄ "locking of tendons". BP 128/88 HR 72 RR 16 T 98.1 O2 sat 99% RA. No further complaints at this time. Will monitor. ———— C.Rich RN RMC |
| | Seen In Urgent Care     OCT 08 2017 |
| 10/8/2017 0935 | offered ibuprofen or tylenol for pain. I/M refused & stated "You will be hearing from my people shortly & calling the back up here over if one what do I say!" per Dr. Dure - I/M to letter c̄ to compound due to being aggressive, threatening, & refusing analgesics offered. I/M ambulated out of UC steady. —— Dr _____ |
| 10/11/17 0840 #13 of 24 | Inc. Note - Physical Therapy S: "I still have a lot of pain & swelling in my hand." O: MHP to @ hand X 10' ↑ b/o ① bean & rice bowls (X 4'ea) ② yellow digiflex (dial extend) (X 6'ea), clothes pins, ball squeeze (X 5'), ↓ TENS today A: I/M did not stay for TENS b/c he had to wait for it to be finished on another I/M & I/M did not want to wait. P: Cont. per toc Connie Spitzer, PTA        Connie Spitzer, PTA |

**Inmate Name** Daniels, Theron
**DC#** 0-068947    **Race/Sex** B[M]
**Date of Birth**
**Institution** RMC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NSAIDS, Iodine, Bactrim, Polymyxin B, Sulfate

| DATE/TIME | |
|---|---|
| 10/13/17 0845 #14 ↑ 24 | Inc. Note - Physical Therapy<br>S: "My ®hand still has the swelling + the pain."<br>O: MHP to ®hand x10'/b ®bean rice bowls (x4'ea)<br>®yellow digi flex / digi extend (x30ea), clothes<br>pins, ball squeeze (x5') (ther ex's x30')<br>A: I/M c̄ Ø A''s in S/S p̄ visit.<br>P: Cont per POC<br>Connie Spitzer, PTA        Connie Spitzer, PTA |
| 10/16/17 0930 #15 ↑ 24 | Inc. Note - Physical Therapy<br>S: "I am in pain today. I don't think that I can<br>do much. Nobody wants to help me c̄ my ®hand.<br>My ®hand #'s still painful + swollen."<br>O: MHP to ®hand x10'/b TENS to ®ulnar border<br>of wrist + hand x15'<br>A: I/M deferred ther ex's today c̄ I/M stating<br>that he "is in a lot of pain today."<br>P: Cont per POC<br>Connie Spitzer, PTA        Connie Spitzer, PTA |

D-068947 TM 40 09/13/12
DANIELS, THERON
B/M DOB

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NSAIDs, Iodine, Bactrim, Polymyxin B Sulfate

| DATE/TIME | |
|---|---|
| 10/18/17 1:20 | Inc. note for SC. TIM to SC c̄ c/o "I need to do some PT on my (R) arm. I am getting PT on my (L) hand but I am having recurrent swelling, pain and numbness to (R) hand, unable to completely extend 4th & 5th fingers to (R) hand, pain extending up to (R) elbow. TIM hx of (R) arm open through glass c̄ tendon inulted to (R) arm. Fingers warm to touch, (+) cap. refill. Reports pain "6-7" on pain scale to (R) hand. TIM unable to take NSAIDS d/t allergies and has hx of Hep. C. Will sched. SCV 10/28/17 for eval. of PT consult and pain management. Analgesic balm given. RTU to SC PRN. ——(Barber)—— J. Barber RN RMC |
| 10/19/17 0900 #145 b/4 0'4 | Inc. Note - Physical Therapy S: "I still have pain & swelling in my hand. The only way that it bends is if I force it." O: MHP to (L) hand x10' f/b (L) bean & rice bowls (x4'ea), (L) red dinaflex / dig. extend (x20) clothes pins, ball squeeze (x5) ↑NX & TENS to (L) ulnar border of wrist & hand x15' A: TM c̄ some cont. soreness in (L) hand p̄ visit. P: cont. per POC. Connie Spitzer PTA          Connie Spitzer PTA |

| | |
|---|---|
| Inmate D-068947 TM40 09/13/12 | S- Subjective Data |
| DC# DANIELS, THERON | O- Objective Data |
| Date B/M DOB | A- Assessment of S and O Data |
| Instit | P- Plan |
| | E- Education |

Submitted to UM 7/31
Approved by UM 8/8

Authorization# OP0949771681
Dx(ICD) 563.289

**FLORIDA DEPARTMENT OF CORRECTIONS**
**F.ONG, CONSULTATION REQUEST/CONSULTANT'S REPORT**

| Type of Service: Plastic Surgery | FROM Institution: DTron | DATE OF REQUEST: 7.26.17 |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan_____
Evaluate and recommend treatment plan_____
Other (specify):_____

Acuity of consultation:
Emergency_____
Urgent_____
Routine ✓

DATE APPOINTMENT MADE:
8-22-17
Staff Signature: A6

Visit Type - Initial ☐  Follow-up ☐
Follow-up consults require justification

APPOINTMENT DATE:
P.T. completed 11-1-17

Condition is (check one): ☐ Acute Trauma  ☐ Acute Illness  ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):
S/P Silast Arthoplasty PIOLT
L SP Fry
(5-25-17)

Physical findings:

RECEIVED
AUG 10 2017
RMC MEDICAL SCHEDULING

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:
of hand Rray for resin Xray

Provisional diagnosis:
① HAND DJD- S/P ARTHROPLASTY

Health Care Provider Signature/Stamp: 7/26/17  C. HADDAD MD   F.ONG, MD  Plastic Surgeon RMC

CHO/Designee Approval Signature/Stamp:

**AUTHORIZATION FOR SPECIALTY EVALUATION**

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____ Date: 11-1-17
Signature of Witness: B.GLORIA  Date: 11.1.17

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _____
DC#_____ D-068947  TM 31 09/13/12
Date of Birth _____ DANIELS, THERON
EOS DATE: _____ B/M DOB
DC4-702 (Revised 2/4/15)

9/27/24   RECEIVED JUL 28 2017  BY: _____

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

S/P Silastic Arthroplasty
PIP Joint L 5th Fing
(7-25-17)

**Findings:**

- Hand Therapy — 2x/week — (16/24)
ROM exercises — instruction
- Still [illegible] of the Finger
- Swelling PIP joint

X-ray — silastic joint in place
* Closed manipulation of L 5th Fing PIP joint under local anes (8 cc plain)

**Recommendations:**

- Continue hand therapy [illegible])
- RTC after completion of hand therapy.
- Refer to hand therapy for more aggressive A/P ROM exercises 3x/week x 8 weeks.

**Consultant Signature/Stamp:** ONG
F. ONG, MD
Plastic Surgeon
RMC

**Date:** 11/1/17

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name
DC#
Date of Birth
Institution
EOS DATE

D-068947 TM 31 09/13/12
DANIELS, THERON
B/M DOB

USE ADDITIONAL SHEET(S) AS NECESSARY

9/27/24

DC4-702 (Revised 2/4/15) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**Florida Department of Corrections**
**Radiology Request Form**

# Radiology

## PLEASE WRITE LEGIBLY

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic

List allergies:
nsauds
Iodine,
Bacitracin
Poly B Sulfate

SIP Arthroplasty
L) 5t Finger

☐ Ambulatory  ☐ Portable  ☐ Stretcher  ☐ Wheelchair

Physician Name (Print) and Name Stamp:
F. ONG, MD
Plastic Surgeon
RMC

Date of Request:
1101-17

| X-RAYS | | | | | MRI SCANS | | | ULTRASOUNDS | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Ankle R ☐ L ☐ | | ☐ Shoulder R ☐ L ☐ | | | ☐ Cervical Spine | | | ☐ Abdomen complete | |
| ☐ Cervical Spine | | ☐ Sinuses | | | ☐ Head/Brain Stem | | | ☐ Breast | |
| ☐ C. Spine, complete | | ☐ Skull | | | ☐ Hip R ☐ L ☐ | | | ☐ Gallbladder | |
| ☐ Chest | | ☐ Sternum | | | ☐ Lower Ext, any joint R ☐ L ☐ | | | ☐ Inguinal Area | |
| ☐ Chest, PA and LAT | | ☐ T. M. Joints | | | ☐ Lower Ext, no joint R ☐ L ☐ | | | ☐ Liver | |
| ☐ Chest PPD | | ☐ Thoracic Spine | | | ☐ Lumbar Spine | | | ☐ Lower Ext. R ☐ L ☐ | |
| ☐ Clavicle R ☐ L ☐ | | ☐ Tibia & Fibula R ☐ L ☐ | | | ☐ Neck | | | ☐ Neck/Soft Tissue/Thyroid | |
| ☐ Coccyx | | ☐ Wrist R ☐ L ☐ | | | ☐ Pelvis | | | ☐ Paracentesis | |
| ☐ Cystogram | | **FLUOROSCOPY** | | | ☐ Thoracic Spine | | | ☐ Pelvis | |
| ☐ Elbow R ☐ L ☐ | | ☐ Arthrogram [        ] | | | ☐ Upper Ext, any joint R ☐ L ☐ | | | ☐ Renal | |
| ☐ Facial Bones | | ☐ Barium Enema | | | ☐ Upper Ext, no joint R ☐ L ☐ | | | ☐ Scrotum | |
| ☐ Femur R ☐ L ☐ | | ☐ Cystogram | | | | | | ☐ Thoracentesis | |
| ☐ Fingers R ☐ L ☐ | | ☐ Esophagram | | | | | | ☐ Upper Ext. R ☐ L ☐ | |
| ☐ Foot R ☐ L ☐ | | ☐ I.V. Pyelogram | | | | | | | |
| ☐ Forearm R ☐ L ☐ | | ☐ Lumbar Puncture | | | | | | **VASCULAR STUDY** | |
| ☐ Hand R ☐ L ☐ | | ☐ Myelogram [        ] | | | | | | ☐ Abdominal Aorta | |
| ☐ Hip R ☐ L ☐ | | ☐ Venogram [        ] | | | **NUCLEAR MEDICINE** | | | ☐ Abdominal Aorta with doppler | |
| ☐ Humerus R ☐ L ☐ | | ☐ U. G. I. Series | | | ☐ Bone 3 Phase - Infection | | | ☐ Arterial Doppler, Lower Ext R ☐ L ☐ | |
| ☐ Knee R ☐ L ☐ | | ☐ U. G. I. and Small Bowel | | | ☐ Bone (Whole Body) | | | ☐ Arterial Doppler, Upper Ext R ☐ L ☐ | |
| ☐ KUB | | **CAT SCANS** | | | ☐ Cardiac - MUGA | | | ☐ Carotid Duplex | |
| ☐ KUB and UPT | | ☐ Abdomen | | | ☐ Cardiac -Stress | | | ☐ Dialysis Graph Duplex R ☐ L ☐ | |
| ☐ Lumbar Spine | | ☐ Cervical Spine | | | ☐ Ceretec - Infection (labeled WBC) | | | ☐ Vein Mapping for Dialysis R ☐ L ☐ | |
| ☐ L. Spine, complete | | ☐ Chest | | | ☐ Gallbladder (CCK) | | | ☐ Venous Duplex Lower Ext R ☐ L ☐ | |
| ☐ Mandible | | ☐ Facial/TMJ | | | ☐ Gallbladder (HIDA) | | | ☐ Venous Duplex Upper Ext R ☐ L ☐ | |
| ☐ Nasal Bones | | ☐ Head | | | ☐ Gallium | | | | |
| ☐ Orbits | | ☐ Lower Ext. R ☐ L ☐ | | | ☐ Liver/Spleen | | | **Exams not mentioned above:** | |
| ☐ Os Calcis R ☐ L ☐ | | ☐ Lumbar Spine | | | ☐ Pulmonary V/Q | | | | |
| ☐ Pelvis | | ☐ Orbit | | | ☐ Renal | | | | |
| ☐ Ribs R ☐ L ☐ | | ☐ Pelvis | | | ☐ Thyroid and Uptake | | | | |
| ☐ Sacrum | | ☐ Soft Tissue Neck | | | ☐ Thyroid - Parathyroid | | | | |
| ☐ Scapula | | ☐ Thoracic Spine | | | ☐ Gallbladder (CCK) | | | | |
| ☐ Scoliosis Series | | ☐ Upper Ext. R ☐ L ☐ | | | | | | | |

Date Performed: 1-1-17

Where Performed: RMC

Time Performed: 1050

Technologist Name/stamp: MS

Is permanent camp a private institution? No ☐ Yes ☐
Clinic/hospital room number_____

INMATE NAME:
DC#: D-068947 TM40 09/13/12
DATE OF B: DANIELS, THERON
INSTITUTIO: B/M DOB

RMC

73140
73130
4707678

DC4-705D (Issued 4.

11/3/2017                                              Report: THERON DANIELS 2017-11-01



## SCHRYVER MEDICAL, LLC

a Trident Usa HEALTH SERVICE company
800-638-3240

**Radiology Interpretation**

**PATIENT NAME:** THERON DANIELS
**DATE OF BIRTH:**
**ID/MRN:** 068947
**PHYSICIAN:** Ong MD, Francis D
**FACILITY:** RMC - MAIN HOSPITAL, FL
**DATE OF SERVICE:** 11/01/2017 11:03:21
**HISTORY:** SOPC- S/P ARTHROPLASTY LT 5TH FINGER/ PT COULD NOT REMOVE RING ON 4TH DIGIT.

## SIGNIFICANT FINDINGS

**HAND LT 3V:**

Comparison: 7/7/17.
Results:
Study shows once again erosive changes to the PIP fifth digit. Soft tissue swelling noted. Consider underlying infection or other entity.

**IMPRESSION:**

1. Stable hand. Erosion of the distal aspect proximal phalanx and the proximal aspect middle phalanx of the fifth digit. Associated soft tissue swelling noted.

N. Monuma
ARNP

Electronically Signed By: Dr. Stephen Veigh M.D. 11/01/2017 10:27:43 MDT

Dr. Veigh notified Rapid Radiology System of significant findings. Rapid Radiology System notified Ashlea Patterson (352 672 1301 CriticalFindings Nursing Supervisor ) at Schryver Medical FL Corrections of significant findings at 2017-11-02 9:19:13.

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NSaids, Iodine, Bacitracin, polymyxin B Sulfate

| DATE/TIME | |
|---|---|
| 11/8/17 144 | Received @ RMC West Unit |
| | Chart Reviewed: YES     PPD: 5-18-17 x1mm per CDC |
| | Medications: None     SD     (KOP) |
| | Medical Hold: YES    (NO) |
| | CIC: NO  (YES)     R.Bell E.M.T. RMC West Unit |
| | Signature/Stamp   RBell |
| 11/14/17 1415 #17 of 24 | Inc. Note-Physical Therapy
S: "I still have constant pain in my hand."
O: MHP to R hand X10' f/b PROM for L/R 5th finger flex, Oben + rice bowls (x4ea) L red digit flex/digit extend (x10ea), clothes pins, ball squeeze, ended TENS to ulnar border of R hand/wrist X15'
A: IM c̄ ∅ complaints ∅ visit.
P: cont per POC
Connie Spitzer, PTA          Connie Spitzer, PTA |
| 11/16/17 10:00 #18 of 24 | Inc. Note-Physical Therapy
S: "Everything is about the same."
O: Tx consisted of all activities per previous visit
A: IM c̄ some cont. soreness in R hand & wrist.
P: cont. per POC
Connie Spitzer, PTA          Connie Spitzer, PTA |
| 11.20.17 1439 | SEEN IN EYE   by   D.J ROBERTS OD OPTOMETRIST RMC   Treatment Plan Discussed |

D-068947 TM40 09/13/12
DANIELS, THERON
B/M DOB

RMC WEST UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

Allergies: NSAIDS, Iodine, Bacitracin, Polymyxin B Sulfate

| DATE/TIME | |
|---|---|
| | Inc Note - Physical Therapy |
| 11/20/17 | S: Ønew c/o |
| 1100 | O: MHP to ① hand X10-4lb PROM to ① 5th finger flex, |
| #19 of | Øbean & rice bowls (X4/ea) ① Øred digi flex / digi extend |
| 24 | (Xaø ea), clothes pins, ball squeeze grip ① 70#® 75# |
| | A: IM c̄ some cont. soreness in ① hand p̄ visit, |
| | IM has made some good improvement in ① grip |
| | since eval. |
| | P: cont. per POC |
| | Connie Spitzer, PTA                    Connie Spitzer, PTA |

D-068947 TM 40 09/13/12
DANIELS, THERON
B/M DOB

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: NSAIDS, Iod, n, Bacitracin polymyxin B, S/fek |
|---|

| DATE/TIME | |
|---|---|
| 11/22/17 1030 #18/20 of 24 | Inc. Note-Physical Therapy S: "My hand has sharp pains going through it & I am not feeling good today." O: MHP to L hand & 40' f/b PROM to L 5th finger flex-ext, L bean & rice bowls (X4 ea), L red digi flex. A: I/M deferred remainder of visit c̄ I/M reporting, "I just don't feel good today." P: Cont. per poc Connie Spitzer, PTA                    Connie Spitzer, PTA |
| 11/27/17 1310 #2 of 24 | Inc. Note-Physical Therapy S: "I have constant swelling & constant pain. I feel like there is scar tissue that needs to be broken loose." "It constantly throbs c̄ pain." O: MHP to L hand X 10' f/b PROM to L 5th finger, flex-ext L bean & rice bowls (X4 ea), L yellow digi flex / disinfected end (X4 ea), ball squeeze, clothes pins, TENS to L ulnar border of L hand & wrist X 15'. A: I/M c̄ some visible edema @ L 5th proximal finger c̄ tenderness to palpation per I/M report. P: Cont. per poc Connie Spitzer, PTA                    Connie Spitzer, PTA |

| Inmate Name | | S- Subjective Data |
|---|---|---|
| D-068947  TM 40 09/13/12 DANIELS, THERON B/M DOB | | O- Objective Data A- Assessment of S and O Data P- Plan E-Education |

DC4-701 (Effective 4/8/10)          Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

| Allergies: | NSAIDS, Iodine, Bacitracin, polymyxin B Sulfate |
|---|---|
| DATE/TIME | Inc Note~Physical Therapy |
| 11/29/17 1030 | S: Ø new c/o |
| #22 of 24 | O: MHP to Ⓡ hand X 10' f/b PROM to Ⓡ 5th finger flex + ext, Ⓡ bean + rice bowls (X4 ea) Ⓡ yellow dig it flex (X20), dig extend (I'M deferred), ba'll squeeze (X5) clothes pins, TENS to Ⓡ ulnar border of Ⓡ hand + wrist X 15' |
| | A: I'M c̄ cont. soreness in Ⓡ 5th finger p̄ therex's, |
| | P: Cont. per POC |
| | Connie Spitzer, PTA        Connie spitzer, PTA |

| 11/30/17 810 h | Liver + spleen ULTRASOUND for ebasio? since fu |
| | 11-30-17 0908 |
| | Submitted A. ROBINSON LPN |
| | N. Moriuma ARNP |

| 12/4/17 1035 | Inc Note~Physical Therapy |
| #23 of 24 | S: "I have been trying + trying to break the scar tissue or calcium in my Ⓡ hand to bend my finger." |
| | O: Tx consisted of all activities per previous visit grip Ⓛ 65# Ⓡ 95# |
| | A: I'M c̄ same ↓ in Ⓡ grip + ↑ in Ⓡ grip since last taken on 11/20/17, |
| | P: Cont. per POC |
| | Connie Spitzer, PTA        Connie spitzer, PTA |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care

Allergies: NSAIDS, Iodine, Bactracin, polymyxin B Sulfate

| DATE/TIME | |
|---|---|
| 12/6/17 1430 #44 04 m | Inc Note-Physical Therapy |
| | S: "I think the scar tissue has loosened up a little, I can bend my finger a little more than I could." |
| | O: MHP to (L)hand x10 min, PROM to (L)5th finger flxd/ext, (L) beartrice bowls (x4ea), (L) yellow dia-flex, ball squeeze, clothes pins, TENS to (L) ulnar border of (L) hand t/w/o? x15', G(L)MD 80#  (R) 70# |
| | A: IAM @ AROM (L)5th MCP O-50°, PIP O-20°, DIP-15°-55° (eval MsMts) 6/17 (L)5th: AROM MCP-15°-40°, PIP-30°-30°, DIP-15°-15°) |
| | A: I/M has made some good improvement in obj. MsMts since eval. I/M is D/C HEP |
| | P: I/M has completed current authorized P.T. visits. Please refer I/M back to M.D. for P.T.M |
| | Connie Spitzer/LPTA                    Connie Spitzer/PTA |

Inmate Name Daniels, Theron
DC# D-067947    Race/Sex B/m
Date of Birth
Institution RMC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

Restriction#
Dx(ICD)

Submitted to UM  11/9
Approved by UM   11/15      thorization# DP07497716.
Dx(ICD)         S63.2890

## FLORIDA DEPARTMENT OF CORRECTIONS
F.ONG, MD CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: Plastic Surgeon STR | FROM Institution: DR. ON | DATE OF REQUEST: 11.1.17 |
|---|---|---|
| Reason(s) for consultation: <br> Evaluate and recommend diagnostic plan _____ <br> Evaluate and recommend treatment plan _____ <br> Other (specify): _____ | Acuity of consultation: <br> Emergency _____ <br> Urgent _____ <br> Routine ✓ | DATE APPOINTMENT MADE: <br><br> Staff Signature: |

Visit Type - Initial ☐  Follow-up ✓        Flu f PT
Follow-up consults require justification

APPOINTMENT DATE: duplicate

Condition is (check one):  ☐ Acute Trauma    ☐ Acute Illness    ☐ Chronic
History of present illness (include onset, presentation, progress, therapy):

S/P  Silastic Arthroplasty

Physical findings:     PM  Jon  LETM Fgn

Diagnostic findings (explain laboratory, x-ray, or other test findings): (7-25-17)

PTC  after completion                 RECEIVED
                                       NOV 16 2017
Other pertinent information:           RMC MEDICAL SCHEDULING
                          from Jan

Provisional diagnosis:  L) hand Arthroplasty

Health Care Provider Signature/Stamp: Dr. Calderon-PhD  Opposition  9/12/17

F.ONG, MD
Plastic Surgeon
RMC

CHO/Designee Approval Signature/Stamp:

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____ Date: 12-20-17
Signature of Witness: _____ Date: 12.20.17

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _____
DC# _____  D-068947 TM 40 09/13/12
Date of Birth _____  DANIELS, THERON
EOS DATE: _____  B/M DOB
DC4-702 (Revised 2

RECEIVED
NOV 09 2017

This form is not to be amended, revised or altered without approval of the Director of Health Services Administration.

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL DIRECTOR or UTILIZATION MANAGEMENT.**

**Additional History:**

S/P Shasta Arthroplasty —
PIP Joint L 5th Fing

**Findings:**

(5-25-17)

Hand Therapy —
L 5th finger — Stiff PIP Joint

— Approved to further Therapy

**Recommendations:**

Excedrin 7ino TID ∅

x 30 days
60 d

RTC 2 mos to
reg x-ray/clini...
... hand

**Consultant Signature/Stamp:** _____ PHONG, MD   **Date:** 12/26/17

---

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

---

**Inmate Name** _____      USE ADDITIONAL SHEET(S) AS NECESSARY
**DC#** _____
**Date of Birth** D-068947 TM 40 09/13/12
**Institution** DANIELS, THERON
**EOS DATE:** B/M DOB

DC4-702 (Revised 2/4/15) Page 01 01

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

# FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| Type of Service: PT Therapy | FROM Institution: RMC | DATE OF REQUEST: 11/3/17 |
|---|---|---|

| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan _____ | Emergency _____ | |
| Evaluate and recommend treatment plan _____ | Urgent _____ | Staff Signature: |
| Other (specify): _____ | Routine ✓ | |

Visit Type - Initial ☒ Follow-up ☐
Follow-up consults require justification

APPOINTMENT DATE:

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☒ Chronic

History of present illness (include onset, presentation, progress, therapy):

70 Ⓡ arm c̄ limited ROM. "I cannot Grasp anything" due to deep wound cut

DR. Ong wrote Consult on 11/1/17.

**DUPLICATE**

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings):

Other pertinent information:

Provisional diagnosis:
Ⓡ arm (fracts) c̄ limited ROM

Health Care Provider Signature/Stamp: N. Monuma ARNP

CHO/Designee Approval Signature/Stamp: Dr. Calderon CHO Turgeant 11/3/17

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____   Date: _____

Signature of Witness: _____   Date: _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

J
D-068947  TM 40  09/13/12
DANIELS, THERON
B/M DOB

Close
9-17-24

This form is not to be altered without approval of the Director of Health Services Administration.

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT REPORT

| Type of Service: *Ortho* | FROM Institution: | DATE OF REQUEST: *1.17.18* |
|---|---|---|

**Reason(s) for consultation:**
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan *X*
Other (specify): _____

**Acuity of consultation:**
Emergency _____
Urgent _____
Routine *X*

DATE APPOINTMENT MADE: _____

Staff Signature: _____

APPOINTMENT DATE: _____

Visit Type - Initial ☐   Follow-up ☑
Follow-up consults require justification

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
Pt seen by specialist was supposed to have ... in 2 mo. Add Pain arthralgia of ⊕ 5th finger s/x unable to extend ⊕ 5th finger & flex ⊕ 5th finger

**Physical findings:**

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**
will repeat x-ray & document results pr. end

**Other pertinent information:**

**Provisional diagnosis:** *Pain arthroplasty*

**Health Care Provider Signature/Stamp:** _____

Dr. J. Fabregas-Schindler
Site Medical Director
Madison C.I.
Centurion

**CHO/Designee Approval Signature/Stamp:** *see Med Director*   *1.17.18*

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____
which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

**Signature of Patient:** _____   **Date:** *1-12-18*

**Signature of Witness:** _____   **Date:** _____

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

D-068947  TM 40 09/13/12  _____
DANIELS, THERON   _____
B/M DOB   _____

*scanned to WH 1.24.18*

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
PERIODIC SCREENING ENCOUNTER

Date: __2/12/18__   Time: __1015__   Institution: __Madison__

S:   How has your health been since your last evaluation? __"I'm okay"__

_____

_____

_____

_____

Do you have any of the following?

☐ Night sweats   ☐ Persistent cough (over three [3] weeks)   ☐ Coughing up blood   ☒ None
**Presence of any of the above symptoms requires referral to clinician.**

Do you or have you smoked tobacco in the past? ☒ No ☐ Yes   If yes: How many cigarettes per day __NA__ week ____
How many years have you or did you smoke? __NA__
If you quit smoking, how long has it been since you quit smoking? __NA__ _____

O:   T __98__ P __77__ R __18__ B/P __112/74__ Height __5'8__   (If B/P is 140/90 or greater, inmate will be given a pass to
return to medical x 2 days for additional readings which will be recorded on the Treatment MAR.)   Three (3)
consecutive readings of 140/90 or greater require clinician referral.

Weight: current __190__ last recorded __190__ (Involuntary weight loss of 10% or more requires clinician referral.)

Visual Acuity R 20/____ L 20/____ with glasses R 20/____ L 20/   __seen opt__
__pending eyeglasses__

TST current date: __5-16-17__ Previous positive ☐ Yes ☒ No
If not current, date scheduled __NA__

A:   Lab results, as required in H.S.B. 15.03.04, in record and signed by clinician:  Complete Blood Count and Urinalysis
by dipstick and results recorded in chart.
   a.   Prostatic Specific Antigen (PSA) may be requested if there are clinical indications or as determined by
        the clinician.
   b.   Lipid Profile to be done at age forty (40) as baseline.
   c.   Random blood glucose by finger stick, if blood pressure reading is 135/80 or higher or if inmate has history of
        diabetes and recorded in chart.
   d.   Electrocardiogram (only if clinically indicated by physician either seven [7] to fourteen [14] days prior to Periodic
        Screening Encounter, or after inmate seen by clinician at time of Periodic Screening.)
   e.   Mammogram (for females fifty [50] years of age or older).  Clinician may request mammogram in a
        younger patient if clinically indicated.
   f.   Stool hemoccult cards will be given to inmates at the time lab work is drawn with instructions to return the cards
        at the time of the screening (fifty [50] years of age and older).

Labs can be scheduled by following the HSB protocol-a clinician's order for labs is not required as long as protocol is
followed.

Inmate Name __Daniel, Theon__
DC# __068947__   Race/Sex __BM__
_x of Birth_ _____
Institution _____ __MA__

This form is not to be amended, revised, or altered
without approval by the Director of Health Services Administration.

DC4-541 (Revised 3/13/15) Page 1 of 2

PERIODIC SCREENING ENCOUNTER (cont')

☑ Inmate given results of lab at this time.

☑ Electrocardiogram (only if clinically indicated by physician either seven [7] to fourteen [14] days prior to Periodic Screening Encounter, or after inmate seen by clinician at time of Periodic Screening). *Completed 3/9/19*

☑ ☐ Mammogram (female inmates fifty [50] years of age or older) results in record and signed by clinician. *(If not, record must be referred to clinician and periodic screening encounter (PE) must be rescheduled.)* ☑ N/A for female inmates under fifty (50) years of age.

☑ ☐ CXR (for ages 55-77 years of age and who are either a current smoker or quit smoking in the previous 15 years, who have had a one pack a day smoking habit for 30 years).

Stool hemoccult cards returned? ☑ Yes ☐ No    If yes, ☑ negative ☐ positive? **Positive results require clinician referral.** *(If marked NO and inmate is fifty [50] years of age or older, a signature of refusal is required by the inmate)* ☐ N/A for inmate under fifty (50) years of age.

☑ Access to sick call reviewed.

☑ Current Passes: low bunk, therapy ball pass

Referred to clinician for follow-up regarding pass renewals ☐ Yes ☑ No

Comments: _____

_____
_____
_____

**P:** Next screening scheduled for: ☐ Five (5) years ☑ One (1) year (inmates fifty (50) years of age or older)

Referral to the clinician will occur if there is any question as to the current status of the inmate's health (e.g. abnormal vital signs or other significant medical complaints/concerns).

☑ Referred to clinician for follow-up of: _____

_____
_____

**E:** ☑ Health education provided (communicable diseases to include Human Immunodeficiency Virus, Tuberculosis/Tuberculin Skin Test, Hepatitis A, B, C, Sexually Transmitted Disease; Tobacco/Smoking Cessation).

Inmate's Signature _____   Date 2/12/18

Licensed Healthcare Staff Signature _____   Stamp
M. Dennis
RN
Madison C.I.
Centurion

M. Dennis
RN
Madison C.I.
Centurion

Inmate Name Daniels, Theon
DC# 008947 _____ Race/Sex BM
Date of Birth _____
Institution _____ MCI

This form is not to be amended, revised, or altered without approval by the Director of Health Services Administration.

DC4-541 (Revised 3/13/15) Page 2 of 2

FLORIDA DEPARTMENT OF CORRECTIONS
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY–NO MORE THAN ONE ORDER PER LINE

| Institution: SWCI | Date: 7/9/16 | Time: 1853 | ☐ Inpatient ☐ Outpatient | Inmate Name: Daniels. Theron |
|---|---|---|---|---|
| | | | | DC# 068947 |
| | List Allergies Here | | | Dorm: |
| STAT | Initial Each Order as Transcribed | Nsaids Iodine Bactracin | | Diagnosis: |

Hand surgeon consult.
Lortab 5 PO Q 6hrs. x 2 days

7-20-16
Time 0500
Noted:

| Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|
| Blanche Sosa | | Luis C. Vazquez, M.D. |

DC4-714B (9/05)

Distribution: White Original—Pharmacy    Canary—Medical Record

---

FLORIDA DEPARTMENT OF CORRECTIONS
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY–NO MORE THAN ONE ORDER PER LINE

| Institution: SWCI | Date: 7/11/16 | Time: 1650 | ☐ Inpatient ☐ Outpatient | Inmate Name: Daniels. Theron |
|---|---|---|---|---|
| | | | | DC# 068947 |
| | List Allergies Here | | | Dorm: |
| STAT | Initial Each Order as Transcribed | Nsaids. Bactracin. Iodine | | Diagnosis: |

B12 levels

7-13-16
Time 0200
Noted:

| Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|
| B Jones Rn Supv | | Luis C. Vazquez, M.D. |

Distribution: White Original—Pharmacy    Canary—Medical Record

---

FLORIDA DEPARTMENT OF CORRECTIONS
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY–NO MORE THAN ONE ORDER PER LINE

| Institution: SWCI | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name: Daniels. Theron |
|---|---|---|---|---|
| | | | | DC# 068947 |
| | List Allergies Here | | | Dorm: |
| STAT | Initial Each Order as Transcribed | Nsaid. Bactracin Iodine | | Diagnosis: |

① B-12    1000 mg PO QD x 90 days
② Folic acid 1mg PO QD x 90 days

| Time Noted: | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (9/05)

Distribution: White Original—Pharmacy    Canary—Me

DEFENDANT'S EXHIBIT
Comp. 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: N Seals, Iodine, Betadine

Codes:  1 = Refused   4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from Pharmacy
3 = Medication Held

Month/Year: July 2016

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lortab 5
po q6-h PRN
x 2 days

TRANSCRIBER INT.: (B)

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|

Inmate Name: Daniels, Theron
DC#: 068847
Date of Birth:
Institution: State

DC4-701A (Revised 12/22/11) Page 1 of 2
* Requires comment on back Page ___ of ___

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: NSAIDs, Iodine

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

Month/Year: Aug 2016

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/24/16 | Keflex 500mg PO 4x/days X 14 days | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 8/24/16 TRANSCRIBER INT. | | 0600 1200 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 8/12/16 | Ibuprofen 800mg PO BID X 10 days | 0600 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 8/31/16 TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 8/8/16 | Benadryl 25mg PO TID X 7 day | 0800 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 8/19/16 TRANSCRIBER INT. | | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|
| | | | A.W. Ichetucknee LPN | | Charles | |
| | ASSISTANT | | | | Daniels RN | |
| | | | LJNBRI LPN | | annalen | |

* Requires comment on back Page _____ of _____

Inmate Name: Daniels, Treson
DC #: O03021?
Date of Birth:
Institution: Suwannee

G 3114

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEP      TMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: ASauds, Iodine

Codes:   1 = Refused
         2 = Security Lockdown
         3 = Medication Held
         4 = Medication Out of Stock
         5 = Awaiting Arrival from Pharmacy

Month/Year: 8/16

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/11/16 | Loratab 5/325 ii tabs now | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | TRANSCRIBER INT. VC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | NS | | | |
| START 8/11/16 | Loratab 5/325 i-po q4d PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | TRANSCRIBER INT. VC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|
| | V Cruckerson LIC. PRACTICAL NURSE SUWANNEE C. I 9423 4709 | | | | | |

* Requires comment on back Page ____ of ____

In D:  DANIELS, THERON
D:  DC#: 068947B/M
In D:  DOB:

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - ...TMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _____ Torine  NSAIDS _____

Codes:  1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

Month/Year: 9/2016

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 9/29/16 | Lortab 5/325 PO x 4 d | 1800 | EVANS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 1/2/16 | PRN 0.6 6w PMN 5m | 16X | EVANS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ART | TRANSCRIBER INT. Sm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ART | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OF | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| S.L— | CM | EVANS | CM | — | — |

Inmate Name Daniels, Theron
DC# 062597
Date of Birth _____
Institution _____  Suwannee  CI
3/14-2

* Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies:

Codes:  1 = Refused          4 = Medication Out of Stock
        2 = Security Lockdown 5 = Awaiting Arrival from
        3 = Medication Held        Pharmacy

Month/Year: 9. 2016

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 9/4/16 | Rocephin 1gram IM one dose | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP TRANSCRIBER INT. QB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 9/4/16 | Keflex 500mg PO BID | 0800 | | | | | | | | | | | | | | | | | | | | 2 ccg | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 10 | | |
| STOP 9/10/16 | ×10 days / such start | 1800 | | | | | | | | | | | | | | | | | | | | 9 94 | 9 94 | | | | | | | | | | |
| TRANSCRIBER INT. QB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 9/6/16 | Bactrim DS 1 tab PO BID × 10 days | 800 | | | | | | | | | | | | | | | | | | | | VCG | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | | |
| STOP 9/16 | ×14 SM | 1000 | | | | | | | | | | | | | | | | | | | | 94 Cr | | | | | | | | | | | |
| TRANSCRIBER INT. QB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 9/6/16 | Tylenol 325mg 2 tab PO q 8h PRN × 7 days | PRN | | | | | | | | | | | | | | | | | | | | VC 800 | | | | | | | | | | | |
| STOP 9/20/16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. QB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|---|
| Q Bishop | AB | LIC. PRACTICAL NURSE SUWANNEE C. I. 0423460775 | | | | | CM |

Inmate Name Daniels, Thomas
DC # BO3431      R/S  DM
Date of Birth _____ 
Institution  SWCI

Q3142

DC4-701A (Revised 12/22/11) Page 1 of 2

* Requires comment on back Page ____ of ____

STATE OF FLORIDA - DEP.    TMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _____

Codes:  1 = Refused                    4 = Medication Out of Stock
        2 = Security Lockdown      5 = Awaiting Arrival from
        3 = Medication Held                Pharmacy

Month/Year: 9/2016

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 9/4/16 | Wound Care to (L) Hand Cleanse PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START / STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|---|

* Requires comment on back Page _____ of _____

Inmate Name: _____
DC #: _____
Date of Birth: _____
Institution: _____

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEP    TMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _Tdivar risody_

Codes:  1 = Refused          4 = Medication Out of Stock
        2 = Security Lockdown 5 = Awaiting Arrival from
        3 = Medication Held      Pharmacy

Month/Year: 8/2016

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/29/16 | Loztab 7325 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | YA |
| | + PO Q4° / PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | RK |
| STOP 8/14/16 | TRANSCRIBER INT. VC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | YM | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | K20 | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| _signature_ J.C. PRACTICER, LPN SUWANNEE C.I. 047-4704215 | | _signature_ | | _signature_ EM | |
| | | | | | |
| | | | | | |

* Requires comment on back   Page _____ of _____

| Inmate Name | Dooeels, Tyron |
|---|---|
| DC# | D62-669  R/S  BW |
| Date of Birth | |
| Institution | |

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: _____

Codes:  1 = Refused
        2 = Security Lockdown
        3 = Medication Held
        4 = Medication Out of Stock
        5 = Awaiting Arrival from Pharmacy

Month/Year: August '16

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/10/16 STOP 8/11/16 | D5. NPO after avoid sugar TRANSCRIBER INT. | DMN | | | | | | | | | 8/11 | 2014 | | | | | | | | | | | | | | | | | | | | | | |
| START STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp |
|---|---|---|---|---|---|
| | | B | B.Davis fo | | |
| | | M | susanank f4 M | | |

* Requires comment on back Page ___ - ___ of ___

Inmate Name: Daniels, Shawn
DC #: 123    B/M
Date of Birth: _____
Institution: ZWCD

010847

(G7 -1 /9 - 7)

DC4-701A (Revised 12/22/11) Page 1 of 2



STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies:

Codes: 1 = Refused      4 = Medication Out of Stock
       2 = Security Lockdown   5 = Awaiting Arrival from
       3 = Medication Held        Pharmacy

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: Polymyocin
NSAIDS, Bacitracin

Codes:  1 = Refused
        2 = Security Lockdown
        3 = Medication Held
        4 = Medication Out of Stock
        5 = Awaiting Arrival from Pharmacy

Month/Year: 11/2016

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/8/16 | Rocephin 2gm IM × 1 dose now | 1030 | | | | | | | JRC | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/8/16 TRANSCRIBER INT. MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/9/16 | Rocephin 2gm IM on 11/9/16 | 0400 | | | | | | | | | MD | | | | | | | | | | | | | | | | | | | | | | |
| STOP 11/9/16 TRANSCRIBER INT. MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/9/16 | Gentamycin 80mg IM q 12 hours ×10 days | 0500 | | | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | |
| STOP 11/9/16 TRANSCRIBER INT. MD | | 1700 | | | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | |
| START 11/9/16 | Rocephin 2gm IM q 12 hours ×10 days | 0500 | | | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | |
| STOP 11/9/16 TRANSCRIBER INT. MD | | 1700 | | | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| MD Underson RN Suwannee CI | MD | T. Harrocks, LPN | T.H. | JH | |
| | | | | | |
| | | | | | |

* Requires comment on back Page ___ of ___

Inmate Name: Daniels, Theron
RES: B51
DC# CO8943
Date of Birth: ___
Institution: Suwannee CI

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: NSAIDS, bacitracin
Polymycin

Month/Year: 11-2016

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gentamycin 80mg IV 8 10+ 10days | 24h | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rocephin 1gm IV BID X 10days | 0200 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650mg po Q1D X 325 10days | 0330 0500 1300 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acetaminophen 325mg PO Q1D X 10 days | 0500 1100 1700 2230 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.

This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| | | Julianesly LPN | | J. Bryant, LPN | |
| | | | | Suwannee CI | |

* Requires comment on back Page

Inmate Name: Daniels, Theon
DC #: L68299
Date of Birth: 
Institution: 

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: NSAID

Month/Year: 6/10

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 6/25/19 | Lortab 10/325mg PO QID TRANSCRIBER INT. | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 6/11 | | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1700 | 0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp |
|---|---|---|---|---|---|
| | S. DOUGLAS LPN | | | | |

Inmate Name: Daniels, Theron
DC #: R/S BM
Date of Birth:
Institution: RMC

* Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/11) Page 1 of 2

STATE OF FLORIDA - D___ ___TMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: NSAID

Month/Year: 05/2017

Codes: 1 = Refused  2 = Security Lockdown  3 = Medication Held
4 = Medication Out of Stock  5 = Awaiting Arrival from Pharmacy

| Medication/TX | Time |
|---|---|
| Lortab 10/325mg ī p.o. 4x/day X 7 days | 0600 |
| | 1200 |
| | 1800 |
| | 2400 |

START 5/25/17  STOP 6/01/17

NOTE: This MAR is to be used for PRN meds either than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Daniels Theron
DC #: 064947
Date of Birth:
Institution: RMC

DC4-701A (Revised 12/22/11) Page 1 of 2



STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Codes: 1 = Refused    4 = Medication Out of Stock
2 = Security Lockdown   5 = Awaiting Arrival from
3 = Medication Held        Pharmacy

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

* Requires comment on back Page

DC4-701A (Revised 12/22/11) Page 1 of 2

**Instructions**

1. Initial appropriate box when medication or treatment given.
2. Circle your initials when medication or treatment refused.
3. Document on the back of the MAR why the medication was not given and what follow up was completed.
4. MARs received from a transfer can be used until the new month. Draw a one time vertical line for each new institution in red ball point pen on the left side of the dose administered; on Page 2 document the date, time, initials and the "received at" institution's name.

**Reason Medication Not Administered**

Codes:
1. Refused by Inmate
2. Security Lockdown
3. Medication Held
4. Medication Out of Stock
5. Awaiting Arrival from Pharmacy
6. Other*

*Requires comment below in "Reason Code" column

| Date | Time | Initials | Medication - Dose | Route | Reason Code | Treatment Documentation |
|---|---|---|---|---|---|---|
| 3-16-17 | 0600 | | | R2 | Ca | no SNCS |
| 3-16-17 | 1100 | W | | R3 | 6 | NO SNCS |

Inmate Name: _____
DC# OL-6043   R/S   BA
Date of Birth: _____
Institution: RMC

DC4-701A (Revised 12/22/11) Page 2 of 2

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: ASMDS Sulfa, Iodine, polymyxn, Bactrim

Month/Year: 9/26/17

Codes: 1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START | Tramadol 50 mg PO BID X 7 days | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP | | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TRANSCRIBER INT.

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS. This is a combination treatment/medication MAR.

* Requires comment on back Page ____ of ____

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp |
|---|---|---|---|---|---|
| | K. Smith LPN RMC | | S. DOUGLAS LPN | | |
| | B. ADKINS LPN | | K. Fasano LPN RMC | | |

Inmate Name: DANIELS, Thomas
DC#: C06947
Date of Birth: ____
Institution: ____

DC4-701A (Revised 12/22/11) Page 1 of 2

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: 7/16/16 | Time: 18 53 | ☐ Inpatient ☐ Outpatient | Inmate Name _Daniels, Thron_ |
|---|---|---|---|---|---|

List Allergies Here

DC# _068947_
Dorm _____
Diagnosis: _____

STAT — Initial Each Order as Transcribed

Time Noted: _____   Nurse Signature/Stamp _____

Doctor Signature/Stamp   Luis C. Vazquez, M.D.   Date/Time: _____

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: 7/11/16 | Time: 12 50 | ☐ Inpatient ☐ Outpatient | Inmate Name _Daniels, Thron_ |
|---|---|---|---|---|---|

List Allergies Here

DC# _____
Dorm _____
Diagnosis: _____

STAT — Initial Each Order as Transcribed

B12 levels

Time Noted: _____   Nurse Signature/Stamp _____

Doctor Signature/Stamp   Luis C. Vazquez, M.D.   Date/Time: _____

Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name _Daniels. Thron_ |
|---|---|---|---|---|---|

List Allergies Here

DC# _068947_
Dorm _____
Diagnosis: _____

STAT — Initial Each Order as Transcribed

① B-12   1000 mg   PO   QD  x   90 days
② folic acid   1mg   PO   QD  x   90 days

Time Noted: _____   Nurse Signature/Stamp _____

Doctor Signature/Stamp _____   Date/Time: _____

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

FLORIDA DEPARTMENT OF CORRECTIONS
PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name _____ |
|---|---|---|---|---|

List Allergies Here

DC# _____
Dorm _____
Diagnosis: _____

STAT — Initial Each Order as Transcribed

Time Noted:

Nurse Signature/Stamp          Doctor Signature/Stamp          Date/Time:

DC4-714B (9/05)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

FLORIDA DEPARTMENT OF CORRECTIONS
PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Alexis Figueroa, MD

| Institution: | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name _____ |
|---|---|---|---|---|

List Allergies Here          AUG 1 2 2016

SWCI Staff Physician

DC# _____
Dorm _____
Diagnosis: _____

STAT — Initial Each Order as Transcribed

Time Noted:

Nurse Signature/Stamp          Doctor Signature/Stamp     Alexis Figueroa, MD     Date/Time:
                                                          Physician
                                                          Suwannee CI
DC4-714B (9/05)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

FLORIDA DEPARTMENT OF CORRECTIONS
PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | Date: 8/11/16 | Time: 1226 | ☐ Inpatient ☐ Outpatient | Inmate Name _____ |
|---|---|---|---|---|

List Allergies Here          NKDA

DC# _____
Dorm _____
Diagnosis: _____

NSAIDS   IODINE

STAT — Initial Each Order as Transcribed

Time Noted:

Nurse Signature/Stamp          Doctor Signature/Stamp          Date/Time:

DC4-714B (9/05)          Distribution: White Original—Pharmacy     Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SWCI    Date: _____  Time: _____   ☐ Inpatient  ☐ Outpatient

List Allergies Here: NSAID

Inmate Name: Daniels, _____
DC#: 668447
Dorm: _____
Diagnosis: _____

STAT / Initial Each Order as Transcribed

Routine Shooting pain Now, then _____
T po q 6 hours x _____ days

Time Noted: _____   Nurse Signature/Stamp: B. Jonas, RN  Suwannee CI
Doctor Signature/Stamp: Dr. Luis Vazquez  Medical Director  Suwannee CI   Date/Time: _____

DC4-714B (9/05)    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _____   Date: _____   Time: _____   ☐ Inpatient  ☐ Outpatient

List Allergies Here: NSAID

Inmate Name: Daniels, Theron
DC#: N68947
Dorm: G dorm
Diagnosis: Fracture (L) med.

STAT / Initial Each Order as Transcribed

Lortab 25/325 PO BID

Time Noted: _____   Nurse Signature/Stamp: _____
Doctor Signature/Stamp: Dr. Luis Vazquez  Medical Director  Suwannee CI

DC4-714B (9/05)    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SWCI   Date: _____   Time: _____   ☑ Inpatient  ☐ Outpatient

List Allergies Here: NSAID

Inmate Name: Daniels, Theron
DC#: _____
Dorm: _____
Diagnosis: _____

STAT / Initial Each Order as Transcribed

D/C _____
D/C _____
Tylenol 275mg PO BID _____

Time Noted: _____   Nurse Signature/Stamp: V. CRIDER, LPN PRACTICAL SUWANNEE
Doctor Signature/Stamp: Dr. Luis Vazquez  Medical Director  Suwannee CI   Date/Time: _____

DC4-714B (9/05)    Distribution: White Original—Pharmacy    Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: _____ | Time: _____ | ☐ Inpatient ☐ Outpatient | Inmate Name _____ |
|---|---|---|---|---|---|

List Allergies Here
DC# _____
Dorm _____
Diagnosis: _____

STAT | Initial Each Order as Transcribed

Time Noted: _____ | Nurse Signature/Stamp _____  **A. BRIDGES, LPN SUWANNEE CI** 04214/04715 | Doctor Signature/Stamp _____ | Date/Time: _____

DC4-714B (9/05)     Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: _____ | Time: _____ | ☐ Inpatient ☐ Outpatient | Inmate Name _____ |
|---|---|---|---|---|---|

List Allergies Here
DC# _____
Dorm _____
Diagnosis: _____

STAT | Initial Each Order as Transcribed

Time Noted: _____ | Nurse Signature/Stamp _____  **A. BRIDGES, LPN SUWANNEE CI** 04214/04715 | Doctor Signature/Stamp _____ | Date/Time: _____

DC4-714B (9/05)     Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: _____ | Time: _____ | ☐ Inpatient ☐ Outpatient | Inmate Name _____ |
|---|---|---|---|---|---|

List Allergies Here
DC# _____
Dorm _____
Diagnosis: _____

STAT | Initial Each Order as Transcribed

Dr. Luis Vazquez
Medical Director
Suwannee CI

Time Noted: _____ | Nurse Signature/Stamp _____ | Doctor Signature/Stamp _____ | Date/Time: _____

DC4-714B (9/05)     Distribution: White Original—Pharmacy     Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _____ Date: _____ Time: _____ ☐ Inpatient ☐ Outpatient
Inmate Name: Danish Thison
DC#: 068947
Dorm: _____
Diagnosis: _____

List Allergies Here
Bacitracin
Iodine. NSAIDs. Polymixin

STAT / Initial Each Order as Transcribed

Time Noted: _____
Nurse Signature/Stamp _____
Doctor Signature/Stamp _____
Date/Time: _____

DC4-714B (9/05)    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SUWANNEE CI   Date: 11/3/16   Time: 10:0   ☐ Inpatient ☐ Outpatient
Inmate Name: Danish Thison
DC#: 068947
Dorm: _____
Diagnosis: _____

List Allergies Here
Bacitracin, Iodine, NSAIDs, Polymixin

STAT / Initial Each Order as Transcribed

Time Noted:
Nurse Signature/Stamp   S. Meyer, RN/DON Director of Nursing Suwannee CI
Doctor Signature/Stamp   V. Pong, MD Plastic Surgeon RMC
Date/Time:

DC4-714B (9/05)    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _____ Date: _____ Time: _____ ☐ Inpatient ☐ Outpatient
Inmate Name: Danish Thison
DC#: 068947
Dorm: _____
Diagnosis: _____

List Allergies Here
NSAID Iodine
Bacitracin Polymixin

STAT / Initial Each Order as Transcribed

Time Noted:
Nurse Signature/Stamp   A. Bridges, LPN MD Clinic Suwannee CI
Doctor Signature/Stamp   Denis A. Vilchez, MD   Date/Time: OCT 0 3 2016   Medical Director SWCI

DC4-714B (9/05)    Distribution: White Original—Pharmacy    Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Suwannee CI | Date: 11/7/16 | Time: 11D | ☐ Inpatient ☐ Outpatient | Inmate Name: Daniels, Theron |
|---|---|---|---|---|

List Allergies Here: Polymixins, NSAIDs, Bactrim, Iodine

DC# 068047
Dorm:
Diagnosis: (1) hand cellulitis

STAT / Initial Each Order as Transcribed

① Folic acid 1mg PO Qday
② Vit-B12 1000mcg PO Qday  } x180days
③ Cipro 500mg PO BID
④ Naproxen 500mg PO Qday

Time Noted: 11D
Nurse Signature/Stamp: A. Chauncey, LPN Suwannee CI 04214/04215
Doctor Signature/Stamp: Denis A. Vilchez, MD Medical Director Suwannee CI 04214/04215
Date/Time: 11/7/16

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Suwannee CI | Date: 11/7/16 | Time: 11D | ☐ Inpatient ☐ Outpatient | Inmate Name: Daniels, Theron |
|---|---|---|---|---|

List Allergies Here: Polymixins NSAIDs, Bactrim, Iodine

DC# 068047
Dorm:
Diagnosis: (1) hand cellulitis

STAT / Initial Each Order as Transcribed

④ Augmentin 875mg PO BID x10days
⑤ SCC, CUP, UA in 30days — done
⑥ call if swelling
⑦ BSA 1mg PO Qday x180days

Time Noted: 11D
Nurse Signature/Stamp: A. Chauncey, LPN Suwannee CI 04214/04215
Doctor Signature/Stamp: Denis A. Vilchez, MD Medical Director Suwannee CI 04214/04215
Date/Time: 11/7/16

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Suwannee CI | Date: 11/7/16 | Time: 11D | ☐ Inpatient ☐ Outpatient | Inmate Name: Daniels, Theron |
|---|---|---|---|---|

List Allergies Here: Polymixins, NSAIDs, Bactrim, Iodine, Nystat

DC# 068047
Dorm:
Diagnosis: (1) hand cellulitis

STAT / Initial Each Order as Transcribed

① DC infirmary
② F/u in 1 wk on C C
③ X-ray hand in ___
④ Tylenol 650mg PO BID x30days

Time Noted: 11D
Nurse Signature/Stamp: A. Chauncey, LPN Suwannee CI 04214/04215
Doctor Signature/Stamp: Denis A. Vilchez, MD Medical Director Suwannee CI 04214/04215
Date/Time:

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient<br>☐ Outpatient | Inmate Name Daniels Theard |
|---|---|---|---|---|---|
| | | | | | DC# 068917 |
| STAT | Initial<br>Each<br>Order as<br>Transcribed | List Allergies Here<br>Nsaids, Iodine, Phatroma, Pneumonia B | | | Dorm<br>Diagnosis: |

| Time<br>Noted: | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (9/05)                    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient<br>☐ Outpatient | Inmate Name DANIELS THEARD |
|---|---|---|---|---|---|
| | | | | | DC# 068917 |
| STAT | Initial<br>Each<br>Order as<br>Transcribed | List Allergies Here<br>NSAIDS - Iodine | | | Dorm<br>Diagnosis: HTN |

| Time<br>Noted: 1035 | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (9/05)                    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: 11/28/16 | Time: | ☐ Inpatient<br>☐ Outpatient | Inmate Name DANIELS THEARD |
|---|---|---|---|---|---|
| | | | | | DC# 068947 |
| STAT | Initial<br>Each<br>Order as<br>Transcribed | List Allergies Here<br>NSAIDS Iodine | | | Dorm<br>Diagnosis: HTN<br>Denis A. Vilchez, MD<br>NOV 28 2016<br>SWCI Medical Direct |

| Time<br>Noted: | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (9/05)                    Distribution: White Original—Pharmacy    Canary—Medic

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _____  Date: _____  Time: _____  ☐ Inpatient  ☐ Outpatient

Inmate Name: _____  DC#: _____  Dorm: _____  Diagnosis: _____

List Allergies Here

Initial Each Order as Transcribed

STAT

Date/Time Noted: _____  Nurse Signature/Stamp  K. Zeoley LPN  Clinician Signature/Stamp  Date/Time: _____

DC4-714B (Revised 12/20/16)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _____  Date: _____  Time: _____  ☐ Inpatient  ☐ Outpatient

Inmate Name: _____  DC#: _____  Dorm: _____  Diagnosis: _____

List Allergies Here

Initial Each Order as Transcribed

STAT

Date/Time Noted: _____  Nurse Signature/Stamp  K. Zeoley LPN  Clinician Signature/Stamp  Date/Time: _____

DC4-714B (Revised 12/20/16)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: _____  Date: 3/25/17  Time: _____  ☐ Inpatient  ☐ Outpatient

Inmate Name: Daniels, Theron  DC# 068947  black | male  DOB:

List Allergies Here

Initial Each Order as Transcribed

STAT

Date/Time Noted: _____  Nurse Signature/Stamp  C. Stronge-Noles LPN RMC  Clinician Signature/Stamp  Date/Time: _____

DC4-714B (Revised 12/20/16)   Distribution: White Original—Pharmacy   Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name_____ |
|---|---|---|---|---|---|
| | | | | | DC#_____ |
| | List Allergies Here | | | | Dorm_____ |
| STAT | Initial Each Order as Transcribed | | | | Diagnosis:_____ |

| Date/Time Noted: | Nurse Signature/Stamp | Clinician Signature/Stamp | Date/Time: |
|---|---|---|---|

DC4-714B (Revised 12/20/16)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: RMC   Date: 6/13/17   Time: 345   ☐ Inpatient ☐ Outpatient

List Allergies Here
Iodine
NSAIDS

Daniels, Theron
DC# 068947
black | male
DOB:

Discontinue for Crenshaw Dwad

Date/Time Noted: 6/13/17 440
Nurse Signature/Stamp  V. Johnston
Clinician Signature/Stamp  Richard Hernandez, MD   RMC   Date/Time: 6/13/17

DC4-714B (Revised 12/20/16)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: RMC   Date: 6/13/17   Time: 134   ☐ Inpatient ☐ Outpatient

List Allergies Here
Iodine
NSAIDS

Daniels, Theron
DC# 068947
black | male
DOB:

Date/Time Noted: 6/13/17 140
Nurse Signature/Stamp  V. Johnston
Clinician Signature/Stamp  Richard Hernandez, MD   Date/Time: 6/13/17

DC4-714B (Revised 12/20/16)          Distribution: White Original—Pharmacy     Canary—Medical Record

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name |
|---|---|---|---|---|

List Allergies Here

Initial Each Order as Transcribed

STAT

Diagnosis:

Date/Time: ____ Nurse Signature/Stamp ____ Clinician Signature/Stamp ____ Date/Time:

Date/Time Noted:

Distribution: White Original—Pharmacy    Canary—Medical Record

DC4-714B (Revised 12/20/16)

---

| RMC | Date: 6/8/17 | Time: 1315 | ☐ Inpatient ☐ Outpatient | Inmate Name DANIELS THERON |
|---|---|---|---|---|

DC# 068947

List Allergies Here

NSAID

Initial Each Order as Transcribed

STAT

Diagnosis:

Keflex 750 TID pc x 30dy
Bactri
R.M 500 750 BID pc x 30dy

Date/Time Noted: 6/10

Nurse Signature/Stamp ____ LPN RMC

Clinician Signature/Stamp C. ___ MD Plastic Surgeon RMC

Date/Time: 6/8/17 1315

DC4-714B (Revised 12/20/16)    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: RMC | Date: 6-16-17 | Time: 0815 | ☐ Inpatient ☑ Outpatient | Inmate Name Daniels Theron |
|---|---|---|---|---|

DC# 068947

List Allergies Here

Initial Each Order as Transcribed

STAT

Diagnosis:

① REMOVE ② 5TH DIGIT SUTURES

Date/Time Noted:

Nurse Signature/Stamp ____

C. HADDAD MD
Chief Health Officer
Clinician Signature/Stamp

Date/Time: 6/16/17 0815

DC4-714B (Revised 12/20/16)    Distribution: White Original—Pharmacy    Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | D-068947 TM40 09/13/12 |
|---|---|---|---|---|---|

List Allergies Here

DANIELS, THERON
B/M DOB

STAT | Initial Each Order as Transcribed

Date/Time Noted:

Nurse Signature/Stamp                    Clinician Signature/Stamp          Date/Time:

DC4-714B (Revised 12/20/16)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: RMC | Date: 3.9.17 | Time: 18:30 | ☐ Inpatient ☑ Outpatient | D-068947 TM40 09/13/12 |
|---|---|---|---|---|

List Allergies Here

DANIELS, THERON
B/M DOB

STAT | Initial Each Order as Transcribed

Morphine 2 mg IV now Dose #1

Date/Time Noted:

Nurse Signature/Stamp                    Clinician Signature/Stamp          Date/Time: 3.9.17 18:30

DC4-714B (Revised 12/20/16)          Distribution: White Original—Pharmacy     Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: RMC | Date: 3.9.17 | Time: 19:30 | ☐ Inpatient ☑ Outpatient | D-068947 TM40 09/13/12 |
|---|---|---|---|---|

List Allergies Here

DANIELS, THERON
B/M DOB

STAT | Initial Each Order as Transcribed

Morphine 2g IV now Dose #2

Date/Time Noted:

Nurse Signature/Stamp                    Clinician Signature/Stamp          Date/Time: 3.9.17 19:30

DC4-714B (Revised 12/20/16)          Distribution: White Original—Pharmacy     Canary—Medical Record



**FLORIDA DEPARTMENT OF CORRECTIONS**
**DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Suwannee CI | Date: 8/11/16 | Time: 2226 | ☐ Inpatient ☐ Outpatient | Inmate N DANIELS, THERON |
|---|---|---|---|---|
| | | | | DC#: 068947B/M |
| | | | | Dorm: |
| | | | | DOB: |

STAFF: Initial Each Order as Transcribed — NKDA

Lortab 10/325    1po q 64 prn for pain x 7 days

| Time Noted: | DC'd | Nurse Signature/Stamp | FRANCIS ONG M.D. SURGEON RMC | Doctor Signature/Stamp | 2226 8/11/16 Date/Time: | Physician: Dr. Francis Ong, MD Address: 7865 S. County Road 231 City/State/Zip: Lake Butler, FL 32054 DEA Number: BO20765 |

Distribution: Original—Pharmacy    Copy—Medical Record
SUM1603280650    DC4-714C (Issued 8/18/11)



FLORIDA DEPARTMENT OF CORRECTIONS
DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY–PRESS FIRMLY – NO MORE THAN ONE ORDER PER LINE

| Institution | Date: | Time: | ☐ Inpatient<br>☐ Outpatient | | Inmate N: | DANIELS, THERON |
|---|---|---|---|---|---|---|
| STAT | Initial<br>Each<br>☐ Original<br>☐ Transcribed | List Allergies Here | | | DC# | DC#: 068947  B/M |
| | | | | | Dorm | DOB; |
| | | | | | Diagnosis | |

| | | | | | |
|---|---|---|---|---|---|
| Time<br>Noted: | | C. Stronge-Noles<br>LPN<br>RMC | FRANCIS ONG M.D.<br>SURGEON<br>RMC | | Physician:  Dr. Francis Ong, MD<br>Address:   7785 S. County Road 231<br>City, State, Zip: Lake Butler, FL 32054 |
| | | Nurse Signature/Stamp | Doctor Signature/Stamp | Date/Time. | DEA Number:  BO2076479 |

SUMT603280650

Distribution: Original—Pharmacy          Canary—Medical Record
DC4-714C (Issued 8/12/13)



**FLORIDA DEPARTMENT OF CORRECTIONS**
**DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET**
USE BALL-POINT PEN ONLY-PRESS FIRMLY - NO MORE THAN ONE ORDER PER LINE

| Distribution: | Date: | Time. | ☐ Inpatient ☐ Outpatient | Inmate Name: DANIELS, THERON |
|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here | | DC# 068947  B/M Dorm DOB; Diagnosis: |

| Time Noted: | W.Stronge-Noles LPN RMC Nurse Signature/Stamp | FRANCIS ONG M.D. SURGEON RMC Doctor Signature/Stamp | | Date/Time: | Physician: Dr. Francis Ong. MD Address Zip S. County Road City State Zip Lake Butler FL 32054 DEA Number: BO2076479 |

Distribution: Original—Pharmacy     Canary—Medical Record

SUM1603280650

DC4-714C (Revised 8/18/10)



FLORIDA DEPARTMENT OF CORRECTIONS
DEA CONTROLLED SUBSTANCES PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE

D-068947  TM 40 09/13/12
DANIELS, THERON
B/M DOB

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate |
|---|---|---|---|---|---|
| STAT | Initial Each Order as Transcribed | List Allergies Here | | | DC/ Vorm |
| | | | | | Diagnosis: |

Time Noted

R. Laplilo
LPN
Nurse Signature/Stamp

O. Rodriguez
Physician
RMC
Doctor Signature/Stamp

Date/Time

Physician David R Rodriguez-Rivera MD
Reception & Medical Center
Address 7765 South County Road 231
City/State/Zip Lake Butler, FL 32054
DEA Number BR9568930

SUM1705089558

Distribution: Original - Pharmacy    Canary - Medical Record
DC4-734C (Revised 8/18/11)



FLORIDA DEPARTMENT OF CORRECTIONS
DRUG (CONTROLLED SUBSTANCE) PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY--PRESS FIRMLY--NO MORE THAN ONE ORDER PER LINE

| Initial Date/Time | Date/ | Time: | ☐ Inpatient  ☐ Outpatient |
|---|---|---|---|

List Allergies Here

STAT   Initial Each Order Transcribed

D-068947   TM 40  09/13/12
DANIELS, THERON
B/M DOB

Physician's Name, MD
Reception Medical Center
Address: 7765 South County Road 231
City/State/Zip Lake Butler, FL 32054
DEA Number: B?????

Nurse Signature/Stamp          Doctor Signature/Stamp

Date/Time:

SUM1705089558

DC4-714C (Issued 8/18/11)